## Exhibit A to Estoppel Certificate

List lease description and description of any and all documents that amend, modify, revise or otherwise alter the terms of the lease.

000141

Exhibit B to Tenant Estoppel Certificate

List all items of exception to paragraph 4. If no exceptions are listed, Tenant shall be deemed to certify that the lease is in full force and effect and has not been modified, supplemented or amended.

000142

## EXHIBIT G

## HAZARDOUS MATERIALS DISCLOSURE SHEET

This questionnaire is designed to solicit information regarding Tenant's proposed use, generation, treatment, storage, transfer or disposal of hazardous or toxic materials, substances or wastes.  If this Questionnaire is attached to or provided in connection with a lease, the reference herein to any such items shall include all items defined as "Hazardous Materials," "Hazardous Substances," "Hazardous Wastes," "Toxic Materials," "Toxic Substances, "Toxic Wastes," or such similar definitions contained in the lease. Please complete the questionnaire and return it to Landlord for evaluation.  If your use of materials or substances, or generation of wastes is considered to be significant, further information may be requested regarding your plans for hazardous and toxic materials management. Your cooperation in this matter is appreciated.  If you have any questions, do not hesitate to call us for assistance.

1.  **PROPOSED TENANT**

Name (Corporation, Individual, Corporate or Individual DBA, or Public Agency): _____

_____

Standard Industrial Classification Code (SIC): _____

Street Address: _____

City, State, Zip Code: _____

Contact Person & Title: _____

Telephone Number: (___) _____

Facsimile Number:   (___) _____

000143

2.  **LOCATION AND ADDRESS OF PROPOSED LEASE**

Street Address: _____

City, State, Zip Code:_____

Bordering Streets: _____

Streets to which Premises has Access: _____

3.  **DESCRIPTION OF PREMISES**

Floor Area: _____

Number of Parking Spaces: _____

Date of Original Construction: _____

Past             Uses             of             Premises:

_____

Dates and Descriptions of Significant Additions, Alterations or Improvements: _____

_____

Proposed Additions, Alterations or Improvements, if any: _____

4. **DESCRIPTION OF PROPOSED PREMISES USE**   Describe proposed use and operation of Premises including (i) services to be performed, (ii) nature and types of manufacturing or assembly processes, if any, and (iii) the materials or products to be stored at the Premises. _____

_____

_____

000144

_____

_____

Will the operation of your business at the Premises involve the use, generation, treatment, storage, transfer or disposal of hazardous wastes or materials?  Do they now?  Yes _____  No _____    If the answer is "yes," or if your SIC code number is between 2000 to 4000, please complete Section V.

5.  **PERMIT DISCLOSURE**

Does or will the operation of any facet of your business at the Premises require any permits, licenses or plan approvals from any of the following agencies?

| | | |
|---|---|---|
| U.S. Environmental Protection Agency | Yes _____ | No _____ |
| City or County Sanitation District | Yes _____ | No _____ |
| State Department of Health Services | Yes _____ | No _____ |
| U.S. Nuclear Regulatory Commission | Yes _____ | No _____ |
| Air Quality Management District | Yes _____ | No _____ |
| Bureau of Alcohol, Firearms and Tobacco | Yes _____ | No _____ |
| City or County Fire Department | Yes _____ | No _____ |
| Regional Water Quality Control Board | Yes _____ | No _____ |
| Other Governmental Agencies (if yes, identify: _____ ) | Yes _____ | No _____ |

If the answer to any of the above is "yes," please indicate permit or license numbers, issuing agency and expiration date or renewal date, if applicable.

000145

_____

_____

_____

If your answer to any of the above is "yes," please complete Sections VI and VII.

6.  **HAZARDOUS MATERIALS DISCLOSURE**

Will any hazardous or toxic materials or substances be stored on the Premises?

Yes _____    No_____    If the answer is "yes," please describe the materials or substances to be stored, the quantities thereof and the proposed method of storage of the same (i.e., drums, aboveground or underground storage tanks, cylinders, other), and whether the material is a Solid (S), Liquid (L) or Gas (G):

| Material/Quantity to be S/L/G Stored | Amount to be Stored | Method of Storage |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | | |

Attach additional sheets if necessary.

Is any modification of the Premises improvements required or planned to mitigate the release of toxic or hazardous materials substance or wastes into the environment?

Exhibit G
-4-

000146

Yes _____    No _____        If the answer is "yes," please describe the proposed
Premises modifications:

_____

_____

_____

7. **HAZARDOUS WASTE DISCLOSURE**

Will any hazardous waste, including recyclable waste, be generated by the
operation of your business at the Premises?  Yes ____  No ____  If the answer is
"yes," please list the hazardous waste which is expected to be generated (or
potentially will be generated) at the Premises, its hazard class and
volume/frequency of generation on a monthly basis.

| Waste Name | Hazard Class | Volume/Month | Maximum Period of Premises Storage |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Attach additional sheets if necessary.

If the answer is "yes," please also indicate if any such wastes are to be stored
within the Premises and the proposed method of storage (i.e., drums, aboveground
or underground storage tanks, cylinders, other).

| Waste Name | Storage Method |
|---|---|
| _____ | _____ |
| _____ | _____ |

000147

Attach additional sheets if necessary.

If the answer is "yes," please also describe the method(s) of disposal for each waste. Indicate where disposal will take place including the methods, equipment and companies to be used to transport the waste:

_____

_____

_____

Is any treatment or processing of hazardous wastes to be conducted at the Premises? Yes \_\_\_\_  No \_\_\_\_  If the answer is "yes," please describe proposed treatment/processing methods:

_____

_____

_____

Which agencies are responsible for monitoring and evaluating compliance with respect to the storage and disposal of hazardous materials or wastes at or from the Premises? (Please list all agencies):

_____

_____

_____

000148

Have there been any agency enforcement actions regarding Tenant (or any affiliate thereof), or any existing Tenant's (or any affiliate's) facilities, or any past, pending or outstanding administrative orders or consent decrees with respect to Tenant or any affiliate thereof? Yes _____ No _____ If the answer is "yes," have there been any continuing compliance obligations imposed on Tenant or its affiliates as a result of the decrees or orders? Yes ___ No ___ If the answer is "yes," please describe:

_____

_____

_____

Has Tenant or any of its affiliates been the recipient of requests for information, notice and demand letters, cleanup and abatement orders, or cease and desist orders or other administrative inquiries?    Yes _____ No _____    If the answer is "yes," please describe:

_____

_____

_____

Are there any pending citizen lawsuits, or have any notices of violations been provided to Tenant or its affiliates or with respect to any existing facilities pursuant to the citizens suit provisions of any statute? Yes _____ No _____    If the answer is "yes," please describe:

_____

000149

_____

_____

Have there been any previous lawsuits against the company regarding environmental concerns? . Yes _____ No _____   If the answer is "yes," please describe how these lawsuits were resolved:

_____

_____

_____

Has an environmental audit ever been conducted at any of your company's existing facilities?  Yes _____ No _____   If the answer is "yes," please describe:

_____

_____

_____

Does your company carry environmental impairment insurance? Yes _____ No _____   If the answer is "yes," what is the name of the carrier and what are the effective periods and monetary limits of such coverage?

_____

_____

_____

000150

8.  **EQUIPMENT LOCATED OR TO BE LOCATED AT THE PREMISES**

Is (or will there be) any electrical transformer or other equipment containing polychlorinated biphenyls located at the Premises? Yes _____ No _____ If the answer is "yes," please specify the size, number and location (or proposed location):

_____

_____

_____

Is (or will there be) any tank for storage of a petroleum product located at the Premises? Yes ___ No ___ If the answer is "yes," please specify capacity and contents of tank; permits, licenses and/or approvals received or to be received therefor and any spill prevention control or conformance plan to be taken in connection therewith:

_____

_____

_____

9.  **ONGOING ACTIVITIES (APPLICABLE TO TENANTS IN POSSESSION)**

Has any hazardous material, substance or waste spilled, leaked, discharged, leached, escaped or otherwise been released into the environment at the Premises? Yes ___ No ___ If the answer is "yes," please describe including (i) the date and duration of each such release, (ii) the material, substance or waste

Exhibit G
-9-

000151

released, (iii) the extent of the spread of such release into or onto the air, soil and/or water, (iv) any action to clean up the release, (v) any reports or notifications made of filed with any federal, state, or local agency, or any quasi-governmental agency (please provide copies of such reports or notifications) and (vi) describe any legal, administrative or other action taken by any of the foregoing agencies or by any other person as a result of the release:

_____

_____

_____

This Hazardous Materials Questionnaire is certified as being true and accurate and has been completed by the party whose signature appears below on behalf of Tenant as of the date set forth below.

DATED: _____

Signature _____

Print Name _____

Title _____

000152

# GUARANTY OF LEASE - EXHIBIT H

WHEREAS, V. O. Limited Partnership hereinafter "Landlord", and Houtan Petroleum, Inc., hereinafter "Tenant", are about to execute a document entitled "Lease" dated October __, 2007 concerning the premises commonly known as 101 E El Camino Real, Mountain View, California wherein Landlord will lease the premises to Tenant, and WHEREAS, Landlord would not execute the Lease if Guarantor did not execute and deliver to Landlord this Guarantee of Lease.

NOW THEREFORE, in consideration of the execution of the foregoing Lease by Landlord and as a material inducement to Landlord to execute said Lease, Guarantor hereby jointly, severally, unconditionally and irrevocably guarantee the prompt payment by Tenant of all rents and all other sums payable by Tenant under said Lease and the faithful and prompt performance by Tenant of each and every one of the terms, conditions and covenants of said Lease to be kept and performed by Tenant.

It is specifically agreed that the terms of the foregoing Lease may be modified by agreement between Landlord and Tenant, or by a course of conduct, and said Lease may be assigned by Tenant or any assignee of Tenant without consent or notice to Guarantor and that this Guaranty shall guarantee the performance of said Lease as so modified.

This Guaranty shall not be released, modified or affected by the failure or delay on the part of Landlord to enforce any of the rights or remedies of the Landlord under said Lease whether pursuant to the terms thereof or at law or in equity.

No notice of default need be given to Guarantor, it being specifically agreed that the guarantee of the undersigned is a continuing guarantee under which Landlord may proceed immediately against Tenant and /or against Guarantor following any breach or default by Tenant or for the enforcement of any rights which Landlord may have as against Tenant under the terms of the Lease or at law or in equity.

Landlord shall have the right to proceed against Guarantor hereunder following any breach or default by Tenant without first proceeding against Tenant and without previous notice to or demand upon either Tenant or Guarantor.

Guarantor hereby waives (a) notice of acceptance of this Guaranty, (b) demand of payment, presentation and protest, (c)all right to assert or plead any statue of limitations relating to this Guaranty or the Lease, (d) any right to require the Landlord to proceed against the Tenant or any other Guarantor or any other person or entity liable to Tenant, (e) any right to require Landlord to apply to any default, any security deposit or other security it may hold under the Lease, (f) any right to require Landlord to proceed under any other remedy Landlord may have before proceeding against Guarantor, (g) any right of subrogation.

Guarantor does hereby subrogate all existing or future indebtedness of Tenant to Guarantor to the obligations owed to Landlord under the Lease and this Guaranty.

If a Guarantor is married, such Guarantor expressly agrees that recourse may be had against his or her separate property for all of the obligations hereunder.

The obligations of Tenant under the Lease to execute and deliver estoppel statements and financial statements, as therein provided, shall be deemed to also require the Guarantor hereunder to do and provide the same.

The term "Landlord" refers to and means the Landlord named in the Lease and also Landlord's successor and assigns. So long as Landlord's interest in the Lease, the leased premises or the rents, issues and profits therefrom, are subject to any mortgage or deed of trust or assignment for security, no acquisition by Guarantor of the Landlord's interest shall affect the continuing obligation of Guarantor under this Guaranty which shall nevertheless continue in full force and effect for the benefit of the mortgagee, beneficiary, trustee or assignee under such mortgage, deed of trust or assignment and their successors and assigns.

The term "Tenant" refers to and means the Tenant named in the Lease and also Tenant's successors and assigns.

In the event any action be brought by said Landlord against Guarantor hereunder to enforce the obligation of Guarantor hereunder, the unsuccessful party in such action shall pay to the prevailing party herein a reasonable attorney's fee which shall be fixed by the court.

Executed in Santa Clara County California

Address _____

Date:_____          _____
                                                Ali Bozorghadad  " GUARANTOR"

000153