# EXHIBIT "F"

000163



**BLEAU FOX**
A PROFESSIONAL LAW CORPORATION

3575 CAHUENGA BLVD. WEST, SUITE 580
LOS ANGELES, CALIFORNIA 90068
(323) 874-8613
FACSIMILE (323) 874-1234

<u>Via Facsimile and Regular Mail</u>
(916) 558-7696

October 29, 2007

CONOCOPHILLIPS
76 Broadway
Sacramento, CA 95818
Att: R. L. Mathews

Re:   My Client: Houtan Petroleum
      Station Location: 101 E. El Camino Real, Mountain View, CA 94040
      Station #: 255661

Dear Mr. Mathews:

Please be advised that this office has been retained by the above-referenced client relative to the OFFER TO SELL IMPROVEMENTS (hereafter "Offer") you forwarded to my client on or about September 22, 2007.

My client contends that the terms and conditions of the Offer are arbitrary and commercially unreasonable, that the amounts set forth in the Offer for improvements and equipment are excessive and do not approach fair market value, that ConocoPhillips' Offer regarding same does not constitute a "bona fide offer" and that the Offer contains unlawful waivers of my client's rights all in violation of the Petroleum Marketing Practices Act (hereafter "PMPA"). Moreover, ConocoPhillips failed to give my client proper notice of termination in violation of the PMPA and stopping my client's fuel supply may result in damages to my client, which ConocoPhillips will be responsible for.

It is my understanding that you have threatened to remove the improvements and equipment if my client does not accept the Offer by today. Please be advised that should ConocoPhillips attempt to remove the improvements and equipment, my client will have no choice but to call the police and have anyone attempting to do so physically removed from the premises by the authorities. Since my client has acquired possession of the premises, ConocoPhillips is obligated to make my client a bona fide offer to sell the improvements and equipment and may not remove same absent a court order.

In the meantime, please forward a copy of the appraisal that you claim supports ConocoPhillips'

000164

October 29, 2007
CONOCOPHILLIPS
Att: R. L. Mathews
Page two

$340,000 value on the improvements and equipment to my office. My client expressly reserves all of its legal rights pending a final legal determination of such rights.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Thomas P. Bleau
TPB: tb

cc:     Client

000165

# EXHIBIT "G"

000166

10/30/07  16:23 FAX 916 558 7696      CONOCOPHILLIPS                                     ☒002



Dick Mathews
Real Estate Manager

ConocoPhillips Company
76 Broadway
Sacramento, CA 95818
phone 916-558-7607
fax 916-558-7696

October 30, 2007

De Anza Properties
920 West Fremont Avenue
Sunnyvale, CA  94087

Attn:   John Vidovich, Owner

Re:   Ground Lease Termination
       101 East El Camino Real
       Mountain View, CA
       ConocoPhillips Site #255661

Dear Mr. Vidovich:

This letter serves to acknowledge the ground lease between you and ConocoPhillips Company ("COP") will terminate on October 31, 2007. I regret that we were not successful in securing additional tenancy with you at this site. I am also disappointed that several attempts over the last several months to reach you by phone, fax and letter were never responded to.

Therefore, pursuant to the terms and conditions of Section 6 of said lease (Possession), COP shall start removing its improvements and equipment on November 1st. It is our intent to have the improvements removed by November 10th, ten (10) days following the expiration of said lease (and pursuant to the terms and rights outlined in the lease).

Should you have any questions or concerns, please feel free to contact me at (916) 558-7607.

Very truly yours,

R. L. (Dick) Mathews - Contractor
ConocoPhillips Real Estate Department

cc:   Carla J. Wilkey
      Phil Bonina
      Maria Dunn

1-66 5

000167

6. POSSESSION: Said premises shall be used for a motor vehicle service station and for such other related uses as Lessee, at its option, may determine. <u>Lessee shall have the right to place and maintain thereon all structures, improvements and equipment which Lessee may desire for such purposes and to remove the same and any structures, improvements or equipment heretofore or hereafter placed upon said premises by Lessee or which have been purchased or owned by Lessee, at any time during the term hereof or within ten (10) days after termination of this lease, or any extension or renewal thereof. Lessee shall also have the right to remove trees and other vegetation from and to alter said premises and the sidewalks and curbing about the same.</u> 

Lessee shall not use said premises for the storage, rental or sale of trailers or used cars; nor for performing major overhaul or repair work on automobile engines; nor shall used tires be stored or displayed for sale in the yard area outside the service station building.

7. OPERATION: Lessee shall conduct its business on said premises in compliance with all applicable laws, ordinances and regulations of governmental authorities.

8. CANCELLATION: In the event the sale of gasoline or other petroleum products be prohibited by, or the use of the premises for the conduct or operation of a service station is prevented by any law, ordinance, rule or regulation of any state or local governmental authority having jurisdiction over the premises, or if access to the demised premises, in whole or in part, be cut off, other than temporarily, resulting in a substantial interference with the ingress and egress to and from the demised premises, then Lessee shall have the right at its option, to terminate this lease at any time upon sixty (60) days' prior written notice to Lessor without any liability to Lessor therefor. No change in traffic regulations or patterns and no installation of stop signs,

10/30/07  18:23 FAX 916 558 7696          CONOCOPHILLIPS                              ☐001

**ConocoPhillips** 
REAL ESTATE - NORTHERN CALIFORNIA
DICK MATHEWS - REAL ESTATE MANAGER
76 Broadway
Sacramento, CA 95818-1105
E-mail: Richard.l.mathews@conocophillips.com

# Facsimile Cover Sheet          URGENT

To: John Vidovich
Company: De Anza Properties
Phone: 408-238-4444
Fax: 408-238-0231

From: Dick Mathews
Department: Conoco Phillips, Real Estate - Northern CA
Phone: 916-558-7607
Fax: 916-558-7696

Date: 10/30/07
Pages including this cover page: 3

☐ This document is in lieu of any copy to be mailed and should be maintained as your file record.
☑ An original/copy will be mailed to you for your file.

Remarks: ☑ Urgent  ☐ For your review  ☐ Reply ASAP  ☐ Please Comment

Reference Site # 255661

Please see letter attached.

Dick

The information contained in this facsimile message is confidential information intended only for the use of the individual or entity named above, and any dissemination, distribution or copying of this communication by anyone other than the addressee is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**EXHIBIT "H"**

000170



# BLEAU FOX
A PROFESSIONAL LAW CORPORATION

3575 CAHUENGA BLVD. WEST, SUITE 580
LOS ANGELES, CALIFORNIA 90068
(323) 874-8613
FACSIMILE (323) 874-1234

<u>Via Facsimile and Regular Mail</u>
(925) 945-1975

October 31, 2007

GLYNN & FINLEY
100 Pringle Ave., Suite 500
Walnut Creek, CA 94596
Att: Adam Friedenberg

Re:   My Client: Houtan Petroleum
      Station Location: 101 E. El Camino Real, Mountain View, CA 94040
      Station #: 255661

Dear Mr. Friedenberg:

In furtherance of our telephone conversation yesterday, my client contends that ConocoPhillips' termination of the franchise relationship and attempts to remove the improvements and equipment at the station, notwithstanding the fact that ConocoPhillips was notified in writing that my client had acquired possession from the landlord, violated my client's rights under the PMPA.

After speaking with you yesterday, I learned that ConocoPhillips' employees have been harassing my client, acting very unprofessional and have threatened to remove fuel purchased by my client from his UST's today, despite our conversation about maintaining the status quo while the parties negotiate a new supply agreement. Therefore, it has become obvious that we will need to file a lawsuit and seek a temporary restraining order and preliminary injunction against ConocoPhillips forthwith.

I will forward you a courtesy copy of the complaint as well as the ex parte application for TRO and notice thereof under separate cover. Please advise whether you are authorized to accept service of process.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Thomas P. Bleau
TPB: tb

cc:   Client

000171

# EXHIBIT "I"

000172

# De Anza Properties

<u>Via Facsimile and Regular Mail</u>
(916)558-7696

November 1, 2007

ConocoPhillips
76 Broadway
Sacramento, California 95818
Attn: R. L. Mathews

RE: 101 E El Camino Real, Mountain View, CA. 94040

Dear Mr. Mathews:

This letter shall confirm that we have entered into a new lease of the above referenced directly with Houtan Petroleum and that Houtan Petroleum has acquired possession of the premises pursuant to the new lease.

My understanding is that Houtan Petroleum is in negotiations directly with ConocoPhillips over the improvements and equipment, which we have consented to. Accordingly, we can not authorize ConocoPhillips to remove the improvements and equipment absent written consent by Houtan Petroleum.

Sincerely,

John Vidovich
DE ANZA PROPERTIES
V.O. LIMITED PARTNERSHIP

cc Houtan Petroleum

920 West Fremont Avenue • Sunnyvale, California 94087 • Phone: 408/738-4444

000173