# EXHIBIT "B"

000081



September 18, 2007

255661
Houtan Petroleum ("DEALER")
101 E. El Camino Real
Mountain View, CA 94040

RE:  Union 76 Dealer Station Lease and Motor Fuel Supply Agreement dated March 30, 2007 ("Agreement") regarding Site # 255661 ("Station")

**NOTICE OF TERMINATION**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear DEALER:

ConocoPhillips Company ("CONOCOPHILLIPS"), pursuant to the requirements of the Petroleum Marketing Practices Act ("PMPA") provides you with this written notice that your franchise relationship with CONOCOPHILLIPS and the above referenced Agreement shall terminate at **12:00 noon on October 31, 2007** ("Termination Date").

The reason for the termination is that the Station you operate is leased to CONOCOPHILLIPS by a third party, and said lease shall expire on October 31, 2007. The existence of an underlying lease was fully disclosed to you. Termination of the franchise relationship as a result of the loss of the franchisor's right to grant possession of the leased marketing premises because of the expiration of an underlying lease is an event that is of material significance to the franchise relationship for which termination is reasonable.

Termination of the Agreement and the franchise relationship shall not discharge you from any debts and liabilities due and owing by DEALER to CONOCOPHILLIPS under the Agreement. You shall pay to CONOCOPHILLIPS all outstanding debt including, but not limited to, accounts receivable for product previously delivered to the Station, the un-amortized amounts due under any Amortization Agreement(s) and/or amounts owing under any Promissory Note(s) ("Debt") on or before the Termination Date.

As of the Termination Date, CONOCOPHILLIPS will cease motor fuel deliveries to the Station. Please also be advised that CONOCOPHILLIPS will no longer accept transmittals for credit card transactions dated after the Termination Date. Credit card transmittals submitted for transactions after the Termination Date will be returned to you.

000082

We respectfully request that you keep at the Station all the personal property covered by the Security Agreement between us. DO NOT SELL OR REMOVE the secured personal property of fixtures from the Station unless: 1) the property is resalable merchandise sold in the normal course of the Station operation, or 2) CONOCOPHILLIPS has given its express, written consent to sell the secured items.

Enclosed with this Notice is a copy of the Department of Energy revised Summary of Title I of the PMPA, which we are required by the PMPA to provide to you. Should you have any questions regarding this notice please contact your Account Representative.

Sincerely,

ConocoPhillips Company

Ross Davidson
Manager, West Coast & Retail

   Cc: Dan Pellegrino
      Jay Rollins
      Phil Bonina
      Dick Mathews
      Jack Whalen
      File

000083