1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone  : (323) 874-8613
4  Facsimile  : (323) 874-1234
   e-mail:    bleaushark@aol.com
5  e-mail:    glebedev@bleaufox.com

6  Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.
7

8

9           UNITED STATES DISTRICT COURT IN AND FOR

10            THE NORTHERN DISTRICT OF CALIFORNIA

11 HOUTAN PETROLEUM, INC.        ) CASE NO.
                                 )
12            Plaintiff,         )
   vs.                           )
13                               )
                                 ) **PROOF OF SERVICE**
                                 ) **RE: EX PARTE APPLICATION,**
14 CONOCOPHILLIPS COMPANY, a     ) **APPLICATION FOR TEMPORARY**
   Texas Corporation and DOES 1  ) **R E S T R A I N I N G**
15 through 10, Inclusive         ) **O R D E R / P R E L I M I N A R Y**
                                 ) **INJUNCTION**
16            Defendants.        )
                                 )
17                               )
                                 )
18                               )
                                 )
19 _____)

20

21

22

23

24

25

26

27

28

-1-
PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **3575 Cahuenga Boulevard West, Suite 580, Los Angeles, California 90068.**

On **November 5, 2007**, I served the foregoing documents described as:

1. **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

2. **NOTICE OF EX PARTE APPLICATION, APPLICATION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES**

3. **DECLARATION OF THOMAS P. BLEAU IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION OF HOUTAN PETROLEUM, INC.**

4. **DECLARATION OF ED HADDAD IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION OF HOUTAN PETROLEUM, INC.**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

   Clement Glynn, Esq.
   Adam Friedenberg, Esq.
   Glynn & Finley, LLP
   One Walnut Creek Center
   100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596

/X/ BY PERSONAL DELIVERY as follows: On such date as indicated above, I personally handed such documents, addressed as indicated above to Adam Friedenberg.

Executed on this **5th day of November, 2007**, at Los Angeles, California.

/X/ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Gennady Lebedev