**GLYNN & FINLEY, LLP**
ONE WALNUT CREEK CENTER
SUITE 500
100 PRINGLE AVENUE
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: (925) 210-2800

FACSIMILE: (925) 945-1975

WRITER'S DIRECT DIAL NUMBER
(925) 210-2809
e-mail: afriedenberg@glynnfinley.com

November 6, 2007

<u>Houtan Petroleum v. ConocoPhillips
Company</u>, Case No. C 07-05627 SC
Our Client: *ConocoPhillips Company*

**<u>VIA ECF AND FEDEX</u>**

Honorable Samuel Conti
Senior Judge
United States District Court
Northern District of California – San Francisco
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Dear Judge Conti:

      We represent Defendant ConocoPhillips Company ("ConocoPhillips") in the above referenced action. Although Plaintiff has not yet formally served ConocoPhillips with a summons and Complaint, we understand that yesterday Plaintiff filed a Complaint and ex parte motion for temporary restraining order. (Plaintiff has provided us a copy of its ex parte motion.) ConocoPhillips intends to submit to submit authorities and evidence in opposition to the motion, and we respectfully request that the Court defer ruling on the ex parte motion pending such submission. Our relationship with Plaintiff's counsel is cordial, and to the extent the Court would prefer the parties meet and confer regarding a briefing schedule, we would of course be pleased to do so.

      Thank you for your consideration. Should the Court require any further information, please do not hesitate to contact me.

Very truly yours,

*[signature]*

Adam Friedenberg

cc: Thomas Bleau, Esq. (via ECF and U.S. mail)