RECEIVED



NOV - 5 2007

RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

07 NOV -6 PM 4:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT IN AND FOR $SC$

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | CASE NO. |
| Plaintiff, | CV 07 5627 |
| vs. | [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | |
| Defendants. | |

TO DEFENDANT, CONOCOPHILLIPS COMPANY AND TO ITS ATTORNEY OF RECORD:

The Court having considered Plaintiff's Application for Temporary Restraining Order/Preliminary Injunctive relief requesting that Defendant, ConocoPhillips Company, you, your officers, agents, servants, employees and attorneys, and all those in active concert or participation with you be compelled, prohibited, restrained, enjoined and ordered as follows:

- From taking any further action to interfere with Plaintiff, Houtan Petroleum, Inc.'s, assumption of immediate possession as the tenant at the premises located at 101 E. El Camino Real, Mountain View, California 94040 upon the termination of ConocoPhillips' right to grant possession of such premises October 31, 2007;

- From removing, or causing, in any manner to be removed any equipment or improvements located at the premises located at 101 E. El Camino Real, Mountain View, California 94040;

- Compelling it to resume its franchise relationship with Plaintiff, Houtan Petroleum, Inc., including but not limited to the delivery of motor fuel and electronic processing of credit card sales transactions pursuant to its franchise agreement with Plaintiff;

- Being compelled by this Court to continue to sell and supply Union 76 branded fuel to Plaintiff under the existing retail sales agreement between Plaintiff and ConocoPhillips Company.

The Court having duly considered the Complaint on file herein, the Notice of Application, the accompanying Memorandum of Points and Authorities, the Declarations of Ed Haddad and Thomas P. Bleau and Exhibits attached thereto, filed concurrently herewith, all pleadings and papers on file in this action and good cause appearing,

**IT IS HEREBY ORDERED** that said Application for a Temporary Restraining Order/Preliminary Injunctive relief is **GRANTED** so that ConocoPhillips Company, its officers, agents, servants, employees and attorneys, and all those in active concert or participation with it (hereinafter referred to as the "Enjoined Parties") are compelled, prohibited, restrained, enjoined and ordered as follows:

- The Enjoined Parties are so enjoined from taking any further action to interfere with Plaintiff, Houtan Petroleum, Inc.'s, assumption of immediate possession as the tenant at the premises located at 101 E. El Camino Real, Mountain View, California 94040 upon the termination of ConocoPhillips' right to grant possession of such premises October 31, 2007;

- Such Enjoined Parties are so enjoined from removing, or causing, in any manner to be removed any equipment or improvements located at the

1    premises located at 101 E. El Camino Real, Mountain View, California

2    94040;

3    ● Such Enjoined Parties are so ordered compelled to resume

4    ConocoPhillips' franchise relationship with Plaintiff, Houtan Petroleum,

5    Inc., including but not limited to the delivery of motor fuel and electronic

6    processing of credit card sales transactions pursuant to its franchise

7    agreement with Plaintiff;

8    ● Such Enjoined Parties are so compelled by this Court to continue to sell

9    and supply Union 76 branded fuel to Plaintiff under the existing retail

10   sales agreement between Plaintiff and ConocoPhillips Company.

11   The above Temporary Restraining Order is effective immediately. This Order

12   to Show Cause and supporting papers must be served on Defendant no later than

13   _____, 2007, and proof of service shall be filed no later than

14   _____, 2007. Any response or opposition to this Order to Show

15   Cause must be filed and personally served on Plaintiff's counsel no later than

16   _11/9/07_____, and proof of service shall be filed no later than

17   _11/12/07_____. Any reply to this Order to Show Cause must be filed and

18   served on Defendant no later than _11/13/07_____, and proof of service

19   shall be filed no later than _11/14/07_____.

20
21   Dated: _11/6/2007_____

22                                        _____
                                         United States District Judge

23   Presented by:                    ORDER TO SHOW CAUSE RE Preliminary

24   BLEAU / FOX, A P.L.C.            Injuction Hearing set for 11/16/07

25   _____          at 10:00 A.M.  Before Judge Samuel

26   Thomas P. Bleau, Esq.             Conti
     Gennady L. Lebedev, Esq.
27   Attorneys for Plaintiff,
     HOUTAN PETROLEUM, INC.

28

-3-
ORDER