1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone   : (323) 874-8613
4  Facsimile   : (323) 874-1234
   e-mail:     bleaushark@aol.com
5  e-mail:     glebedev@bleaufox.com

6  Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.
7

8

9              **UNITED STATES DISTRICT COURT IN AND FOR**

10                **THE NORTHERN DISTRICT OF CALIFORNIA**

11 HOUTAN PETROLEUM, INC.         )  CASE NO.  CV 07-5627 SC
                                  )
12              Plaintiff,        )
   vs.                            )
13                                )  **PROOF OF SERVICE**
                                  )
14 CONOCOPHILLIPS COMPANY, a      )
   Texas Corporation and DOES 1   )
15 through 10, Inclusive          )
                                  )
16              Defendants.       )
                                  )
17                                )
                                  )
18                                )
                                  )
19 _____

20

-1-
PROOF OF SERVICE

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **3575 Cahuenga Boulevard West, Suite 580, Los Angeles, California 90068.**

     On **November 6, 2007**, I served the documents described as:

1.     **ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

2.     **COMPLAINT**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Clement Glynn, Esq.
    Adam Friedenberg, Esq.
    Glynn & Finley, LLP
    One Walnut Creek Center
    100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
    Facsimile: (925) 945-1975

/X/ **BY ELECTRONIC TRANSMISSION** as follows: I sent such documents by e-mail to Adam Friedenberg, Esq. at **afriedenberg@glynnfinley.com**.

/X/ **BY EXPRESS MAIL** Via Overnight Delivery

    /X/ As follows: On such date as indicated above, I deposited such envelope with an express overnight delivery service, **California Overnight**, with delivery fees paid or provided for, addressed as indicated above.

/X/ **BY FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated above. No error was reported by machine. I caused the machine to print a transmission record of the transmission.

     Executed on this **6th day of November, 2007**, at Los Angeles, California.

/X/ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                            Gennady Lebedev