1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone  : (323) 874-8613
4  Facsimile  : (323) 874-1234
   e-mail:    bleaushark@aol.com
5  e-mail:    glebedev@bleaufox.com

6  Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.
7

8

9              UNITED STATES DISTRICT COURT IN AND FOR

10                THE NORTHERN DISTRICT OF CALIFORNIA

11 | HOUTAN PETROLEUM, INC.       ) CASE NO.  CV 07-5627 SC
                                  )
12 |          Plaintiff,          )
   | vs.                          )
13 |                              ) **PROOF OF SERVICE**
                                  )
14 | CONOCOPHILLIPS COMPANY, a    )
   | Texas Corporation and DOES 1 )
15 | through 10, Inclusive        )
                                  )
16 |          Defendants.         )
                                  )
17                                )
                                  )
18                                )
                                  )
19 

-1-
PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **3575 Cahuenga Boulevard West, Suite 580, Los Angeles, California 90068.**

On **November 6, 2007**, I served the documents described as:

1. **SUMMONS**

2. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

3. **ORDER SETTING CASE MANAGEMENT CONFERENCE**

4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHENR DISTRICT OF CALIFORNIA - - CONTENTS OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Clement Glynn, Esq.
Adam Friedenberg, Esq.
Glynn & Finley, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Facsimile: (925) 945-1975

/X/ BY EXPRESS MAIL Via Overnight Delivery

   /X/ As follows: On such date as indicated above, I deposited such envelope with an express overnight delivery service, **California Overnight**, with delivery fees paid or provided for, addressed as indicated above.

Executed on this **6th day of November, 2007**, at Los Angeles, California.

/X/ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Gennady Lebedev