```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  Email: cglynn@glynnfinley.com
           afriedenberg@glynnfinley.com
 6
    Attorneys for Defendant
 7  ConocoPhillips Company
 8
 9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11
```

| | | |
|---|---|---|
| 12 | HOUTAN PETROLEUM, INC., | Case No. 07-CV-5627 SC |
| 13 | Plaintiff, | **DECLARATION OF JAY ROLLINS IN SUPPORT OF DEFENDANT CONOCOPHILLIPS COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| 14 | vs. | |
| 15 | CONOCOPHILLIPS COMPANY, A Texas corporation and DOES 1 through 10, Inclusive, | |
| 16 | | |
| 17 | Defendants. | Date: November 16, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti |
| 18 | | |

19    I, Jay Rollins, say:

20    1.    I am employed by ConocoPhillips Company ("ConocoPhillips") as

21 Manager, Bay Area Wholesale Sales and Operations. I have personal knowledge of facts

22 hereinafter set forth, and if called as a witness could and would competently testify thereto.

23    2.    On November 2, 2007, I received an email from Houtan Petroleum president

24 "Ed Hadad." A true and correct copy of that email is attached hereto as <u>Exhibit A</u>.

25    I declare under penalty of perjury, under the laws of the State of California, that the

26 foregoing is true and correct. Executed this 9th day of November, 2007, at Danville, California.

27                                                      _____
                                                         Jay Rollins
28

- 1 -

DECLARATION OF JAY ROLLINS

*EXHIBIT A*

**From:** Ali Hadad [mailto:hadad@sbcglobal.net]
**Sent:** Friday, November 02, 2007 1:41 PM
**To:** Rollins, Jay L
**Subject:** Fuel Supply

Dear Jay,

If I don't get any supply I have no choice but to get the supply from an independent source.

Thank you.
Regards,
Ed Hadad
(408) 691-7971