UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| C-07-5627 | SAMUEL CONTI | DATE 12/14/07 |
|---|---|---|
| Case Number | Judge | |

Title: HOUTAN PETROLEUM INC.      vs CONOCOPHILLIPS COMPANY

Attorneys: MARTIN FOX          ADAM FRIEDENBERG

Deputy Clerk: T. De Martini    Court Reporter: Sylvia Russo

```
Court    Pltf's   Deft's
(XXX)    (   )    (   )    1. Status Conference - Held

(   )    (   )    (   )    2. _____

(   )    (   )    (   )    3. _____

(   )    (   )    (   )    4. _____

(   )    (   )    (   )    5. _____
```

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff: 4/30/08    Pretrial Statements Due_____

Case Continued to 6/13/08 @ 10:00 A.M.    for Pretrial Conference

Case Continued to 6/23/08 @ 9:30 A.M.    for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 5/23/08 @ 10:00 A.M. for   Motions

CASE REFERRED TO U.S. MAGISTRATE JUDGE_____

for a Settlement Conference

Opening Briefs_____   Answer_____   Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: Defendant to file a motion to strike

Plaintiff's jury demand to be heard no later than 5/23/08.

cc: Wings