1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
6
   Attorneys for Defendant
7  ConocoPhillips Company

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 HOTAN PETROLEUM, INC.              ) Case No. 3:07-cv-5627
                                      )
12              Plaintiff,            ) **DEFENDANT CONOCOPHILLIPS**
                                      ) **COMPANY'S NOTICE OF MOTION**
13         vs.                        ) **AND MOTION TO DISMISS PLAINTIFF**
                                      ) **HOUTAN PETROLEUM, INC.'S**
14 CONOCOPHILLIPS COMPANY, a Texas    ) **COMPLAINT**
   corporation and DOES 1 through 10, )
15 Inclusive                          ) Date:       **January 25, 2008**
                                      ) Time:       **10:00 a.m.**
16              Defendants.           ) Courtroom:  **1**
                                      ) Before:     **Hon. Samuel Conti**
17 _____)
                                        **Accompanying Document:**
18
                                        **Memorandum of Points and Authorities**
19                                      **(with Exhibit)**

20

21

22      TO PLAINTIFF HOUTAN PETROLEUM, INC., AND ITS ATTORNEYS OF

23 RECORD:

24      PLEASE TAKE NOTICE that on January 25, 2008, at 10:00 a.m., or as soon thereafter

25 as the matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San

26 Francisco, California, Defendant ConocoPhillips Company ("ConocoPhillips") will bring on for

27 hearing this motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil

28 Procedure 12(b)(6). Said motion is made on the grounds that: 1) ConocoPhillips terminated the

1  parties' franchise agreement timely and for a legitimate reason under the Petroleum Marketing
2  Practices Act (the "PMPA") and Plaintiff failed to demand a "bona fide offer" from
3  ConocoPhillips to sell its equipment and improvements at the subject service station to
4  Plaintiff within the time required by the PMPA, and Count I therefore fails to state a claim upon
5  which relief can be granted; and 2) Count II for declaratory relief fails to state a claim upon
6  which relief can be granted as it addresses past conduct, rather than the prospective rights of the
7  parties, and in any event is redundant of, and therefore fails as a matter of law for the same
8  reasons as, Plaintiff's PMPA claim.
9       This motion is based upon this Notice of Motion and Motion, and the Memorandum of
10 Points and Authorities submitted herewith, all orders, pleadings and papers on file in this action,
11 and upon such other matters of which the Court may take judicial notice or which may be
12 presented to the Court at the time of hearing.
13     Dated: December 20, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Defendant
ConocoPhillips Company