1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
6
   Attorneys for Defendant
7  ConocoPhillips Company

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 HOUTAN PETROLEUM, INC.            )  Case No. 3:07-cv-5627
                                     )
12              Plaintiff,           )  CONOCOPHILLIPS COMPANY'S
                                     )  NOTICE OF APPLICATION AND
13       vs.                         )  APPLICATION FOR WRIT OF
                                     )  POSSESSION AND PRELIMINARY
14 CONOCOPHILLIPS COMPANY, a Texas   )  INJUNCTION
   corporation and DOES 1 through 10,)
15 Inclusive                         )  Date:       January 25, 2008
                                     )  Time:       10:00 a.m.
16              Defendants.          )  Courtroom:  1
                                     )  Before:     Hon. Samuel Conti
17 ──────────────────────────────────

18                                      Accompanying Documents:

19
                                        1) Memorandum of Points and Authorities
20                                      2) Declaration of Dan Pellegrino (with
                                           exhibits)
21                                      3) Declaration of Richard L. Mathews
                                           (with exhibits)
22                                      4) Declaration of Jay Rollins (with exhibit)
23                                      5) Declaration of Ed Haddad (with
                                           exhibits)
24                                      6) Declaration of Adam Friedenberg (with
                                           exhibits)
25

26 TO PLAINTIFF HOUTAN PETROLEUM, INC., AND ITS ATTORNEYS OF RECORD:

27      PLEASE TAKE NOTICE that on January 25, 2008, at 10:00 a.m., or as soon thereafter as

28 the matter may be heard, by the above-entitled Court, located at 450 Golden Gate Avenue, San

- 1 -
CONOCOPHILLIPS' APPLICATION FOR WRIT OF POSSESSION AND PRELIMINARY INJUNCTION

1  Francisco, California, Defendant ConocoPhillips Company ("ConocoPhillips") will bring on for
2  hearing this application for a writ of possession and preliminary injunction. Said application is
3  made on the grounds that the parties' franchise agreement has terminated, and Plaintiff Houtan
4  Petroleum, Inc., has no further right to use or possess ConocoPhillips' structures, equipment and
5  improvements located at the service station site that is the subject of this action. Under the
6  franchise agreement, and the Petroleum Marketing Practices Act, 15 U.S.C. section 2801, et seq.,
7  ConocoPhillips is entitled to immediate repossession of its structures, equipment and
8  improvements. Accordingly, the Court should issue a writ of possession authorizing the United
9  States Marshal and ConocoPhillips to enter the station to remove ConocoPhillips' property.
10  Alternatively, the Court should enter a preliminary injunction authorizing ConocoPhillips to
11  remove its property.
12      This application is based upon this Notice of Application and Application, and the
13  accompanying Memorandum of Points and Authorities and Declarations of Dan Pellegrino,
14  Richard L. Mathews, Ed Haddad, Jay Rollins and Adam Friedenberg, and the exhibits submitted
15  with these declarations, all pleadings, orders and papers on file in this action, and upon such
16  other matters of which the Court may take judicial notice or which may be presented to the Court
17  at the time of hearing.

18      Dated: December 20, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By /s/
Attorneys for Defendant
ConocoPhillips Company