1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   ADAM D. FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5   Email: cglynn@glynnfinley.com
        afriedenberg@glynnfinley.com
6
    Attorneys for Defendant
7   ConocoPhillips Company

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10

11  HOUTAN PETROLEUM, INC.              )   **Case No. 3:07-cv-5627**
                                        )
12                  Plaintiff,          )   **DECLARATION OF JAY ROLLINS IN**
                                        )   **SUPPORT OF CONOCOPHILLIPS**
13      vs.                             )   **COMPANY'S APPLICATION FOR WRIT**
                                        )   **OF POSSESSION AND PRELIMINARY**
14  CONOCOPHILLIPS COMPANY, a Texas     )   **INJUNCTION**
    corporation and DOES 1 through 10,  )
15  Inclusive                           )   Date:       **January 25, 2008**
                                        )   Time:       **10:00 a.m.**
16                  Defendants.         )   Courtroom:  **1**
                                        )   Before:     **Hon. Samuel Conti**
17  ————————————————————————           )

18

19          I, Jay Rollins, say:

20          1.      I am employed by ConocoPhillips Company ("ConocoPhillips") as Bay Area

21  Sales Manager.  I have personal knowledge of facts hereinafter set forth, and if called as a

22  witness could and would competently testify thereto.

23          2.      Attached hereto as **Exhibit A** is an appraisal report prepared for ConocoPhillips

24  by Valuation Research Corporation.  This appraisal lists, and establishes a value for, the

25  structures, improvements and equipment located at the gasoline service station at 101 East El

26  Camino Real, Mountain View, California (the "Station").  ConocoPhillips owns all of these

27  structures, improvements and equipment.

28  ///

1    3.    None of ConocoPhillips' structures, improvements and equipment located at the

2 Station has been taken for a tax assessment, or fine, pursuant to a statute, or seized under an

3 execution against ConocoPhillips' property.

4        I declare under penalty of perjury, under the laws of the State of California, that

5 the foregoing is true and correct. Executed this 20th day of December, 2007, at Danville,

6 California.

7

8    _Jay Rollins_

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROLLINS DECL IN SUPPORT OF CONOCOPHILLIPS' APPLICATION FOR WRIT OF POSSESSION

# EXHIBIT A



Valuation Research Corporation

50 California Street
San Francisco, CA 94111

# Summary Exhibits of
# Leasehold Interest Appraisal

## 255661 – Mountain View, CA

## Exhibits

Exhibit 1    Valuation Summary

Exhibit 2    Valuation Summary 2006 -- Value of Land and Improvements

Exhibit 3    Valuation Summary 2006 -- Value of Improvements
             Adjusted for Remaining Term of Lease

Exhibit 4    Discounted Cash Flow Analysis -- Land Lease and Permits/Entitlements

Exhibit 1

**Valuation Summary - Leasehold Interest**
ConocoPhillips Cost Center 255661 - Mountain View, CA

### Leasehold Interest

| | | |
|---|---|---|
| Land Value (2007 Valuation) | $1,729,000 | |
| Land Capitalization Rate | 10.10% | |
| Implied Annual Market Rent | $174,629 | |
| Current Annual Contractal Land Rent | $74,040 | |
| Date of Valuation | 1-Jan-2008 | |
| Lease Term - Expiration | 31-Oct-2007 | |
| Remaining Term (Years) | 0.17 | |
| Discount Rate | 9.70% | |
| Fair Value Advantage/Disadvantage | | $0 |
| Permitting and Entitlements (2006 Valuation) | $202,500 | |
| Land Capitalization Rate | 10.10% | |
| Implied Annual Market Rent | $20,453 | |
| Date of Valuation | 1-Jan-2008 | |
| Lease Term - Expiration | 31-Oct-2007 | |
| Remaining Term (Years) | 0.17 | |
| Discount Rate | 9.70% | |
| Present Value - Permitting and Entitlements | | 0 |

### Leasehold Improvements

| | | |
|---|---|---|
| Building Improvements | $73,521 | |
| Site Improvements | 54,499 | |
| Gasoline Related Improvements | 212,002 | |
| Total Leasehold Improvements | $340,022 | |
| Adjustment for Remaining Term of Lease | (253,737) | |
| Total Leasehold Improvements Adjusted for Remaining Term of Lease | | 86,285 |

### Razing of Premises

| | | |
|---|---|---|
| Current Estimated Cost of Razing Premises | $0 | |
| Adjustment for Inflation to Lease Term - Expiration @ 3% | - - | |
| Projected Cost of Razing | $0 | |
| Discount Rate | - - | |
| Present Value - Cost of Razing Premises Expense | | 0 |

| | | |
|---|---|---|
| **Total Market Value of the Leasehold Interest** | | $86,285 |
| **Rounded** | | $86,000 |

 Land
Permitting and Entitlements
Leasehold Improvements

Exhibit 2

## Valuation Summary - 2007 Value of Land & Improvements
ConocoPhillips Cost Center 255661 - Mountain View, CA

### Building Improvements

| | | |
|---|---|---|
| Base Cost (Sec 64/Pg 1, Class S, Average) | | $95.03 |

Multipliers:

| | | |
|---|---|---|
| Area/Perimeter | 0.956 | |
| Height | 1.000 | |
| Current Cost | 1.030 | |
| Local | 1.210 | |
| Total | | 1.191 |

| | |
|---|---|
| Adjusted Base Cost | $113.18 |
| Building Area (SF) | 1,624 |
| | |
| Subtotal Replacement Cost New (RCN) | $183,804 |
| Less Physical Deterioration @    60% | (110,283) |
| | |
| Subtotal RCN Less Physical Deterioration | 73,521 |
| Add Soft Costs (Permitting and Entitlements) | 202,500 |

| | |
|---|---|
| Total RCN Less Physical Deterioration - Building | $276,021 |

### Site Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Grading | 24,700 SF | $0.29 | 7,163 | - - | - - | - - | 7,163 |
| Asphalt Paving | 12,000 SF | $2.44 | 29,280 | 6 | 10 | 60% | 11,712 |
| Concrete Paving | 8,000 SF | $6.69 | 53,520 | 9 | 16 | 56% | 23,549 |
| Concrete Curbing | 370 LF | $9.00 | 3,330 | 11 | 20 | 55% | 1,499 |
| Landscaping | - - | - - | - - | - - | - - | - - | 5,000 |
| Miscellaneous (Fencing, etc.) | 120 LF | $25.00 | 3,000 | 0 | 25 | 0% | 3,000 |
| Trash Enclosure | 80 SF | $5.65 | 452 | 15 | 25 | 60% | 181 |
| Lighting | 3 Fix | $1,815 | 5,445 | 9 | 16 | 56% | 2,396 |

| | |
|---|---|
| Total Replacement Cost New Less Physical Deterioration - Site Improvements | 54,499 |

### Gasoline Related Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Canopy | 1,012 SF | $29.44 | 29,793 | 9 | 16 | 56% | 13,109 |
| Canopy | 1,012 SF | $29.44 | 29,793 | 9 | 16 | 56% | 13,109 |
| Signage | 1 Fix | $7,879 | 7,879 | | | 50% | 3,940 |
| Machinery and Equipment: | | | | | | | |
| UST  12,032 Gal | 1 | $41,689 | 41,689 | | | 46% | 22,512 |
| UST  12,032 Gal | 1 | $39,120 | 39,120 | | | 46% | 21,125 |
| UST    550 Gal | 1 | $11,151 | 11,151 | | | 46% | 6,022 |
| Dispensers | 6 | $18,255 | 109,530 | | | 42% | 63,527 |
| Control Console | 1 | $14,002 | 14,002 | | | 42% | 8,121 |
| Piping | - - | $4,278 | 25,668 | | | 32% | 17,454 |
| Spill Containment | - - | $24,530 | 24,530 | | | 44% | 13,737 |
| Additional Installation | - - | $51,341 | 51,341 | | | 57% | 22,077 |
| Lift | 3 | $6,441 | 19,323 | | | 71% | 5,604 |
| Air Compressor | 1 | $4,273 | 4,273 | | | 61% | 1,666 |

| | |
|---|---|
| Total Replacement Cost New Less Physical Deterioration - Gasoline Related Improvements | 212,002 |

| | |
|---|---|
| **Subtotal Replacement Cost New of Improvements Less Physical Deterioration** | $542,522 |
| Less Functional Obsolescence | 0 |
| Less External Obsolescence | 0 |
| | |
| **Total Replacement Cost New of Improvements Less Physical Deterioration** | $542,522 |
| **Add Land Value** | 1,729,000 |
| | |
| **Total Estimated Value by the Cost Approach** | $2,271,522 |
| **Rounded** | $2,270,000 |

Land
Permitting and Entitlements
Leasehold Improvements

Exhibit 3

**Valuation Summary - 2007 Value of Improvements Adjusted for Remaining Term of Lease**
ConocoPhillips Cost Center 255661 - Mountain View, CA

### Building Improvements

| | | |
|---|---|---|
| Base Cost (Sec 64/Pg 1, Class S, Average) | | $95.03 |

Multipliers:

| | |
|---|---|
| Area/Perimeter | 0.956 |
| Height | 1.000 |
| Current Cost | 1.030 |
| Local | 1.210 |
| Total | 1.191 |

| | |
|---|---|
| Adjusted Base Cost | $113.18 |
| Building Area (SF) | 1,624 |
| Subtotal Replacement Cost New (RCN) | $183,804 |
| Less Physical Deterioration @    99% | (182,554) |
| Subtotal RCN Less Physical Deterioration | 1,250 |

Total RCN Less Physical Deterioration - Building        $1,250

### Site Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Grading | 24,700 SF | $0.29 | 7,163 | - - | - - | - - | 41 |
| Asphalt Paving | 12,000 SF | $2.44 | 29,280 | 9.83 | 10 | 98% | 586 |
| Concrete Paving | 8,000 SF | $6.69 | 53,520 | 15.83 | 16 | 99% | 535 |
| Concrete Curbing | 370 LF | $9.00 | 3,330 | 19.83 | 20 | 99% | 33 |
| Landscaping | - - | - - | - - | - - | - - | - - | 28 |
| Miscellaneous (Fencing, etc.) | 120 LF | $25.00 | 3,000 | 24.83 | 25 | 99% | 30 |
| Trash Enclosure | 80 SF | $5.65 | 452 | 24.83 | 25 | 99% | 5 |
| Lighting | 3 Fix | $1,815 | 5,445 | 15.83 | 16 | 99% | 54 |

Total Replacement Cost New Less Physical Deterioration - Site Improvements      1,312

### Gasoline Related Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Canopy | 1,012 SF | $29.44 | 29,793 | 15.83 | 16 | 99% | 298 |
| Canopy | 1,012 SF | $29.44 | 29,793 | 15.83 | 16 | 99% | 298 |
| Signage | 1 Fix | $7,879 | 7,879 | | | 79% | 1,655 |
| Machinery and Equipment: | | | | | | | |
|   UST  12,032 Gal | 1 | $41,689 | 41,689 | | | 77% | 9,588 |
|   UST  12,032 Gal | 1 | $39,120 | 39,120 | | | 77% | 8,998 |
|   UST     550 Gal | 1 | $11,151 | 11,151 | | | 77% | 2,565 |
|   Dispensers | 6 | $18,255 | 109,530 | | | 74% | 28,478 |
|   Control Console | 1 | $14,002 | 14,002 | | | 74% | 3,641 |
|   Piping | - - | $4,278 | 25,668 | | | 77% | 5,904 |
|   Spill Containment | - - | $24,530 | 24,530 | | | 77% | 5,642 |
|   Additional Installation | - - | $51,341 | 51,341 | | | 78% | 11,295 |
|   Lift | 3 | $6,441 | 19,323 | | | 78% | 4,251 |
|   Air Compressor | 1 | $4,273 | 4,273 | | | 74% | 1,111 |

Total Replacement Cost New Less Physical Deterioration - Gasoline Related Improvements      83,722

| | |
|---|---|
| **Subtotal Replacement Cost New of Improvements Less Physical Deterioration** | $86,285 |
| Less Functional Obsolescence | 0 |
| Less External Obsolescence | 0 |
| **Total Replacement Cost New of Improvements Less Physical Deterioration** | $86,285 |

Leasehold Improvements

Exhibit 4

Cost Center 255661
101 E El Camino Real
Mountain View, Ca

| Months | 0 | 0 |
|---|---|---|
| Year | 2007 | 2008 |

Market Land Rent
Contract Land Rent

Advantage/(Disadvantage)
Present Value Factor

PV of Advantage/(Disadvantage)

Fair Value Advantage

Fair Rental Value Permits/Entitlements
PV of Rental Value

Fair Value    $0

| Valuation Date | 1/1/2008 |
|---|---|
| Current Term Expiration | 10/31/2007 |
| Final Expiration | 10/31/2007 |
| Market Land Rent | $174,629 |
| Market Land Rent Annual Increase | 3% |
| Discount Rate | 9.70% |