GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM D. FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 3:07-cv-5627<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON DEFENDANT CONOCOPHILLIPS COMPANY'S APPLICATION FOR WRIT OF POSSESSION AND PRELIMINARY INJUNCTION** |

Defendant ConocoPhillips Company ("ConocoPhillips") has applied for a writ of possession and preliminary injunction authorizing it to remove certain structures, improvements and equipment from real property currently possessed by Plaintiff Houtan Petroleum, Inc. (Docket No. 27.) ConocoPhillips contends that relief on shortened time is necessary so that: 1) ConocoPhillips can take necessary steps to maintain its property and mitigate any potential environmental risks; and 2) Houtan Petroleum cannot remove, transfer, destroy or otherwise impair the value of ConocoPhillips' property. Plaintiff disputes these contentions, but is agreeable to the Court's consideration of ConocoPhillips' application on shortened time. Accordingly, pursuant to Northern District Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties that hearing on ConocoPhillips' application shall be set for hearing on

- 1 -
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME

1  January 11, 2008, at 10:00 a.m., and further that Plaintiff's opposition to the application shall be
2  due January 4, 2008, and ConocoPhillips' reply shall be due January 9, 2008.
3  SO STIPULATED.

Dated: December 21, 2007

                                            GLYNN & FINLEY, LLP
                                            CLEMENT L. GLYNN
                                            ADAM FRIEDENBERG
                                            One Walnut Creek Center
                                            100 Pringle Avenue, Suite 500
                                            Walnut Creek, CA 94596

By _____
Attorneys for Defendant
ConocoPhillips Company

Dated: December 21, 2007

                                            BLEAU, FOX & FONG
                                            THOMAS P. BLEAU
                                            GENNADY LEBEDEV
                                            3575 Cahuenga Boulevard West, Suite 580
                                            Los Angeles, CA 90068

By _____
Attorneys for Plaintiff
Houtan Petroleum, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December ___, 2007

                                            _____
                                            UNITED STATES DISTRICT JUDGE