UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5627           SAMUEL CONTI           DATE 1/11/08
Case Number         Judge

Title: HOUTAN PETROLEUM INC.     vs CONOCOPHILLIPS, COMPANY

Attorneys: GENNADY LEBEDEV       ADAM FRIEDENBERG

Deputy Clerk: T. De Martini    Court Reporter: Sahar McVickar

Proceedings

Defendant's Motion for Writ of Possession and Preliminary Injunction - Denied

Defendant's Motion to Dismiss - Denied

Discovery Cutoff: _____ Pretrial Statements Due _____

Case Continued to _____ for Pretrial Conference

Case Continued to 2/11/08 @ 10:00 A.M. for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING:

cc: