GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
   afriedenberg@glynnfinley.com

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 3:07-cv-5627<br><br>**DEFENDANT CONOCOPHILLIPS COMPANY'S REQUEST FOR PRETRIAL CONFERENCE OR MOTION IN LIMINE HEARING**<br><br>Trial Date: February 11, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Before: Hon. Samuel Conti |

On January 11, 2008, the Court scheduled this matter for a jury trial to commence on February 11, 2008. The Court subsequently issued its Jury Trial Preparation Order. The Jury Trial Preparation Order provides that motions in limine will be heard at the pretrial conference and requires that the parties file motions in limine 10 days prior to the pretrial conference. (Docket No. 44 at § A(9).) The Court, however, has not scheduled a pretrial conference to precede the February 11, 2008, trial setting. (The Court previously scheduled a pretrial conference for June 13, 2008. (Docket No. 24.))

ConocoPhillips intends to file appropriate motions in limine that could, if granted, have an impact on the issues remaining for trial. In addition, as ConocoPhillips will file its answer and counterclaims today, under the normal requirements of the Federal Rules, this case would

1  not yet be at issue as of the date scheduled for trial. Further, there may be evidentiary and
2  procedural issues that could be addressed prior to the commencement of trial. For all of these
3  reasons, ConocoPhillips believes a pretrial conference or further status conference would assist
4  the Court and parties in addressing various pretrial issues. In the event the Court is not inclined
5  to order a pretrial conference, then ConocoPhilllips would respectfully request that the Court
6  schedule a date for hearing motions in limine sufficiently in advance of the trial to allow the
7  Court and parties to understand what issues remain to be tried.

8  Dated: January 19, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant
ConocoPhillips Company