IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOUTAN PETROLEUM, INC.,
    Plaintiff(s),

v.

CONOCOPHILLIPS COMPANY,
    Defendant(s).
_____/

No. C-07-5627-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Pretrial Conference** on **February 6, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file their motions in limine by January 29, 2008, oppositions to the motions are due by February 4, 2008.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    January 22, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
    Courtroom Deputy Clerk