United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOUTAN PETROLEUM, INC., ) Case No. 07-5627 SC
)
      Plaintiff, )
) ORDER SETTING
  v. ) BRIEFING SCHEDULE FOR
) DEFENDANT'S MOTION TO
CONOCOPHILLIPS COMPANY, a Texas ) <u>STRIKE JURY DEMAND</u>
Corporation and DOES 1 through 10, )
Inclusive, )
)
      Defendants. )
)
_____ )

Trial is set for Monday, February 11, 2008. The Court is in receipt of Defendants' Motion to Strike Jury Demand, filed on January 23, and noticed for February 6. If Plaintiff chooses to file an opposition, such opposition must be filed no later than Wednesday, January 30, at 12:00 p.m. Defendants may file a reply no later than Friday, February 1, at 12:00 p.m.

IT IS SO ORDERED.

Dated: January 28, 2008

                                                     /s/ Samuel Conti
UNITED STATES DISTRICT JUDGE