GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | Case No. 3:07-cv-5627 SC |
| Plaintiff, | **CONOCOPHILLIPS COMPANY'S MOTION IN LIMINE NO. 4** |
| vs. | **RE: EXCLUSION OF LAY OPINION AND CONCLUSION TESTIMONY BY PLAINTIFF'S EMPLOYEES** |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive | |
| Defendants. | Pretrial Conference: February 6, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Before: Hon. Samuel Conti |
| | Trial Date: February 11, 2008 |

Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby moves in limine for an order precluding plaintiff's current or past employees, including Ed Haddad, from testifying at trial to any opinions or conclusions.

I.  ARGUMENT

In support of its motion for preliminary injunction, Plaintiff submitted a declaration from its president, Ed Haddad, in which Mr. Haddad opined that the value of the structures, improvements and equipment at issue "does not exceed $120,000." (Docket No. 5 ¶ 22.) He provided no foundation for this opinion, or even the calculations or evaluative methodology on which it is based. (*Id.*) Such speculation is insufficient and inadmissible to contradict, or

establish a valuation alternative to, the appraisal on which ConocoPhillips based its bona fide offer. *See Mohammed v. Chevron U.S.A. Inc.*, 738 F. Supp. 1383, 1385 (M.D. Fla. 1990). Mr. Haddad is not a qualified appraiser, and has not been disclosed as an expert witness in this matter, and the Court should not permit incompetent expert testimony regarding the value of ConocoPhillips' property.

## II.   CONCLUSION

Mr. Haddad's conclusions and opinions about the value of the station property are based on speculation and should therefore be precluded.

Dated: January 29, 2008

> GLYNN & FINLEY, LLP
> CLEMENT L. GLYNN
> ADAM FRIEDENBERG
> One Walnut Creek Center
> 100 Pringle Avenue, Suite 500
> Walnut Creek, CA 94596
>
> By _____
> Attorneys for Defendant and Counter-Plaintiff ConocoPhillips Company