GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 3:07-cv-5627 SC<br><br>**CONOCOPHILLIPS COMPANY'S MOTION IN LIMINE NO. 5**<br><br>**RE: EXCLUSION OF REFERENCES TO OR EVIDENCE OF SIZE, PROFITS OR WEALTH OF CONOCOPHILLIPS COMPANY**<br><br>Pretrial Conference:  February 6, 2008<br>Time:   10:00 a.m.<br>Courtroom:  1<br>Before:  Hon. Samuel Conti<br><br>Trial Date:  February 11, 2008 |

Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby moves in limine for an order excluding presentation to the jury of any evidence of the size, profits and wealth of any ConocoPhillips defendant, affiliate, officer or principal.

**I.    ARGUMENT**

ConocoPhillips is an international company. It is the third-largest integrated energy company in the United States, based on market capitalization and oil and natural gas proved reserves and production; and the second-largest refiner in the United States. ConocoPhillips operates in more than 40 countries and has 38,400 employees worldwide and assets of $165 billion. Houtan Petroleum, Inc., on the other hand, is a much smaller, local business.

Evidence of a party's wealth is irrelevant to the issue of liability. "It has been widely held by the courts that have considered the problem that the financial standing of the defendant is inadmissible as evidence in determining the amount of compensatory damages to be awarded." *Geddes v. United Financial Group* (9th Cir. 1977) 559 F.2d 557, 560. Such evidence "injects into the damage determination a foreign, diverting and distracting issue which may effectuate a prejudicial result." *Id.*

Moreover, the PMPA explicitly provides that a claim for punitive damages under the PMPA is determined by the Court, not a jury. 15 U.S.C. § 2805(d)(2). Thus, in the event any portion of the case is tried to a jury, it would be improper to discuss ConocoPhillips' size, profits, or wealth in the presence of the jury. Such information is highly prejudicial and has no probative value to any issue to be determined by the jury.

## II.   CONCLUSION

For the above reasons, ConocoPhillips respectfully requests that the Court issue an order prohibiting any reference to the size, profits or wealth of any ConocoPhillips defendant, affiliate, officer or principal in the presence of the jury, if any.

Dated: January 29, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant and Counter-Plaintiff ConocoPhillips Company