1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5   Email: cglynn@glynnfinley.com
            afriedenberg@glynnfinley.com
6
    Attorneys for Defendant and Counter-Plaintiff
7   ConocoPhillips Company

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  HOUTAN PETROLEUM, INC.              )   Case No. 3:07-cv-5627 SC
                                        )
12              Plaintiff,              )   **CONOCOPHILLIPS COMPANY'S**
                                        )   **MOTION IN LIMINE NO. 6**
13          vs.                         )
                                        )   **RE: EXCLUSION OF RUSSELL S.**
14  CONOCOPHILLIPS COMPANY, a Texas     )   **BRAASCH**
    corporation and DOES 1 through 10,  )
15  Inclusive                           )   Pretrial Conference:   **February 6, 2008**
                                        )   Time:                  **10:00 a.m.**
16              Defendants.             )   Courtroom:             **1**
                                        )   Before:                **Hon. Samuel Conti**
17  ————————————————————————          )
                                            Trial Date:            **February 11, 2008**
18

19

20          Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby

21  moves in limine for an order excluding testimony by Russell S. Braasch.

22  **I.      ARGUMENT**

23          Plaintiff has disclosed Russell S. Braasch, E.A., as an expert witness whom it intends to

24  call at trial "to testify on the subject of Plaintiff's damages." (*See* Ex. A at 2:4-5.)  Mr.

25  Braasch's expert witness report shows that he intends to testify regarding alleged "lost profits"

26  resulting from ConocoPhillips' cessation of fuel deliveries to the subject service station. (Ex. A,

27  Braasch Report at pp. 2, 3.)  This alleged loss occurred in November 2007, *after* the franchise

28  agreement terminated. (*Id.*)  The Court, however, has already found that the franchise

- 1 -

1    termination -- which occurred effective October 31, 2007 -- was proper under the PMPA.

2    (Docket No. 18 at 8:20-12:18.)  As the franchise agreement was properly terminated,

3    ConocoPhillips was necessarily under no further obligation to continue to supply fuel to Plaintiff

4    after October 31, 2007.  It is thus axiomatic that any alleged "loss" resulting from

5    ConocoPhillips' non-delivery of fuel in *November* 2007 could not be recoverable.

6           Further, as shown in Motion in Limine No. 3, as a matter of law a franchise cannot

7    recover damages allegedly resulting from the franchise termination where it remains in

8    possession of the station during the litigation, as Houtan Petroleum has done here.  Rather, as the

9    Court has already found, the only issue remaining for trial is whether ConocoPhillips' offer to

10   sell its equipment and improvements to Plaintiff was "bona fide" under the PMPA -- an equitable

11   claim for which the remedy would be a new offer, not damages resulting from non-delivery of

12   fuel after the franchise had already properly terminated.  Mr. Braasch's testimony is therefore

13   irrelevant and should be excluded.

14          Even were any such damages recoverable in theory, Mr. Braasch's testimony would still

15   be inadmissible.  The expert report indicates that Mr. Braasch's estimate of anticipated lost

16   profits is based solely on his review of station revenues for the one-month period preceding the

17   alleged loss.  Such a narrowly limited survey of Plaintiff's historical revenues is plainly

18   insufficient to establish a reliable basis on which to predict future profits.  The resulting

19   prediction of lost profits is therefore based on speculation and should be excluded on this

20   independent basis.

21   **II.    CONCLUSION**

22          Mr. Braasch's testimony is irrelevant and speculative and should therefore be precluded.

23          Dated:  January 2?, 2008

                              GLYNN & FINLEY, LLP
24                            CLEMENT L. GLYNN
                              ADAM FRIEDENBERG
25

26

                              By
27                               _____
                                 Attorneys for Defendant and Counter-
28                               Plaintiff ConocoPhillips Company

---

*EXHIBIT A*

1   Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2   BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3   Los Angeles, California 90068
   Telephone   : (323) 874-8613
4   Facsimile    : (323) 874-1234
   e-mail:       bleaushark@aol.com
5   e-mail:       glebedev@bleaufox.com

6   Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.

7

8

9             **UNITED STATES DISTRICT COURT IN AND FOR**

10             **THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   HOUTAN PETROLEUM, INC. | CASE NO. 07-CV-5627 SC |
| 12          Plaintiff, | |
| 13   vs. | **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FED. R. CIV. PROC. 26(a)(2)(B)** |
| 14   CONOCOPHILLIPS COMPANY, a Texas Corporation   and DOES 1 through 10, | |
| 15   Inclusive | |
| 16          Defendants. | |
| 17 | |

18   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19       Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), Plaintiff, Houtan Petroleum, Inc.,

20   submits the following disclosure of experts she may present at trial.

21       1.     **Andrew C. Plaine, MAI, SRA [MAI appraiser], Andrew C. Plaine & Associates,**

22   **1966 Tice Valley Boulevard No. 423, Walnut Creek, California 94595, 925-977-8361:** Mr. Plaine

23   will testify that he was requested by and/or on behalf of Plaintiff, Houtan Petroleum, Inc., to perform

24   an appraisal of the, improvements, fixtures, equipment, including signs, dispensers, underground

25   tanks, pumps, pipes, fittings and installation of all items at its service station which is the subject of

26   this litigation; that he performed such an appraisal and has prepared an Appraisal Report regarding

27   the subject station.   Mr. Plaine's Appraisal Report, which also includes a statement of his

28   qualifications is included with this Disclosure as Exhibit "A". A statement of Mr. Plaine's fees for

1  deposition and trial and a listing of cases in which he has testified within the preceding four years is

2  attached as Exhibit "B."

3      2.    **Russell S. Braasch, E.A. [Accountant], Whitfield Management Service, Inc., 650**

4  **El Camino Real, Suite E, Redwood City, CA 94063, 800-297-5990:**  Mr. Braasch will testify on

5  the subject of Plaintiff's damages arising out of ConocoPhillips failure to comply with the PMPA.

6  Mr. Braasch expert report, which includes a statement of his qualifications is included with this

7  Disclosure as Exhibit "C."

8

9  Dated: January 28, 2008        BLEAU / FOX, A P.L.C.

10

11      By: _____

12          Thomas P. Bleau, Esq.
        Gennady L. Lebedev, Esq.
        Attorneys for Plaintiff

13          Houtan Petroleum, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**SUMMARY NARRATIVE
APPRAISAL REPORT**

**Leasehold Service Station Facilities
101 E. El Camino Real
Mountain View, CA**

**File No. ACP07C028**

**January 21, 2008**

**Prepared For**

**Mr. Gennady Lebedev, Esq.
Bleau/Fox, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068**

**Prepared By**

ANDREW C. PLAINE, MAI, SRA

ANDREW C. PLAINE & ASSOCIATES

1966 Tice Valley Boulevard No. 423

Walnut Creek, California 94595

# ANDREW C. PLAINE & ASSOCIATES

REAL ESTATE APPRAISERS & CONSULTANTS

Andrew C. Plaine, MAI, SRA
1966 Tice Valley Boulevard No. 423
Walnut Creek, CA 94595

Office: (925) 977–8361
Fax: (925) 831–0287
acplaine@pacbell.net

January 21, 2008

Mr. Gennady Lebedev, Esq.
Bleau/Fox, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068

Re:     Leasehold Service Station Facilities Appraisal
        101 E. El Camino Real, Mountain View, California
        Our File No. ACP07C028

Dear Mr. Lebedev:

In accordance with your request for an estimate of the market value of the *leasehold facilities only*, which assumes a leasehold interest in the above-referenced subject property, I have personally inspected the property and have made a careful and detailed analysis of all factors pertinent to the estimate of value. The accompanying report is a limited scope, summary narrative appraisal report made in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) Section 2-2(b).

It is *limited in scope to appraising the facilities only (building, canopy, site improvements, and equipment)*; it does not include an interest the underlying land by virtue of fee or a leasehold interest ownership. This appraisal assumes a leasehold interest in the facilities of a tenure long enough to support the remaining economic life of the facilities. As such, it presents self-contained discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value.

The accompanying report contains the results of my investigation and analysis. In my opinion, the market value of the *facilities only assuming a leasehold interest in the subject property* as of October 31, 2007, based upon the following conditions and assumptions, is as follows:

## ONE HUNDRED FORTY FIVE THOUSAND DOLLARS

## ($145,000)

The foregoing opinion of value assumes that there is no liability or involvement with soils contamination issues, and therefore disregards soils contamination conditions, if any, and assumes the site to be free and clear of such problems. No environmental reports were provided.

Mr. Gennady Lebedev, Esq.
Bleau/Fox, A P.L.C.

Page 2


Given the nature of this appraisal assignment (limited scope valuing the facilities only) I do not feel that an exposure time estimate is applicable.

The accompanying report should be read in its entirety including the underlying assumptions and limiting conditions, which are inseparable from and an integral part of this letter. The reader is advised to carefully review the underlying assumptions and limiting conditions and other conditions stated in this report.

Thank you for the opportunity of serving your appraisal needs.

Very truly yours,

Andrew C. Plaine, MAI, SRA
Certified General Appraiser (CA #AG005298)
ANDREW C. PLAINE & ASSOCIATES

ACP: ss
Enclosure

## TABLE OF CONTENTS

                                                                                  Page
**Introduction**

    Title Page......................................................................................................-
    Letter of Transmittal.......................................................................................-
    Table of Contents ...........................................................................................-
    Summary of Important Conclusions .................................................................-
    Certificate of Appraisal ...................................................................................-
    Underlying Assumptions and Limiting Conditions ............................................-

**Basic Data and Analysis of Subject Property**

    Identification of the Property............................................................................1
    Scope of the Appraisal ...................................................................................1
    Definition of Value ..........................................................................................1
    Statement of Ownership and History of the Property .......................................2
    Property Rights Appraised ..............................................................................2
    Date of Appraisal ...........................................................................................2
    City Description ..............................................................................................3
    Regional Map .................................................................................................3
    City Map.........................................................................................................4
    Neighborhood Description................................................................................5
    Neighborhood Map ..........................................................................................6
    Market Trends ................................................................................................7
    Site Description ..............................................................................................8
    Assessor's Map .............................................................................................9
    Improvement Description ...............................................................................10
    Subject and Neighborhood Photographs........................................................11
    Zoning .........................................................................................................15
    Highest and Best Use....................................................................................15
    Tax and Assessment Data ............................................................................16

**Valuation**

    Valuation Methodology...................................................................................17
    The Cost Approach .......................................................................................19
    Final Opinion of Value ...................................................................................22
    Special Conditions........................................................................................22
    Exposure Time Estimate ...............................................................................22

**Addenda**

    Underground storage tank information/building and equipment list
    Qualifications of the Appraiser

## SUMMARY OF IMPORTANT CONCLUSIONS

**Location:**                        101 E. El Camino Real, Mountain View, California

**Size of Site:**                    24,393 square feet net, per the County Assessor.

**Improvements:**                    A traditional service station facility with repair bays that was built in 1967 (per Assessor). It is a single story Class S structure containing approx. 1,600 square feet. There are two small detached fueling canopies and operating equipment including underground tanks, dispensers and vehicle hoists.

**Zoning:**                          CRA, Commercial Retail Arterial

**Highest and Best Use:**            a) Land Only – thoroughfare-oriented commercial use.

                                     b) As-Improved – continued use of the existing service station facility for the remainder of its economic life.

**Property Rights Appraised:**       Leasehold facilities only- please see limiting conditions and special assumptions.

**Date of Value/Inspection:**        October 31, 2007/December 28, 2007

**Date of Report:**                  January 21, 2008

**Exposure Time Estimate:**          Given the nature of this appraisal assignment (limited scope valuing the facilities only) an exposure time estimate is not applicable.

**Final Opinion of Value:**          **$145,000 – Leasehold Facilities Only**

**Special Assumptions and Conditions:**

This appraisal is ***limited in scope to appraising the facilities only (building, canopy, site improvements, and equipment)***; it does not include an interest the underlying land by virtue of fee or a leasehold interest ownership. This appraisal assumes a leasehold interest in the facilities of a tenure long enough to support the remaining economic life of the facilities.

The foregoing opinion of value assumes that there is no soils contamination, and therefore disregards soils contamination conditions, if any, and assumes the site to be free and clear of such problems. No current environmental reports were provided.

## CERTIFICATE OF APPRAISAL

I, the undersigned, do hereby certify that, to the best of my knowledge and belief:

- the statements contained in this report are true and correct;

- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions;

- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved;

- my compensation is not contingent upon the reporting of a predetermined value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event, or that the appraisal assignment was not based on a requested minimum valuation, a specific valuation or the approval of a loan;

- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Uniform Standards of Professional Practice.

- the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives;

   As of the date of the report, I have not completed the requirements of the continuing education program of the Appraisal Institute;

- I have made a personal inspection of the property that is the subject of this report;

- no one provided significant professional assistance to the person signing this report.

Andrew C. Plaine, MAI, SRA
Certified General Appraiser (CA # AG005298)

ANDREW C. PLAINE & ASSOCIATES

## UNDERLYING ASSUMPTIONS AND LIMITING CONDITIONS

**The appraiser assumes:**

That any legal descriptions furnished are correct; that the title to the Property is good; that there are no encumbrances or defects of title other than those mentioned in this report; that the property is free and clear of all liens; that the property will be managed efficiently and maintained properly; that any plans furnished are correct.

**This report is submitted subject to the following contingent conditions:**

That no guarantee is made, nor liability assumed for inaccuracies or errors in estimates or opinions identified in this report as being furnished by others.

That the appraiser has made no survey of the property and no liability is assumed on matters of a legal character affecting the property, such as title defects, overlapping boundaries, etc.

That any sketches in this report are included only to assist the reader in visualizing the property.

That the distribution of the total valuation between land and buildings applies only under the existing program of utilization. The separate valuations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

That testimony or attendance in court is not required by reason of this appraisal, with reference to the property in question, unless arrangements have previously been made therefor.

That this report, or any parts thereof, may not be reproduced in any form without permission of the appraiser.

That the analyses, conclusions, and opinions concerning real estate set forth in this report were prepared by the person signing this report, and no one else.

The appraiser is not an expert in engineering matters including, but not limited to, structural integrity of buildings, site stability or soil composition including detection of hazardous materials. This report assumes that there are no hazardous materials in either subsoil or structures, and the value is conditional on the total property being free of any hazardous materials and is being operated in conformance with all applicable government codes and regulations. Andrew C. Plaine and Associates assumes no responsibility or liability for these matters that are specialized professional services beyond the scope of the appraisal assignment.

**BASIC DATA AND ANALYSIS OF SUBJECT PROPERTY**

**Leasehold Service Station Facilities**
**101 E. El Camino Real**
**Mountain View, CA**

## IDENTIFICATION OF THE PROPERTY

The subject facilities are located at 101 E. El Camino Real, in the city of Mountain View, Santa Clara County, California. The facilities are more specifically located on a site that occupies the southeasterly corner of E. El Camino Real and Grant Road which is also identified as Santa Clara County Assessor's Parcel No. 197-42-003. No legal description for the underlying site has been supplied.

## SCOPE OF THE APPRAISAL

The purpose of this appraisal is to provide an opinion of the current market value of the facilities only assuming a leasehold interest in the subject property; they are leasehold improvements. I understand this appraisal is to be used by the client in connection with acquisition negotiations and potential litigation. Mr. Gennady Lebedev (attorney for Houtan Petroleum) is the client and primary intended user of this report; Mr. Ed Hadad with Houtan Petroleum, Mr. Gennady's client, who proposes buying the facilities is also an intended user. Lastly, ConocoPhilips, who reportedly owns the facilities, is also a potential intended user who is anticipated may rely on this report. This appraisal is not warranted for use by any other party or any other purpose. Consistent with the policy of this office, and USPAP, this appraisal is prepared only for the party whom the work is performed. No other person is authorized to use this report, nor is it warranted for use by any other party or for any other purpose.

The scope of this appraisal analysis involved inspecting the subject property, the neighborhood, and the surrounding market area in order to provide an opinion of the market value of the leasehold improvements as of October 31, 2007. The appraisal is of the leasehold improvements (building, canopies and major built-in operating equipment such as gasoline storage tanks, lines, dispensers, and hoists; it does not include the underlying site (or a leasehold interest in the site), the operating business entity/goodwill, or the FF&E (furniture, fixtures and minor equipment).

Research involves investigating the legal, economic, physical and social influences on the subject, as well as market sales and rental data, construction costs, and so forth. Data sources include County Assessor's records, real estate brokers and property managers, appraisal files, and other real estate data services such as Marshall Valuation Service, LoopNet, Comps. Inc. and NDC Data. All of the data is reviewed and confirmed as appropriate, when possible. The valuation methodology used in this assignment is the Cost Approach; the Sales Comparison and Income Approaches are not applicable. This is a complete, summary narrative appraisal report made in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) Section 2-2(b).

## DEFINITION OF VALUE

Market Value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.      buyer and seller are typically motivated;

---

ANDREW C. PLAINE & ASSOCIATES                                                                 1

2.    both parties are well informed or well advised, and each acting in what they consider
      their own best interest;

3.    a reasonable time is allowed for exposure in the open market;

4.    payment is made in terms of cash or U. S. dollars or in terms of financial arrangements
      comparable thereto; and

5.    the price represents the normal consideration for the property sold unaffected by special
      or creative financing or sales concessions granted by anyone associated with the sale.

(Source:  Uniform Standard of Professional Appraisal Practice (USPAP))

## STATEMENT OF OWNERSHIP AND HISTORY OF THE PROPERTY

The underlying fee property is shown vested in the ownership of V O Limited Partners; there
have been no sales or transfers of the underlying property within the last 3 years, according to
County records.  The subject property comprises a service station facility that was built in 1967.
The leasehold facilities are reportedly owned by ConocoPhillips.

## PROPERTY RIGHTS APPRAISED

The property rights appraised are those included within the leasehold interest; the property being
appraised are leasehold improvements and does not include a leasehold interest in the underlying
property.  No valuation analysis of the underlying site/ground lease has been requested, and it is
beyond the scope of this appraisal.  This appraisal assumes a lease tenure of sufficient length to
amortize the value of the existing facilities; essentially this appraisal values the leasehold
improvements.

## DATE OF APPRAISAL

The subject property is being appraised as of October 31, 2007 (effective date of value); the
date of inspection was December 28, 2007.  The date of this report is January 21, 2008.

## CITY DESCRIPTION

The subject property is located in the city of Mountain View, an incorporated community situated
in Santa Clara County, California, in the South San Francisco Bay Area.  Mountain View is
approximately 34 miles south of San Francisco and 15 miles northwesterly of San Jose.  The
population of Mountain View is approximately 71,000; its population has grown little over the last
decade primarily due to the lack of available space for expansion, and future growth is projected
to be limited although the Association of Bay Area Governments (ABAG) projects that the
population could grow to 86,400 by 2035 which represents an annual average growth rate of
approximately 0.7% which is well below the State average.  The city is bounded by the cities of
Palo Alto to the north, Los Altos to the south, and Sunnyvale to the west.  The San Francisco

---

ANDREW C. PLAINE & ASSOCIATES                                                              2



**Regional Map**

Bay forms the northerly boundary. Population growth in Mountain View is likely to remain relatively static in the near future, in spite of ABAG's projections.

The bulk of the land within the city is developed with residential neighborhoods; however, a significant amount of land on the city's north and easterly side is developed with modern, light-industrial and computer-oriented research and development (R&D) business parks. The city of Mountain View is one of the principal "Silicon Valley" cities, which are generally considered to comprise the communities of Palo Alto, Mountain View, Sunnyvale, and Santa Clara. The Silicon Valley area has achieved worldwide renown as the premier computer industry center. Major companies such as General Electric, Lockheed, Google, Intuit, IBM, Apple, Nokia, Symantec, and Hewlett-Packard all have major facilities in the area. The Silicon Valley area in Mountain View continues to be one of the leading areas in the state in terms of economic growth. In addition, there is also a significant biotech sector within Mountain View featuring corporations such as Siemens Medical Solutions, Boston Scientific, and Iris Medical Systems.

Silicon Valley is a major economic engine for the entire San Francisco Bay region; in the latter part of the 1990s and until mid 2001, the high-tech sector was experiencing a major boom, largely because of the "Dot.com" phenomena. Consequently, there was significant development activity, and rapidly escalating rental levels/property values. However, with the advance of recessionary influences in mid 2001 and the collapse of the "Dot.com" market, the vacancy rates escalated in Silicon Valley and other parts of the Bay Area to the mid 20% level. Correspondingly, rental levels and related property values fell significantly. Fundamentally, the industry is still strong, however, these conditions are somewhat typical of high-growth markets; this phenomenon occurred in the mid 1980s, and the region recovered, and has continued to grow and prosper. Generally, the high-tech sector represents one of the major industries of the 21st Century and will quite probably continue to be subject to fluctuations.



**City Map**

Mountain View is well served by all forms of public transportation, including rail service by Caltrans, Southern Pacific Railroad, and Amtrak, as well as an extensive network of major freeways, including U.S. 101, State Routes 82 and 85, State Highways 237 and 280. Air service is convenient, with San Francisco International Airport being approximately 25 miles

distant and San Jose Airport approximately 15 miles. Bus transportation is available through Santa Clara County Transit and Greyhound. Additionally, an important feature, in terms of transportation, is the city's deep-water port of Redwood City, approximately 10 miles to the north.

Mountain View has been improving the quality of its downtown business district. A new City Hall complex was built on the site of the existing complex on Castro Street in 2001. This is part of a planned revitalization of the downtown business district. Evidence of new growth and construction, particularly in terms of office buildings, is evident along El Camino Real in the city of Mountain View. Many new projects have been completed recently.

The city has a well-developed residential component with predominantly single-family homes that were mostly built in the 1960s to 1980s. The median home price in Mountain View is $827,000 which is well above the San Francisco Bay Area average of approximately $600,000 according to DataQuick. The median household income is indicated to be just under $70,000 as of 2000, which is again significantly above the regional average of $60,000. These numbers indicate that to Mountain View represents an affluent community.

Mountain View is a city that will continue to have good economic stability in the near future. It offers a balance of employment opportunities in a technologically oriented industry, as well as good housing opportunities and retail and professional services. The long-term outlook for the city is as good as, if not better than the regional average.

## NEIGHBORHOOD DESCRIPTION

The subject property is located in a major community-oriented commercial neighborhood that has developed along the frontages of El Camino Real in the easterly part of the city of Mountain View. It is more specifically located at the southeasterly corner of El Camino Real and Grant Road, and is approximately 1.0 mile easterly of the central business district.

The subject neighborhood is modern and suburban in nature. It is intensely commercial with some non-commercial uses. The general environs of the subject, which comprise the section of El Camino Real between Highway 85 and Castro Avenue, are largely developed with large retail centers, office buildings, lodging facilities, restaurants, and various other commercial uses. The area has developed over the last 40 to 50 years, in my estimation, and is well established. It is now fully developed and represents a good quality commercial development. Due to the very strong economic base of Mountain View and the South Bay Area, the occupancy levels, and business climate have remained relatively strong.

Development in the immediate vicinity of the subject is generally typical of development patterns in the area. Directly opposite the subject in the southwesterly corner of El Camino Real and Grant Road are an older Chevron service station and a modern In-N-Out Burger fast food restaurant. Further to the west on the south side of El Camino Real are several general retail developments, and a Valero service station. The northwesterly corner of the intersection is improved with a modern automotive building occupied by America's Tire; to the west of this development are various older commercial developments and a motel. The northeasterly corner is improved with a very modern automobile dealership (BMW); to the east of this development is a Kelly-Moore paint store and Hollywood Video store. Wrapping around the subject occupying the southeasterly quadrant of the intersection is a modern neighborhood shopping center anchored by a Walgreen's drug store. There is a Burger King fast food restaurant occupying a pad site easterly of the

---

subject. Southerly of the subject on Grant Road is a modern office building and a community shopping center anchored by a Rite Aid drug store and a local supermarket; there is a Shell service station in this center.



**Neighborhood Map**

There is little available commercial land within the subject neighborhood, which effectively is fully developed. Most new development occurs on sites where older, obsolete/nonconforming developments are razed. The caliber of commercial developments in the area would be considered above average; most new development represents good quality construction and architectural design standards. The retail vacancy factor is low to nominal due to the good economy and vitality of the South Bay.

El Camino Real is a major east-west arterial street that is also boulevard-style (central median). It accommodates three lanes of traffic in each direction together with left turn lanes at the Grant Road/Highway 237 intersection. Grant Road is a north-south arterial that is a boulevard-style street and accommodates two lanes of traffic in each direction; it starts at the El Camino Real intersection and connects with the affluent community of Los Altos to the south. The northerly

"leg" of the intersection is the terminus of Highway 237. According to the city of Mountain View Public Works Department and Caltrans, El Camino Real carries approximately 103,000 vehicles per day, Grant Road carries approximately 30,000 vehicles per day, and Highway 237 carries 100,000 per day. The subject is a very prominent parcel and has good exposure and access to the high traffic volumes from all directions of travel.

There is average local area competition from existing service station facilities in the subject neighborhood and vicinity; as indicated above, there are three other service stations within one block of the subject.

The surrounding areas are heavily developed with well-established, older residential neighborhoods. Generally, these are residential areas are stable and in good demand. They would be characterized as upper income group households.

In conclusion, the subject is a prominent corner parcel that is part of a viable and stable thoroughfare and community-oriented commercial area. Trends within the neighborhood have been positive in recent years. There are no adverse trends or conditions noted. The long-term outlook for the subject neighborhood is for continued stability.

## MARKET TRENDS

Service station development and gasoline retailing have seen many changes since the last 40 years. In the 1960's and 1970's, oil companies built service stations with repair bays to augment the gasoline sales component. Development activity was ubiquitous with stations built on every commercial corner site. In the 1980's, oil companies began to reduce the number of locations and changed the style of operation with the introduction of convenience stores, fast food restaurants and car washes. Contemporary service station design dictates larger fueling islands to allow pass-through lanes which aids through-flow of customers and improves the capacity of the service station. Convenience stores have replaced repair bays as a profit center; very few stations are developed today with repair bays. In the 1980's, convenience stores were relatively small, often being less than 1,000 square feet. Today, the stores have grown to 3,000 square feet; they are often larger where a QSR (quick service restaurant) is incorporated. Car washes are often installed as a basic amenity, often to be provided free or at low cost to customers.

In addition to layout changes, there have also been equipment changes. The old-style single-walled steel underground storage tanks are no longer used due to leak and contamination issues and have been replaced with double-walled, fiberglass tanks with monitoring/leak detection systems, and vapor recovery. There have also been substantial changes in dispensing equipment (or "pumps" to the general public). Current state-of-the-art dispensers are called MPD's (multi-product dispensers). MPD's have the ability to dispense three or four different products and typically incorporate credit/debit card readers for customer convenience. Dispensers have vapor recovery to reduce environmental impacts, and use pumps that speed fuel delivery, thereby freeing up the dispenser for other customers. They are also required to have a single hose (per side) rather than the multiple hose configurations, as well as spill containment underneath the dispenser cabinet. The aim of the new equipment is to improve efficiency and safety, as well as make the equipment more customer/user friendly. Contemporary dispensing equipment is designed to blend regular and supreme gas to form three grades (regular, premium and supreme) at the nozzle. This in turn has caused changes in underground tank configurations as there is now less need for one tank per grade in favor of a

ANDREW C. PLAINE & ASSOCIATES                                              7

large regular gas tank and a small supreme tank. Changing regulations for fuelling equipment (tanks, lines, dispensers, monitoring, etc.) created increased development costs as well as increasing operations costs as facilities have to be retro fitted to meet current regulations.

The change in service station design and facilities in the last 30 years have prompted changes in the characteristics of site acquisition. In the 1960's, service stations were built on approximate half acres sites; larger sites often had unused areas. Since the late 1980's the sites have tended to be in excess of 1.0 acres. The larger sites are necessary to support the larger, multi-component facilities.

In the 1980's, major oil companies began closing under-performing service stations. These were often the typical traditional service stations that had become somewhat outmoded by the newer style facilities, and were not pumping sufficient gasoline to make them economically viable. In some cases, these older stations were bought by independent operators or jobbers; oftentimes the facilities were razed and the site redeveloped with another auto-oriented commercial use. In recent years (since the 1990's) major oil companies have been divesting themselves of many of their stations, preferring instead for them to be owned and operated by independent dealers.

In the last 10 years several major retailers have entered the gasoline marketing business. These include Safeway, Costco, and Wal-Mart. Many of these retailers offer discounted fuel as a means of attracting customers into their stores. Costco is a membership store and sells gasoline on a discounted basis. Safeway customers who are enrolled within the Safeway Club Card plan and spend at least $50 on groceries get a discount on their gasoline purchase. Industry surveys reveal that approximately 20% of fuel sales nationally are via major retailers. The discount nature of these fuel sales, often selling fuel at cost, tends to have an impact on the local market area. The trend of major retailers adding gasoline retail outlets to their stores is likely to continue. There are no facilities of this nature in the immediate vicinity of the subject.

There are several other service station facilities in the general vicinity of the subject as discussed in the neighborhood description section. As noted in the neighborhood description section, the subject is a thoroughfare-oriented commercial location on the easterly side of Mountain View. Generally, I estimate that the subject neighborhood has an average number of service stations given the nature of the location. The subject property is characterized as an older, traditional repair bay service station facility that was built in 1967. There are unlikely to be any significant changes in the local area that would impact this station. Overall, the subject location is appropriate for service station use.


## SITE DESCRIPTION

Even though this assignment is to appraise the facilities only on a leasehold basis, the information concerning the underlying site is still pertinent, even though the assignment does not include the fee property.

The underlying site is a rectangular-shaped parcel located at the southeasterly corner of E. El Camino Real and Grant Road. It has a frontage of approximately 110 feet on E. El Camino Real and a frontage of approximately 130 feet on Grant Road; both dimensions exclude corner radius. The site area is 24,393 square feet according to the County Assessor's records. This will be used for appraisal purposes. If a survey of the site discloses a significant difference in site area then this appraisal should be revised.

---



**Assessors Map**

The site has level topography and is at-grade with the street frontages. All off site improvements including concrete curbs, gutters and sidewalks are in place. The subject is served by all public utilities including water and sewer. Vehicular access is gained via curb cuts and aprons on both street frontages. No preliminary title report or survey has been provided therefore I am not aware of easement encumbrances that affect the subject. There do not appear to be any major easement encumbrances based upon site inspection. However, in the event that a preliminary title report or survey reveals the presence of easements then this appraisal should be revised accordingly; I am assuming there are no significant easements.

This appraisal assumes the subject is free and clear of soils contamination conditions; soil contamination generally has an adverse impact on property value. No environmental reports have been provided, and it is beyond the scope of an appraisal to investigate such matters. I note from reviewing the preliminary title report that provisions are made for the installation of remediation and monitoring equipment, which suggests an issue with contamination. Due to the complexity of this issue, interested parties are recommended to obtain the services of a qualified environmental engineer. The presence of soils contamination can be value influencing; such value influences are not reflected in this appraisal, which assumes the subject site to be free and clear of soils contamination.

In conclusion, the site is suitable for development and should present no problems to development.

ANDREW C. PLAINE & ASSOCIATES                                                                                9

## IMPROVEMENT DESCRIPTION

The leasehold improvements to be appraised are listed in the addendum of this report as "Attachment "A" To Bill of Sale" and "Schedule 1 ("Property") at Site No. 255661".

The subject site is improved with service station facility that was developed in 1967 according to the County Assessor's records; the service station building is located in the easterly part of the site. It is a traditional "ranch-style" design with partial stone veneer exterior over the basic metal building. It comprises a three bay, rear access metal service station building that is constructed on a concrete slab foundation with metal walls and pitched, composition shake covered roof. It has three vehicle repair bays, a small snack sales area, storage rooms, and a restroom; there is a total of approximately 1,624 square feet of building area. To the west and north of the building are two a detached canopies constructed on concrete pad foundations having steel column supports and pitched roofs with composition shake cover; they appear to be the original canopies. Each canopy covers an area of approximately 1,000 square feet. Beneath each canopy are two pump islands. The balance of the site is paved with asphalt and concrete; in addition there are small planter areas around the perimeter of the site. There are no planter buffers adjacent to the fuelling islands (between the fuelling island lane and the sidewalk) as is customary.

The gasoline storage equipment comprises two double-wall fiberglass and steel tanks with a capacity of 12,000 gallons each that were installed in 1988, according to ConocoPhilip's information. The lines are reported to be double walled fiberglass and were installed in 1994. In addition, there is a 550 gallon waste oil tank. They appear to have been upgraded to meet 1998 code requirements including containment, overfill/overspill, leak detection/monitoring systems, and so forth. The dispensing equipment comprises six Gilbarco multi-product dispensers; no installation date information is available. The dispensers have one hose per side and dispense three grades of gasoline (blending dispensers) and are equipped with credit card readers; there is a register/consol inside the building. The dispensers and gasoline tanks have vapor recovery systems, but do not appear to have EVR or dispenser sump upgrades. The subject facility has, effectively, twelve fueling positions. Other operating equipment comprises three in-ground vehicle hoists in the service bays, air compressor, an air and water station, yard lighting standards, and signage. One of the bays has a smog "dynometer" machine and there are free-standing refrigeration/display cases in the snack sales area; this is personal property reportedly owned by the tenant and not included in this valuation. There is a double-sided illuminated sign in the northwesterly corner of the site.

The facilities represent an average to good quality, traditional-style service station; they are in generally fair to average condition with no major items of deferred maintenance noted apart from some damage to the roof eaves (southwest corner of the building). The facilities are suffering from general wear and tear due to age and use, such as worn/cracked asphalt paving, etc. They represent a reasonably functional design with adequate traffic flow around the fueling islands. This is a traditional type service station as it incorporates repair bays. Repair bay facilities are being phased-out in favor of stations with convenience stores. Often, repair bay buildings are converted to convenience stores. These facilities are approximately 40 years old. Service station facilities have an economic life of 20 to 25 years, according to the Marshall Valuation Service. In this region, I note many service stations of this type (repair bay facility) in operation that are 30 to 40 years old. A more probable economic life is around 35 years. The subject facilities are generally in the latter part of their economic life, in my estimation. The effective age is consistent with the actual age due to the prime location of the subject; the location is no longer appropriate for a repair bay facility. I note that the older, traditional

---

ANDREW C. PLAINE & ASSOCIATES

Chevron station at the southwesterly corner is proposed to be re-built with a convenience store/service station facility (there is an application being processed by the city for a raze and re-build). Another nearby, older traditional station was razed and re-built in 2004/2005 (new Chevron at the northwesterly corner of El Camino Real and Mary in Sunnyvale). Similarly, a self-serve service station with car wash (Valero unit) at the southeasterly corner of El Camino Real and Hollenbeck in Sunnyvale is being sold for redevelopment. The underground storage tanks and dispensers are generally in the latter part of their economic life; underground tanks have an economic life of 25 years, whereas dispensing equipment has a 15 year economic life.



**Subject Property – View from opposite corner**



**Subject Property – Front elevation of service station building and underground tanks**

ANDREW C. PLAINE & ASSOCIATES



**Subject Property – Rear elevation of service station building**



**Subject Property – Fuelling canopy and islands on Grant Road frontage**



**Subject Property – Fuelling canopy and islands on El Camino Real frontage**



**Neighborhood Scene – Adjacent shopping center (SEQ El Camino Real and Grant Road)**



**Neighborhood Scene – El Camino Real looking east towards the Grant Road intersection.**



**Neighborhood Scene – El Camino Real looking west from the Grant Road intersection.**



**Neighborhood Scene –looking north along Grant Road towards the El Camino Real intersection (subject on the right).**

## ZONING

The subject property is zoned CRA, Commercial Retail Arterial by the city of Mountain View. A very wide variety of commercial uses are permitted including retail, restaurants, offices, auto service establishments, lodging facilities, service stations, and so forth. Many auto related commercial uses such as fast food restaurants, service stations, alternative facilities, etc., are conditionally permitted, and therefore require a use permit. Generally, service station use is consistent with the underlying zoning.

## HIGHEST AND BEST USE

The highest and best use may be defined as "The reasonable and probable legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value." **(Quoted from The Appraisal of Real Estate, Eleventh Edition, published by the American Institute of Real Estate Appraisers.)**

### Highest and Best Use – As If Vacant

The highest and best use of the subject site, on the assumption that it is vacant and available for development, is an auto-oriented commercial use, in my opinion. Generally, I feel that the subject site is suitable for a service station, fast food restaurant, auto lube, convenience store, financial institution, or similar high-profile auto-oriented retail/commercial use. The subject site is physically capable of many types of development and is mostly limited by its size in terms of the scope of development and support. The underlying zoning permits a wide variety of

ANDREW C. PLAINE & ASSOCIATES

commercial uses, including auto-oriented commercial uses. Development characteristics within the subject neighborhood indicate that virtually all commercial uses are economically viable. I note that prime, prominent corner parcels such as the subject are mostly developed with auto-oriented commercial uses. Therefore, I feel its highest and best use is an auto-oriented commercial use.

## Highest and Best Use - As Improved

The highest and best use of the subject site, as improved with an older service station facility, is to retain these improvements for the remainder of their useful economic life. The existing facilities are generally functional for a traditional repair bay facility, and are in fair to average condition. They have a relatively short remaining economic life in my estimation. Service stations typically have an economic life of 30 to 40 years; these improvements are some 40 years old. The neighborhood is characterized as of a prime commercial area; the property is located at the intersection of two major arterial streets and is therefore a prominent corner parcel. The relative caliber and appeal of these facilities is inferior to the general development patterns within the neighborhood. Repair bay facilities are generally being phased-out in favor of convenience store/car wash facilities, especially in prime locations. As previously mentioned in the neighborhood description section, there are indications that the older Chevron at the subject intersection will be redeveloped, and other older, traditional stations in the general vicinity have been redeveloped with contemporary facilities. In my opinion, the existing facilities represent a short-term interim use pending redevelopment of the site.

## TAX AND ASSESSMENT DATA

The subject property is also known as Santa Clara County Assessor's Parcel No. 197-42-003, and is assessed for the tax year 2007-2008 as follows:

| | |
|---|---|
| Land | $741,543 |
| Improvements | -0- |
| Total | $741,543 |

Since the passage of Proposition 13 in California, these assessed values bear no relationship to a property's fair market value. Properties are reassessed at the time of sale or transfer to reflect fair market value, and taxes are then generally assessed on approximately 1% of the new assessed value, in accordance with the dictates of Proposition 13.

The tax rate for the subject property comprises the basic 1% as required under Proposition 13, plus a small percentage for locally approved bonds and assessments. As the underlying assessed value can only be increased by 2% annually, the annual taxes can only increase by 2% unless there are voter approved measures. The annual taxes are $8,997.26 for the 2007/2008 tax year.

There is no assessment for the improvements as they are leasehold improvements and assessed on the unsecured tax rolls.

---

ANDREW C. PLAINE & ASSOCIATES

**VALUATION**

**Leasehold Service Station Facilities**
**101 E. El Camino Real**
**Mountain View, CA**

## VALUATION METHODOLOGY

The methodology used to estimate the value of the facilities will be the Cost Approach. The Cost Approach is the most appropriate for estimating the value of improvements which are classified as special purpose improvements and where the assignment is to value the leasehold improvements only.

The three appraisal methodologies available to value property are the Cost, Sales Comparison and Income Approaches. The three approaches are explained below.

### The Cost Approach:

The Cost Approach is the most direct method for the estimate of value of special purpose properties such as service stations. In the Cost Approach, the value of the land is estimated by direct sales comparison utilizing market data of similar properties within the general area of the subject property. The improvements are valued based on the principal of substitution. This principal holds that no one will pay more for a property than the cost it would take to create an equally desirable substitute property by constructing a building and facility of similar quality. In the Cost Approach, I have reviewed construction cost data from experienced contractors, engineers, oil company personnel, and consulted cost services such as Marshall Valuation Service in order to estimate the cost to build a replacement facility on the subject property. Also included in estimating the replacement costs are indirect costs that are in addition to the basic construction costs, and an allowance for entrepreneurial profit. Deductions are then made for depreciation/obsolescence from the replacement cost new to arrive at the depreciated replacement cost. The depreciated replacement cost is then typically added to the land value to form a final estimate of value by the Cost Approach.

### The Sales Comparison Approach:

The Sales Comparison Approach is based on the principal of substitution. No one will pay more for a given property than what they could pay for another equally desirable substitute property available in the marketplace. In the Sales Comparison Approach the selling price of other comparable properties (i.e., similar type, and quality) are used to arrive at an estimate of the subject's value. A unit of comparison is normally selected to relate the subject property to the comparables. Price per square foot is one commonly used for commercial and office buildings. Special purpose properties such as service stations do not lend themselves to comparison on this type (unit of comparison) basis. Facilities vary considerably; the age, quality, and type of facility are extremely varied ranging from self-service, island kiosks to conventional three-bay service stations with automotive repair and oil changing facilities, to mini-marts, fast food and car wash combinations. This variation in the type of facilities, as well as the land size, island configuration, storage capacity, number of dispensers, etc., make traditional units of comparison difficult, if not impossible to work with. Sales of service stations that are most comparable to the type, age, quality and condition of the subject facilities are typically chosen from the local market area for this approach. Adjustments are made in an attempt to equalize the differential between the sale property and the subject to provide an indication of the subject's value by the direct Sales Comparison method. The adjustments are best made on a lump sum basis or qualitative basis using a direct comparison methodology. Attempting to analyze the sales on indexes such as gallonage/store sales/gross income, etc. is not reliable, in my experience, due to the variances between operations, and the incomplete data available concerning the sales, and particularly the business value/operations history.

The market sales often include goodwill/business value, however, the amount is often paid as an additional sum over and above the real estate contract price. In my experience, the total sales price is often negotiated and then allocated between the various components, which are resolved by different escrows. Often the allocation between the components can be arbitrary and influenced by tax implications. Therefore, there are often anomalies and discrepancies in the analysis whereby the allocation is loaded in favor of one component or another. This aspect can often be seen in the analysis with disparities in the indicated value range, and is resolved in the reconciliation process.

I have considered analyzing sales data of service station facilities in the locality to determine the date prices paid for the facilities component. However, the majority of sales found involved sales of service stations in fee ownership and as going concerns (including the business enterprise). Under these circumstances, deriving the value of the facilities would require substantial allocations to underlying land value and business enterprise value. This would produce subjective value indications on a theoretical fee simple basis. Parties involved in transactions often indicate that allocations of components is largely made on an arbitrary basis for reasons of loan underwriting, real estate tax assessment, capital gains issues, etc. In addition, the sales may not have had similar highest and best use issues to the subject property whereby a traditional service station was more consistent with the highest and best use of the underlying property. Thus, I do not feel that this methodology would provide a reliable result and it was not used.

Thus, the Sales Comparison Approach is not being used as the assignment is to value the improvements/facilities only on a leasehold basis, and most sales are going concerns that involve the fee interest in the property as well as the business enterprise (goodwill) value. Allocation of these elements is entirely subjective and does not produce a reliable indication, in my experience.

### The Income Approach:

The Income Approach is typically used as a value indicator for the going concern value, as well as a cross-check/support for the Cost and Sales Comparison Approaches. Service station facilities are typically developed for owner/user/operators and are not frequently leased; in other words, they are not developed on a speculative basis for lease/resale to investors. Service stations are not typically owned by passive investors. Major oil companies lease their facilities to a dealer who is, in effect, a franchisee of the oil company. There is a product agreement to sell the company's petroleum products; rent for the station is generally based on incentive plans involving sales volume of gasoline and other incentives that have really little to do with real estate value. Therefore, these dealer leases are not considered to be true "arm's length" market transactions from which one can derive a rental value to estimate return that a service station facility should produce. In fact, this scenario is becoming less common as oil companies are divesting themselves of service stations and more are owned by independent dealers. Occasionally, retiring service station operators would lease rather than sell their property, or infrequently investors would acquire service stations and lease them. Generally, there is very limited market rental and investor sales data pertaining to service station facilities. Therefore, the Income Approach is seldom considered for the real estate alone. Individual service stations mostly sell as "going concerns" that includes the real estate, equipment, and the busyness/goodwill. In these cases it is possible to undertake a form of Income Approach as there is a sales/income history to consider.

---

The Income Approach will not be used for estimating the value of the real estate, as there is not have sufficient data to develop the approach, and again the assignment is to value the improvements only on a leasehold basis.

Thus, only the Cost Approach will be used in this analysis as it is the most applicable approach given the nature of the assignment.

## THE COST APPROACH

The first part of the Cost Approach is estimation the replacement cost new or particularly the direct costs. These costs represent what a contractor would charge to supply the materials and equipment and build the facility. The direct costs calculations are broken down into yard improvements, structures and building equipment, and gasoline equipment. Within these costs are estimated indirect costs; indirect costs include architects and engineers fees, permits, construction financing, surveys, and contingencies. The site improvement costs cover items such as finish grading/site compaction, utility extensions and permitting/mitigation fees. This later component is one of the most costly elements of a service station, and is not included within most cost service estimates. The amount included here is based upon data obtained from interviewing oil company engineers and industry personnel.

The Cost Approach also includes an allowance for overhead and profit. Essentially, this item covers the cost of organizing the development, overseeing the project, and an entrepreneurial profit element for undertaking the development. The overhead and profit allowance is based upon interview and observation. Service station developers would consider entrepreneurial profit, but it is more often mixed with the business enterprise value. Profit requirements for speculative developments vary with the nature of the development. For speculative developments, the profit requirement is often high to compensate for the risk in speculation. However, where the development is a build-to-suit, or owner/user property, the development profit is significantly lower as there is less risk. Typical profit levels quoted by developer's ranges between 10% and 35%, which includes both entrepreneurial profit and overhead. For the purposes of this analysis I propose utilizing a 15% from the lower part of the range reflecting the special purpose, owner/user nature of this type of development.

The addition of the direct and indirect costs, and overhead and profit results in an estimate of value of the total replacement cost of the subject facility in a new condition. The next phase of the Cost Approach is to estimate depreciation.

The depreciation estimates are based upon the age/life premise. Service station facilities have a relatively short economic life and are special purpose. In my experience they are more frequently depreciated based upon a straight line, age/life basis. I have also referred to the Marshall Valuation guidelines for this issue. The typical economic life of a service station facility is 30 to 40 years; this takes into consideration the fact that stations are remodeled at periodic intervals. The operating equipment often traditionally has a shorter life. For instance, double-walled fiberglass tanks have a life expectancy of 25 to 30 years, but their economic life is impacted by changing regulations. The dispensing equipment has a relatively short economic life (10 to 15 years) due to wear and tear, as well as changing technology and regulations. The estimates of effective age in my analysis are based upon observation and experience. The equipment effective ages are typically their actual age, however, the effective age of the equipment is influenced by the effective age and remaining economic life of the building and other major improvements.

---

Estimates of depreciation are generally predicated upon a fee simple property ownership. The subject improvements are leasehold improvements; there is no leasehold interest being transferred or provided with the improvements, the prospective buyer has to negotiate and enter into a lease agreement with the fee property, or purchased the fee property, in order to utilize the improvements. This appraisal assumes that the buyer would have sufficient leasehold tenure to utilize a remaining economic life of the facilities.

A leasehold interest is considered subservient to a fee property interest and has inferior market appeal. Leasehold interests are typically not as a marketable and cannot be financed as readily as fee property. Additionally, there is a limited market for leasehold improvements; the owner of the leasehold improvements can only sell them to a party who owns the underlying fee property or is entering into a lease arrangement with the fee property owner. If the owner of the improvements is unsuccessful in selling the improvements to such an entity, then the improvements become a liability that would involve demolition and removal costs, which are reportedly substantial. I understand that the cost to remove underground gasoline storage tanks is relatively expensive, even disregarding contamination issues (not considered in this analysis). In other words, if there are no contamination/environmental problems, the cost of removing tanks and lines is substantial due to the permitting, engineering personnel requirements and disposal of the tanks and tank waste. Various sources indicate the removal and demolition costs can be in the order of $50,000 to $100,000 for tank removal, building and canopy demolition, and site clearance.

Overall, these issues suggested that the degree of depreciation for leasehold facilities in the latter part of their economic life would tend to be substantial due to the limited marketability, leasehold interest issue, and probable demolition/site clearance costs at the end of their economic life. For these reasons, I am estimating the effective age of the subject building improvements at 32 years based upon a 35 year economic life which indicates a 90% depreciation factor (rounded). The economic lives and effective age of the operating equipment are also linked to the effective age and economic life of the facilities; when the site is redeveloped it is probable that the canopy and dispenser locations will change significantly, and the tank farm will not be in the correct location or will impede optimal layout and have to be relocated.

The last phase of the Cost Approach analysis is typically to add the value of the underlying site. However, this assignment involves valuing the facilities only and does not include the underlying real property. Thus a land value analysis is not being performed.

## Improvement Cost Estimate

### Building/Site Improvements

| | |
|---|---:|
| Site Prep. Costs/Plans/Permits/Fees, Etc. | $ 125,000 |
| 3-Bay Building: 1,624 SF @ $175.00/SF | $ 284,200 |
| Canopies: 1,000 SF @ $50.00/SF x 2 | $ 100,000 |
| Site Improvements: 22,750 SF @ $6.00/SF | $ 136,500 |
| Sub-Total | $ 645,700 |
| Profit & Overhead - 15% rounded | $ 97,000 |
| TOTAL - Building and Site Improvements | $ 742,700 |

### Depreciation (Age/Life Methodology)

| | |
|---|---:|
| Effective Age – 32 years | |
| Economic Life - 35 years | |
| Depreciation  - 32/35 years or say 90% | < $ 668,430> |
| Depreciated Improvement Value | $ 74,270 |
| Rounded to: | $ 75,000 |

### Equipment

**a)**

| | |
|---|---:|
| 6 MPD's with consol, incl. 15% Profit & Overhead | $ 172,500 |
| Depreciation: 12.5/15 yrs. – 85% | < $ 146,625> |
| Depreciated Value: | $ 25,875 |
| Rounded to: | $ 25,000 |

**b)**

| | |
|---|---:|
| (2) 12,000 gallon UST's; (1) 550 gallon waste oil double wall steel/fiberglass tanks with lines, monitoring equip., etc., incl. 15% Profit & Overhead | $ 250,000 |
| Misc. equip.; air & water, hoists, compressor, sign, etc., incl. 15% Profit & Overhead | $ 60,000 |
| Sub-Total | $ 310,000 |

| | |
|---|---:|
| Depreciation: | |
| Effective Age – 25 years | |
| Economic Life - 30 years | |
| Depreciation – 25/30 years, or say 85% | <$ 263,500> |
| Depreciated Equipment Value | $ 46,500 |
| Rounded to: | $ 45,000 |
| Total Depreciated Equipment: a) + b) | $ 70,000 |

### Total Depreciated Improvement and Equipment Value

| | |
|---|---:|
| Depreciated Improvements | $ 75,000 |
| Depreciated Equipment | $ 70,000 |
| **Total Facilities:** | **$ 145,000** |

## RECONCILIATION AND FINAL OPINION of VALUE

The foregoing three approaches the yield the following value indications for the subject property:

| | |
|---|---|
| **The Cost Approach** | **$145,000 (Leasehold Improvement Only)** |
| **The Sales Comparison Approach** | **N/A** |
| **The Income Approach** | **N/A** |

The Cost Approach is typically appropriate for new improvements that represent the highest and best use of the property, and special purpose properties such as service stations. The Cost Approach is based upon cost data derived from numerous industry sources; I believe the replacement costs new are reflective of industry standards and the local market. The weakness in the Cost Approach is the estimate of depreciation, which is subjective. Again, it is based upon general industry guidelines for the age/life of the improvements and the equipment; it is also based upon observation. The depreciation allowance in this case is high as the improvements are leasehold improvements for which there is a limited market. The improvements are reaching the end of their economic life, in my estimation.

The Sales Comparison and Income Approaches were not used as they are not applicable, in my opinion, given the nature of the property being appraised (leasehold improvements).

In conclusion, I am basing the final value estimate for the subject leasehold improvements based upon the Cost Approach. Thus, in my opinion, the market value of the leasehold improvements as of October 31, 2007, based upon the following special conditions and the general underlying assumptions and limiting conditions stated earlier in the report, is:

### ONE HUNDRED FORTY FIVE THOUSAND DOLLARS

### ($145,000)

## SPECIAL CONDITIONS

This appraisal is *limited in scope to appraising the facilities only (building, canopy, site improvements, and equipment)*; it does not include an interest the underlying land by virtue of fee or a leasehold interest ownership. This appraisal assumes a leasehold interest in the facilities of a tenure long enough to support the remaining economic life of the facilities.

The foregoing opinion of value assumes that there is no soils contamination, and therefore disregards soils contamination conditions, if any, and assumes the site to be free and clear of such problems. No current environmental reports were provided.

## EXPOSURE TIME ESTIMATE

The exposure time estimate is an estimate of the amount of marketing time that it would take to sell the subject property at the foregoing estimated market value. The concept of this aspect of the analysis is to present data indicating how long the property would likely have been on the market, as of the date of value, in order to sell at the opinion of value assuming it were appropriately priced and professionally marketed. Given the special purpose nature of the subject, and the fact that they are leasehold improvements only that are not typically marketed, there is no exposure time data available.

---

**ADDENDA**

**Leasehold Service Station Facilities**
**101 E. El Camino Real**
**Mountain View, CA**

Nov 26 2007 16:17    Hadad Inc.    (408) 736-2503    p.2

Site No.255661
101 E. El Camino Real, Mountain View, CA

## ATTACHMENT "A" TO BILL OF SALE

## UNDERGROUND STORAGE TANK INFORMATION
### PAGE ONE OF ONE
#### EXHIBIT D
#### UNDERGROUND STORAGE TANK INFORMATION
Site No.  255661

To Seller's Actual Knowledge, information about the UST's and monitoring system are as follows:

| Tank | 1 | 2 | 3 |
|---|---|---|---|
| Product | UNLEADED | PREMIUM UNLEADED | WASTE OIL |
| Approximate Capacity | 12032 | 12032 | 550 |
| Approximate Tank Install Date | 1/1/1988 | 1/1/1988 | 1/1/1988 |
| DW or SW Tank | DOUBLE | DOUBLE | DOUBLE |
| Tank Material | STEEL - FG CLAD | STEEL - FG CLAD | STEEL - FG CLAD |
| Tank Monitoring Method | CONTINUOUSLY MONITORED | CONTINUOUSLY MONITORED | CONTINUOUSLY MONITORED |
| Approximate Piping Install Date | 1/1/1994 | 1/1/1994 | N/A |
| DW or SW Piping | DOUBLE | DOUBLE | N/A |
| Piping Material | FIBERGLASS | FIBERGLASS | N/A |
| Line Monitoring Method | CONTINUOUSLY MONITORED | CONTINUOUSLY MONITORED | N/A |
| ATTACH ADDITIONAL PAGES IF NECESSARY | | | |

1298                                      Page 1                                      UST-1L



### SCHEDULE 1 ("Property") at
### Site No. 255661
### 101 E. El Camino Real, Mountain View, CA

Service station building (1,624 sq. ft.)    1

MPD dispensers with CRIND                   6

UST's – gasoline
(With associated piping for all UST's)

     12,032 gallon Double Steel    1
     12,032 gallon Double Steel    1

UST – waste oil (550 gallon)               1

Canopy                                      2

Monument sign                               1

G-Site                                      1

Any/all moveable equipment, air compressor
and hoists.

Asphalt and concrete paving, landscaping
and trash enclosure.

i

## QUALIFICATIONS OF ANDREW C. PLAINE, MAI, SRA

Andrew C. Plaine is an independent real estate appraiser providing appraisal and consulting services for all types of real estate in the San Francisco Bay Area and Northern California. He has been an independent appraiser since 1980 and was a partner in the appraisal firm of Edwards, Plaine and Company from 1993 until 2004, and is now the principal of Andrew C. Plaine and Associates, Walnut Creek, California.

He has performed appraisals of all types of real estate during his almost 30 year appraisal career in Northern California with particular emphasis on urban properties; however, he also appraises rural/agricultural property. The properties appraised include retail buildings and shopping centers, office complexes, industrial and warehouse properties, residential properties including apartments, condominiums and single family residential. He also routinely appraises vacant land. He has specialized experience in the field of auto-oriented commercial real estate (service stations, fast-food restaurants, convenience stores, etc.). His clients include numerous major corporations, financial institutions, attorneys, accountants, public agencies, and private individuals. Appraisals have been performed for a variety of purposes such as for loan, sale/purchase, eminent domain, litigation, expert witness, and tax purposes.

In the late 1970's, Mr. Plaine was employed by the Prudential Assurance Company of London, England in their real estate department, as an investment valuer/asset manager. He was involved in the purchase, sale, management, and valuation of the Prudential's extensive real estate portfolio. In the early 1970's, prior to entering college, Mr. Plaine was an assistant surveyor/valuer with the firm of Burrows and Company, Chartered Surveyors in England. His duties involved the valuation of all types of real estate, sales and leasing, structural surveys, planning and building permit applications, and land surveying.

Mr. Plaine has been awarded two major designations from the professional organizations in the real estate industry. The Appraisal Institute awarded Mr. Plaine the MAI designation (Member Appraisal Institute) in 1991, and the SRA (Senior Residential Appraiser) designation in 1988. He has been a certified general appraiser under the California State licensing program (CA # AG005298) since 1993, and is a candidate member of the International Right-of-Way Association.

Mr. Plaine graduated in 1979 from Nottingham University, England, where he earned a Bachelor of Science Degree with Honors in Urban Estate Surveying (real estate). Subsequent education comprises numerous courses, seminars, and workshops given by leading appraisal organizations, such as the Appraisal Institute, and real estate boards.

Mr. Plaine has been active in various volunteer duties connected with the Appraisal Institute; he is a former director of the Appraisal Institution's East Bay Branch, served as a general experience review chair (SRPA) and chair of the candidate's guidance committee (MAI), as well as being a panelist and speaker at various appraisal seminars.

# EXHIBIT B

# ANDREW C. PLAINE & ASSOCIATES

REAL ESTATE APPRAISERS & CONSULTANTS

Andrew C. Plaine, MAI, SRA
1966 Tice Valley Boulevard No. 423
Walnut Creek, CA 94595

Office: (925) 977–8361
Fax: (925) 831–0287
acplaine@pacbell.net

## QUALIFICATIONS OF ANDREW C. PLAINE, MAI, SRA

Andrew C. Plaine is an independent real estate appraiser providing appraisal and consulting services for all types of real estate in the San Francisco Bay Area and Northern California. He has been an independent appraiser since 1980 and was a partner in the appraisal firm of Edwards, Plaine and Company from 1993 until 2004, and is now the principal of Andrew C. Plaine and Associates, Walnut Creek, California.

He has performed appraisals of all types of real estate during his almost 30 year appraisal career in Northern California with particular emphasis on urban properties; however, he also appraises rural/agricultural property. The properties appraised include retail buildings and shopping centers, office complexes, industrial and warehouse properties, residential properties including apartments, condominiums and single family residential. He also routinely appraises vacant land. He has specialized experience in the field of auto-oriented commercial real estate (service stations, fast-food restaurants, convenience stores, etc.). His clients include numerous major corporations, financial institutions, attorneys, accountants, public agencies, and private individuals. Appraisals have been performed for a variety of purposes such as for loan, sale/purchase, eminent domain, litigation, expert witness, arbitration, and tax purposes.

In the late 1970's, Mr. Plaine was employed by the Prudential Assurance Company of London, England in their real estate department, as an appraiser/asset manager. He was involved in the purchase, sale, management, and valuation of the Prudential's extensive real estate portfolio. In the early 1970's, prior to entering college, Mr. Plaine was an assistant surveyor/appraiser with the firm of Burrows and Company, Chartered Surveyors in England. His duties involved the valuation of all types of real estate, sales and leasing, structural surveys, planning and building permit applications, and land surveying.

Mr. Plaine has been awarded two major designations from the professional organizations in the real estate industry. The Appraisal Institute awarded Mr. Plaine the MAI designation (Member Appraisal Institute) in 1991, and the SRA (Senior Residential Appraiser) designation in 1988. He has been a certified general appraiser under the California State licensing program (CA # AG005298) since 1993, and is a candidate member of the International Right-of-Way Association.

Mr. Plaine graduated in 1979 from Nottingham University, England, where he earned a Bachelor of Science Degree with Honors in Urban Estate Surveying (real estate). Subsequent education comprises numerous courses, seminars, and workshops given by leading appraisal organizations, such as the Appraisal Institute, and real estate boards.

Mr. Plaine has been active in various volunteer duties connected with the Appraisal Institute; he is a former director of the Appraisal Institution's East Bay Branch, served as a general experience review chair (SRPA) and chair of the candidate's guidance committee (MAI), as well as being a panelist and speaker at various appraisal seminars.

**Andrew C. Plaine, MAI, SRA**

**Expert Testimony History – Previous 4 years:**

**Depositions:**

City of Lafayette v Oak Hill West, et. al. – 2007

City of Fremont v Phiet Dang et. al. – 2005

King v Schroth – 2005

Redevelopment Agency of the City of Hayward v Herringer, et. al. – 2004

City of Petaluma v Maria I Novak, et. al. – 2003

**Trial:**

None in last 4 years

**Hourly Rates:**

Expert witness testimony – $250.00/hour

General appraisal related work, travel and deposition/trial prep. work - $200.00/hour

# EXHIBIT C

# REPORT OF RUSSELL S. BRASCH, E.A.
## In Houtan Petroleum, Inc. v. ConocoPhillips Company

### I.     Professional background

I was born and raised a fifth generation Californian on the San Francisco peninsula where I attended Sequoia High School and received a Bachelor of Arts from San Jose State University in 1990.

While attending university, I began my own business consulting firm which I operated until joining Whitfield Management Service Inc. in 1989, which is a former E.K Williams accounting office.

I have also been an enrolled agent with the Internal Revenue Service since 1998.

I have been engaged in providing business and tax advice to gasoline service stations since 1989.

Today my firm, Whitfield Management Service, helps over 400 businesses throughout the western United States make informed decisions on every aspect of their day to day business operations. The primary focus of Whitfield's service is providing small to medium sized businesses with concise, accurate and timely financial information. In 2005, the combined sales of businesses utilizing Whitfield Management Service exceeded 1.7 billion dollars. Additionally, our firm and I regularly provide professional training and educational seminars for corporations such as ChevronTexaco, Shell Oil Co., ConocoPhillips as well as independent trade organizations and the Small Business Administration.

Approximately 80% of my practice is devoted to providing accounting service and advice to both wholesale and retail petroleum industry clients.

1

My firm and I are also regularly consulted and testify as expert witnesses by the IRS and other governmental agencies on questions related to taxation and how it affects specific industries.

I am currently an active member of the National Association of Enrolled Agents, the California Association of Enrolled Agents as well as the National Association of Small Business Accountants. I have served as a board member of the Sequoia Union High School District Education Foundation and am a founding member of the Sequoia High School Alumni Association.

I have not authored any publications of note.

I have not testified in a deposition or trial within the last four years.

My standard compensations rates, which also apply to this case, are $250 per hour for consulting, research, analysis, and testimony.


II.      Scope of assignment

I have been asked to analyze the amount of loss suffered, if any, by Houtan Petroleum, Inc. for five days from November 2, 2007 through November 6, 2007, when its credit card system was turned off and gasoline supply terminated by ConocoPhillips at its station located at 101 E. El Camino Real, Mountain View, California 94040.

In reaching the conclusions set forth in this Report, I have reviewed the following documents:

- Daily Book Analysis printouts from Houtan Petroleum's gasoline station computer system from October 5, 2007 through November 6, 2007, copies of which are included with this Report.

2

III.    Opinions and Analysis

The principles involved in this analysis are standard in the accounting profession.

From November 2, 2007 through November 6, 2007, Houtan Petroleum's average gross daily sales were $10,980.00.

From October 5, 2007 through November 1, 2007, Houtan Petroleum's average gross daily sales were $26,030.00. When the average gross daily sales in the November period are compared to the average gross daily sales in the October period, we see an estimated shortfall in average gross daily sales of $15,050.00. By multiplying this daily average shortfall by five days, we arrive at a total average gross daily loss between November 2, 2007 and November 6, 2007 of $75,250.00.

A review of the above-referenced Daily Book Analysis reveals an estimated average markup of 36%. Thirty-six percent of the $75,250.00 total average gross daily sales yields a total loss in the form of adjusted gross profits of $27,090.00.

This report is subject to revision if more information and/or discovery becomes available at a later date.

Russel S. Braasch, B.A.
January 28, 2008

**MOUNTIAN VIEW 76**
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008    Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (10/5/2007 8:31:00 AM to 10/11/2007 8:31:00 AM)    Page 1 of 2
DAILY BOOK ANALYSIS

| Sales$% | Fuel$% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 60.32% | 66.56% | 33356 | Unleaded | 60.96% | 5.93% | $6,063.70 | $102,117.66 |
| 10.95% | 12.09% | 5606 | Mid | 13.33% | 7.13% | $1,322.87 | $18,542.46 |
| 19.36% | 21.36% | 9909 | Premium | 26.60% | 7.78% | $2,550.60 | $32,765.56 |
| 90.63% | 100.00% | 48072 | Fuel Subtotal = | 100.00% | 6.47% | $9,927.17 | $153,425.88 |

Fuel Sales - (Fuel Tax    11692.95)    $141,732.93

| Sales$% | Non Fuel% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 1.62% | 17.28% | 664 | CIGARETTES | 18.61% | 17.49% | $479.31 | $2,740.46 |
| 0.23% | 2.41% | 169 | TOBACCO | 4.31% | 29.15% | $111.52 | $382.61 |
| 0.12% | 1.32% | 31 | CIG PROMO | 1.65% | 20.36% | $42.68 | $209.58 |
| 0.86% | 9.22% | 43 | CIG CARTON | 2.02% | 3.58% | $52.33 | $1,461.57 |
| 0.68% | 7.30% | 562 | PACK. CARB BEVERAGE | 19.19% | 42.84% | $495.99 | $1,157.46 |
| 0.58% | 6.24% | 679 | JUICE/WATER/PACK NON | 12.30% | 32.20% | $318.56 | $988.37 |
| 0.20% | 2.13% | 285 | CANDY | 5.66% | 43.46% | $146.45 | $337.05 |
| 0.34% | 3.62% | 12 | PROPANE | 7.00% | 31.56% | $181.29 | $574.49 |
| 0.07% | 0.77% | 62 | DAIRY | 1.69% | 35.76% | $43.73 | $122.28 |
| 0.03% | 0.36% | 17 | PACK. SAND/DELI | 0.77% | 34.87% | $19.84 | $56.89 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.13% | 1.37% | 229 | SALTY SNACKS | 2.44% | 29.09% | $63.27 | $217.51 |
| 0.02% | 0.25% | 39 | PACK. SWEETS | 0.78% | 46.66% | $18.21 | $39.01 |
| 0.03% | 0.28% | 20 | ALTERNATIVE SNACKS | 0.71% | 40.94% | $18.26 | $44.60 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.18% | 1.89% | 204 | EDIBLE GROCERY | 4.86% | 42.12% | $126.48 | $300.25 |
| 0.00% | 0.02% | 3 | NON-EDIBLE GROCERY | 0.10% | 65.89% | $2.55 | $3.87 |
| 0.03% | 0.33% | 32 | HABA | 0.91% | 44.78% | $23.61 | $52.72 |
| 0.08% | 0.90% | 57 | GENERAL MERCHANDISE | 2.57% | 46.84% | $66.67 | $142.13 |
| 0.03% | 0.34% | 66 | PUBLICATIONS | 0.79% | 38.02% | $20.46 | $53.66 |
| 0.06% | 0.64% | 31 | AUTO | 1.63% | 41.25% | $42.18 | $102.19 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.55% | 5.86% | 7 | LOTTERY | 10.76% | 30.00% | $278.70 | $929.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.62% | 6.59% | 502 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $1,045.00 |
| 0.09% | 0.91% | 29 | PHONE CARD | 1.40% | 25.00% | $36.25 | $145.00 |
| 1.31% | 14.04% | 5 | LABOR | 0.00% | 0.00% | $0.00 | $2,226.28 |
| 1.44% | 15.36% | 6 | PARTS | 0.00% | 0.00% | $0.00 | $2,436.10 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.04% | 0.41% | 7 | CRV | 0.00% | 0.00% | $0.00 | $65.25 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.01% | 0.12% | 5 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $18.36 |
| 9.37% | 100.00% | 3787 | Dept Subtotal = | 100.00% | 16.33% | $2,589.25 | $15,853.82 |

**DOLLARS TO ACCOUNT FOR**

Total Sales ......................................................... $169,279.70
Sales Tax (Non-Fuel) ......................................................... $766.48
Collections ......................................................... $2,484.41
Start of Cash ......................................................... $1,066.07

Total to Account For    $173,596.66

**DOLLARS ACCOUNTED FOR**

A/R ......................................................... $895.42
Checking 1 ......................................................... $0.00
Checking 2 ......................................................... $0.00

MOUNTIAN VIEW 76
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008    Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (10/5/2007 8:31:00 AM to 10/11/2007 8:31:00 AM)    Page 2 of 2
DAILY BOOK ANALYSIS

| | |
|---|---|
| Credit Cards | $138,008.79 |
| ATM Machine | $0.00 |
| Safe | $29,002.98 |
| Transfer | $0.00 |
| Over/Short Assets | $0.00 |
| ATM Safe | $4,000.00 |
| Ed Hadad/Withdrew | $0.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan I | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $883.90 |
| End of Cash | $1,016.71 |
| **Total Accounted For** | $173,610.60 |

**CASH BALANCE**

| | |
|---|---|
| Cash Over/Short | $2.14 |
| **TOTAL GROSS PROFIT** | $12,516.42 |
| PROJECTED EXPENSES | $0.00 |
| PROJECTED NET PROFIT | $12,516.42 |
| ACTUAL EXPENSES | $3,933.80 |
| ACTUAL NET PROFIT | $8,582.62 |

**MOUNTIAN VIEW 76**
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

Service Sixtien Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008      Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (10/12/2007 8:31:00 AM to 10/18/2007 8:31:00 AM)
DAILY BOOK ANALYSIS

Page 1 of 2

| Sales$% | Fuel%% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 58.46% | 64.83% | 32237 | Unleaded | 61.26% | 6.25% | $6,338.79 | $101,427.27 |
| 11.46% | 12.71% | 6082 | Mid | 13.70% | 7.13% | $1,417.69 | $19,890.97 |
| 20.24% | 22.45% | 10428 | Premium | 25.05% | 7.38% | $2,591.71 | $35,123.95 |
| 90.17% | 100.00% | 48748 | Fuel Subtotal = | 100.00% | 6.61% | $10,348.19 | $156,442.19 |

Fuel Sales - (Fuel Tax          11922.89)          $144,519.34

| Sales$% | Non Fuel%% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 1.70% | 17.33% | 977 | CIGARETTES | 57.36% | -13.29% | ($392.88) | $2,955.63 |
| 0.21% | 2.17% | 148 | TOBACCO | -27.81% | 51.56% | $193.51 | $369.35 |
| 0.12% | 1.20% | 55 | CIG PROMO | 11.63% | -38.93% | ($79.65) | $204.59 |
| 0.71% | 7.17% | 38 | CIG CARTON | -4.67% | 2.62% | $32.01 | $1,223.64 |
| 0.60% | 6.15% | 649 | PACK. CARB BEVERAGE | 19.37% | -12.65% | ($132.71) | $1,049.06 |
| 0.50% | 5.06% | 860 | JUICE/WATER/PACK NON | -2.50% | 1.98% | $17.10 | $863.57 |
| 0.18% | 1.87% | 298 | CANDY | -9.80% | 21.09% | $67.16 | $318.47 |
| 0.32% | 3.30% | 6 | PROPANE | -30.63% | 37.26% | $200.72 | $562.50 |
| 0.08% | 0.85% | -44 | DAIRY | -31.82% | 100.00% | $217.96 | $144.36 |
| 0.03% | 0.35% | 79 | PACK. SAND/DELI | 15.93% | -100.00% | ($109.12) | $59.98 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.14% | 1.38% | 510 | SALTY SNACKS | 26.10% | -76.22% | ($178.77) | $234.56 |
| 0.02% | 0.25% | 12 | PACK. SWEETS | -3.43% | 54.72% | $23.48 | $42.91 |
| 0.04% | 0.38% | 124 | ALTERNATIVE SNACKS | -5.09% | 54.33% | $34.67 | $64.18 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.20% | 2.01% | 368 | EDIBLE GROCERY | -10.74% | 21.47% | $73.59 | $342.69 |
| 0.00% | 0.02% | -5 | NON-EDIBLE GROCERY | -0.89% | 100.00% | $6.07 | $3.87 |
| 0.03% | 0.35% | 195 | HABA | 2.71% | -31.44% | ($18.68) | $59.09 |
| 0.05% | 0.51% | 57 | GENERAL MERCHANDISE | 1.93% | -15.38% | ($13.25) | $86.16 |
| 0.03% | 0.29% | 68 | PUBLICATIONS | -1.28% | 17.71% | $5.80 | $49.70 |
| 0.07% | 0.73% | 887 | AUTO | 145.90% | -100.00% | ($999.38) | $125.05 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.65% | 6.61% | 8 | LOTTERY | -49.36% | 30.00% | $336.10 | $1,127.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.61% | 6.19% | 535 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $1,055.00 |
| 0.05% | 0.47% | 16 | PHONE CARD | -2.92% | 25.00% | $20.00 | $80.00 |
| 1.76% | 17.94% | 7 | LABOR | 0.00% | 0.00% | $0.00 | $3,059.90 |
| 1.66% | 16.87% | 7 | PARTS | 0.00% | 0.00% | $0.00 | $2,877.93 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.03% | 0.33% | 0 | CRV | 0.00% | 0.00% | $58.80 |  |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.02% | 0.23% | 7 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $39.73 |
| 9.83% | 100.00% | 5863 | Dept Subtotal = | 100.00% | -4.02% | ($884.96) | $17,055.75 |

**DOLLARS TO ACCOUNT FOR**
Total Sales ............................................ $173,497.94
Sales Tax (Non-Fuel) ................................ $789.01
Collections ............................................. $0.00
Start of Cash .......................................... $1,019.71
                              Total to Account For    $175,306.66

**DOLLARS ACCOUNTED FOR**
A/R .....................................................
Checking 1 ............................................ $598.93
Checking 2 ............................................ $0.00
                                                       $0.00

| | |
|---|---|
| **MOUNTIAN VIEW 76** | Service Station Computer Systems, Inc. |
| 101 E. EL CAMINO REAL | Computerized Daily Book |
| MOUNTAIN VIEW, CA 94040 | © COPYRIGHT 1984-2005 |

| | |
|---|---|
| DATE: 1/2/2008 | Sht 1 of 1 |
| NAME: MOUNTAIN VIEW 76 | |
| TIME: 8:31:00 AM-8:30:00 PM | |

HISTORICAL (10/12/2007 8:31:00 AM to 10/18/2007 8:31:00 AM)     Page 2 of 2
DAILY BOOK ANALYSIS

| | |
|---|---|
| Credit Cards | $143,151.67 |
| ATM Machine | $0.00 |
| Safe | $26,050.00 |
| Transfer | $0.00 |
| Over/Short Assets | $0.00 |
| ATM Safe | $0.00 |
| Ed Hadad/Withdraw | $4,000.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan t | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $538.00 |
| End of Cash | $978.06 |
| **Total Accounted For** | **$175,318.88** |

**CASH BALANCE**

| | |
|---|---|
| Cash Over/Short | $10.02 |
| TOTAL GROSS PROFIT | $9,663.21 |
| PROJECTED EXPENSES | $0.00 |
| PROJECTED NET PROFIT | $9,663.21 |
| ACTUAL EXPENSES | $21,798.28 |
| ACTUAL NET PROFIT | ($12,135.07) |

MOUNTIAN VIEW 76  
101 E. EL CAMINO REAL  
MOUNTAIN VIEW, CA 94040

Service Station Computer Systems, Inc.  
Computerized Daily Book  
© COPYRIGHT 1984-2005

DATE: 1/8/2008     Shift I of 1  
NAME: MOUNTAIN VIEW 76  
TIME: 8:31:00 AM-8:36:00 PM

HISTORICAL (10/18/2007 8:31:00 AM to 10/25/2007 8:31:00 AM)     Page 1 of 2  
DAILY BOOK ANALYSIS

| Sales$% | Fuel$% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 60.82% | 68.59% | 36547 | Unleaded | 62.62% | 5.16% | $6,014.85 | $116,714.46 |
| 11.22% | 12.34% | 6497 | Mid | 13.57% | 6.06% | $1,303.36 | $21,532.93 |
| 18.88% | 20.77% | 10616 | Premium | 23.81% | 6.31% | $2,286.41 | $36,239.31 |
| 90.92% | 100.00% | 53660 | Fuel Subtotal = | 100.00% | 5.50% | $9,604.62 | $174,486.72 |

Fuel Sales - (Fuel Tax      13295.09) $181,185.86

| Sales$% | Non Fuel$% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 1.57% | 17.31% | 730 | CIGARETTES | 16.68% | 17.30% | $521.76 | $3,016.55 |
| 0.23% | 2.62% | 178 | TOBACCO | 4.24% | 26.99% | $118.37 | $438.52 |
| 0.13% | 1.41% | 32 | CIG PROMO | 1.55% | 17.66% | $43.44 | $246.00 |
| 0.62% | 6.83% | 566 | CIG CARTON | 1.34% | 3.14% | $37.36 | $1,189.65 |
| 0.62% | 6.82% | 566 | PACK. CARB BEVERAGE | 16.56% | 43.61% | $519.10 | $1,188.02 |
| 0.56% | 6.16% | 722 | JUICE/WATER/PACK NON | 13.11% | 34.06% | $365.86 | $1,073.22 |
| 0.16% | 1.80% | 270 | CANDY | 4.69% | 43.46% | $136.44 | $313.96 |
| 0.25% | 2.76% | 10 | PROPANE | 5.40% | 31.34% | $150.70 | $480.80 |
| 0.06% | 0.67% | 62 | DAIRY | 1.53% | 36.78% | $42.73 | $116.16 |
| 0.03% | 0.37% | 24 | PACK. SAND/DELI | 0.85% | 37.16% | $23.76 | $63.96 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.12% | 1.32% | 231 | SALTY SNACKS | 2.90% | 35.26% | $80.99 | $229.79 |
| 0.01% | 0.15% | 25 | PACK. SWEETS | 0.43% | 44.39% | $11.92 | $26.85 |
| 0.03% | 0.30% | 28 | ALTERNATIVE SNACKS | 0.77% | 40.86% | $21.42 | $52.42 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.19% | 2.13% | 247 | EDIBLE GROCERY | 5.71% | 42.95% | $159.43 | $371.13 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.02% | 0.27% | 31 | HABA | 0.79% | 46.64% | $22.11 | $47.41 |
| 0.07% | 0.76% | 59 | GENERAL MERCHANDISE | 2.25% | 47.46% | $62.75 | $132.21 |
| 0.04% | 0.40% | 67 | PUBLICATIONS | 1.15% | 45.69% | $32.11 | $70.43 |
| 0.06% | 0.71% | 47 | AUTO | 1.96% | 44.66% | $55.61 | $124.56 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.63% | 6.89% | 7 | LOTTERY | 12.91% | 30.00% | $360.30 | $1,201.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.45% | 4.91% | 398 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $855.00 |
| 0.05% | 0.60% | 21 | PHONE CARD | 0.94% | 26.00% | $28.25 | $105.00 |
| 1.62% | 17.85% | 6 | LABOR | 0.00% | 0.00% | $0.00 | $3,110.74 |
| 1.49% | 16.40% | 6 | PARTS | 0.00% | 0.00% | $0.00 | $2,857.80 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.04% | 0.41% | 7 | CRV | 0.00% | 0.00% | $0.00 | $70.80 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.02% | 0.25% | 5 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $44.27 |
| 9.08% | 100.00% | 3514 | Dept Subtotal = | 100.00% | 15.02% | $2,791.31 | $17,426.07 |

**DOLLARS TO ACCOUNT FOR**

| | |
|---|---|
| Total Sales | $191,912.79 |
| Sales Tax (Non-Fuel) | $807.88 |
| Collections | $0.00 |
| Start of Cash | $978.08 |
| Total to Account For | $193,698.75 |

**DOLLARS ACCOUNTED FOR**

| | |
|---|---|
| A/R | |
| Checking 1 | $830.07 |
| Checking 2 | $0.00 |
| | $0.00 |

MOUNTAIN VIEW 76
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA. 94040

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008       Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 3:31:00 AM-9:30:00 PM

HISTORICAL (10/19/2007 8:31:00 AM to 10/26/2007 8:31:00 AM)
DAILY BOOK ANALYSIS                                         Page 2 of 2

| | |
|---|---:|
| Credit Cards | |
| ATM Machine | $158,627.18 |
| Safe | $0.00 |
| Transfer | $28,560.00 |
| Over/Short Assets | $0.00 |
| ATM Safe | $0.00 |
| Ed Haded/Withdraw | $4,000.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan t | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $803.25 |
| End of Cash | $1,100.90 |
| **Total Accounted For** | **$193,721.43** |

**CASH BALANCE**

| | |
|---|---:|
| Cash Over/Short | $22.66 |
| **TOTAL GROSS PROFIT** | $12,395.93 |
| **PROJECTED EXPENSES** | $0.00 |
| **PROJECTED NET PROFIT** | $12,395.93 |
| **ACTUAL EXPENSES** | $3,710.44 |
| **ACTUAL NET PROFIT** | $8,685.49 |

**MOUNTIAN VIEW 76**
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

Service Station Computer Systems, Inc.
Computerised Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008    Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (10/26/2007 8:31:00 AM to 11/1/2007 8:31:00 AM)    Page 1 of 2
DAILY BOOK ANALYSIS

| Sales% | Fuel% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 59.25% | 65.25% | 35482 | Unleaded | 61.42% | 5.36% | $6,167.27 | $115,033.56 |
| 11.20% | 12.34% | 6465 | Mid | 13.30% | 6.14% | $1,335.83 | $21,762.45 |
| 29.35% | 22.41% | 11400 | Premium | 25.28% | 6.42% | $2,537.96 | $39,513.24 |
| 99.61% | 100.00% | 53327 | Fuel Subtotal = | 100.00% | 5.70% | $10,041.06 | $176,299.25 |

Fuel Sales - (Fuel Tax    13436.19)    $162,863.06

| Sales% | Non Fuel% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 1.51% | 16.39% | 707 | CIGARETTES | 17.38% | 16.78% | $490.62 | $2,922.43 |
| 0.24% | 2.64% | 192 | TOBACCO | 4.64% | 27.84% | $130.93 | $470.28 |
| 0.17% | 1.84% | 46 | CIG PROMO | 2.39% | 20.55% | $67.47 | $328.30 |
| 0.61% | 6.67% | 35 | CIG CARTON | 1.28% | 3.03% | $39.05 | $1,189.65 |
| 0.58% | 6.33% | 614 | PACK. CARB BEVERAGE | 17.50% | 43.78% | $494.01 | $1,128.51 |
| 0.46% | 5.04% | 609 | JUICE/WATER/PACK NON | 10.28% | 32.26% | $290.00 | $898.36 |
| 0.17% | 1.87% | 280 | CANDY | 5.07% | 42.94% | $143.06 | $333.16 |
| 0.43% | 4.71% | 13 | PROPANE | 9.19% | 30.89% | $259.24 | $839.29 |
| 0.07% | 0.74% | 84 | DAIRY | 1.69% | 36.30% | $47.69 | $131.38 |
| 0.04% | 0.44% | 27 | PACK. SAND/DELI | 1.01% | 36.59% | $28.39 | $77.59 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.11% | 1.25% | 228 | SALTY SNACKS | 2.65% | 33.66% | $74.88 | $222.36 |
| 0.02% | 0.21% | 33 | PACK. SWEETS | 0.58% | 43.26% | $16.39 | $37.87 |
| 0.02% | 0.26% | 24 | ALTERNATIVE SNACKS | 0.67% | 40.40% | $18.85 | $46.65 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.16% | 1.87% | 223 | EDIBLE GROCERY | 4.56% | 43.15% | $128.80 | $298.47 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.04% | 0.44% | 45 | HABA | 1.20% | 42.87% | $34.00 | $79.31 |
| 0.06% | 0.70% | 60 | GENERAL MERCHANDISE | 2.13% | 47.76% | $60.06 | $125.70 |
| 0.03% | 0.29% | 62 | PUBLICATIONS | 0.74% | 40.39% | $20.95 | $51.87 |
| 0.09% | 1.00% | 62 | AUTO | 2.86% | 45.70% | $81.27 | $177.84 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.66% | 7.17% | 7 | LOTTERY | 13.56% | 30.00% | $383.40 | $1,278.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.45% | 4.87% | 437 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $869.00 |
| 0.03% | 0.36% | 13 | PHONE CARD | 0.58% | 25.00% | $16.25 | $65.00 |
| 1.78% | 19.34% | 7 | LABOR | 0.00% | 0.00% | $0.00 | $3,448.32 |
| 1.40% | 15.25% | 7 | PARTS | 0.00% | 0.00% | $0.00 | $2,719.86 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.03% | 0.34% | 7 | CRV | 0.00% | 0.00% | $0.00 | $61.25 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.02% | 0.19% | 5 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $33.71 |
| 9.19% | 100.00% | 3709 | Dept Subtotal = | 100.00% | 15.82% | $2,822.31 | $17,534.94 |

**DOLLARS TO ACCOUNT FOR**
Total Sales
Sales Tax (Non-Fuel) ............................................... $194,134.19
Collections ............................................... $627.71
Start of Cash ............................................... $28.14
............................................... $1,100.90
Total to Account For    $196,090.94

**DOLLARS ACCOUNTED FOR**
A/R ............................................... $745.91
Checking 1 ............................................... $146,042.90
Checking 2 ............................................... $4,605.00

| | | |
|---|---|---|
| MOUNTIAN VIEW 76<br>101 E. EL CAMINO REAL<br>MOUNTAIN VIEW, CA 94040 | Service Station Computer Systems, Inc.<br>Computerized Daily Book<br>© COPYRIGHT 1984-2005 | DATE: 1/2/2008    Shift 1 of 1<br>NAME: MOUNTAIN VIEW 76<br>TIME: 8:31:00 AM-8:30:00 PM |

### HISTORICAL (10/26/2007 8:31:00 AM to 11/1/2007 8:31:00 AM)

#### DAILY BOOK ANALYSIS

Page 2 of 2

| | |
|---|---|
| Credit Cards | $160,162.62 |
| ATM Machine | $7,080.00 |
| Safe | ($108,116.61) |
| Transfer | $0.00 |
| Over/Short Assets | $0.00 |
| ATM Safe | ($16,000.00) |
| Ed Haded/Withdraw | $0.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan t | $0.00 |
| Capitola78/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $556.36 |
| Cash Paid Out | $1,076.11 |
| End of Cash | |
| **Total Accounted For** | $196,130.09 |

**CASH BALANCE**

| | |
|---|---|
| Cash Over/Short | $39.16 |
| **TOTAL GROSS PROFIT** | $12,863.37 |
| **PROJECTED EXPENSES** | $0.00 |
| **PROJECTED NET PROFIT** | $12,863.37 |
| **ACTUAL EXPENSES** | $8,982.15 |
| **ACTUAL NET PROFIT** | $3,881.22 |

MOUNTIAN VIEW 76                 Service Station Computer Systems, Inc.        DATE: 1/8/2008          Shift 1 of 1
101 E. EL CAMINO REAL            Computerized Daily Book                        NAME: MOUNTAIN VIEW 76
MOUNTAIN VIEW, CA 94040          © COPYRIGHT 1984-2005                          TIME: 8:31:00 AM-8:30:00 PM

**HISTORICAL (11/2/2007 8:31:00 AM to 11/2/2007 8:31:00 AM)**                                    Page 1 of 2
**DAILY BOOK ANALYSIS**

| Sales% | Fuel% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 59.02% | 65.08% | 3630 | Unleaded | 60.66% | 5.09% | $605.83 | $11,904.05 |
| 13.11% | 14.45% | 778 | Mid | 15.77% | 5.96% | $157.56 | $2,564.74 |
| 18.58% | 20.48% | 1071 | Premium | 23.57% | 6.28% | $235.47 | $3,748.00 |
| 90.72% | 100.00% | 5479 | Fuel Subtotal = | 100.00% | 5.46% | $998.96 | $18,286.79 |

Fuel Sales - (Fuel Tax     1394.44     $18,802.35

| Sales% | Non Fuel% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 2.45% | 26.36% | 120 | CIGARETTES | 19.70% | 15.75% | $77.73 | $493.95 |
| 0.34% | 3.62% | 31 | TOBACCO | 5.23% | 30.42% | $20.62 | $67.79 |
| 0.17% | 1.87% | 5 | CIG PROMO | 1.71% | 19.27% | $6.73 | $34.93 |
| 0.84% | 9.08% | 5 | CIG CARTON | 1.39% | 3.24% | $5.50 | $169.95 |
| 0.72% | 7.78% | 85 | PACK. CARB BEVERAGE | 15.94% | 43.21% | $62.87 | $145.51 |
| 0.87% | 9.43% | 116 | JUICE/WATER/PACK NON | 15.99% | 35.76% | $63.08 | $176.38 |
| 0.18% | 1.97% | 32 | CANDY | 4.05% | 43.38% | $16.99 | $39.88 |
| 0.30% | 3.26% | 1 | PROPANE | 4.67% | 29.99% | $18.41 | $61.38 |
| 0.04% | 0.41% | 4 | DAIRY | 0.71% | 36.21% | $2.81 | $7.76 |
| 0.08% | 0.83% | 4 | PACK. BAND/DELI | 1.36% | 34.60% | $5.37 | $15.62 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.20% | 2.20% | 41 | SALTY SNACKS | 2.89% | 27.65% | $11.39 | $41.15 |
| 0.04% | 0.44% | 7 | PACK. SWEETS | 0.89% | 42.65% | $3.51 | $8.23 |
| 0.08% | 0.85% | 9 | ALTERNATIVE SNACKS | 1.82% | 40.10% | $9.38 | $15.91 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.21% | 2.24% | 33 | EDIBLE GROCERY | 4.66% | 43.82% | $18.39 | $41.97 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.03% | 0.35% | 3 | HABA | 0.75% | 45.21% | $2.97 | $6.57 |
| 0.09% | 0.96% | 9 | GENERAL MERCHANDISE | 2.27% | 50.03% | $8.96 | $17.91 |
| 0.02% | 0.22% | 8 | PUBLICATIONS | 0.32% | 30.43% | $1.26 | $4.14 |
| 0.08% | 0.87% | 6 | AUTO | 1.77% | 42.63% | $6.97 | $16.35 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.90% | 9.87% | 1 | LOTTERY | 13.76% | 30.00% | $54.30 | $181.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.44% | 4.76% | 44 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $89.00 |
| 0.02% | 0.27% | 1 | PHONE CARD | 0.32% | 25.00% | $1.25 | $5.00 |
| 0.76% | 8.16% | 1 | LABOR | 0.00% | 0.00% | $0.00 | $152.68 |
| 0.33% | 3.62% | 1 | PARTS | 0.00% | 0.00% | $0.00 | $65.95 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.05% | 0.57% | 1 | CRV | 0.00% | 0.00% | $0.00 | $10.65 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.02% | 0.27% | 1 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $4.97 |
| 9.28% | 100.00% | 650 | Dept Subtotal = | 100.00% | 21.06% | $394.48 | $1,871.23 |

**DOLLARS TO ACCOUNT FOR**

| | |
|---|---|
| Total Sales | $20,168.02 |
| Sales Tax (Non-Fuel) | $89.49 |
| Collections | $0.00 |
| Start of Cash | $1,076.11 |
| **Total to Account For** | $21,333.62 |

**DOLLARS ACCOUNTED FOR**

| | |
|---|---|
| A/R | $80.77 |
| Checking 1 | $0.00 |
| Checking 2 | $0.00 |

**MOUNTIAN VIEW 76**
**101 E. EL CAMINO REAL**
**MOUNTAIN VIEW, CA 94040**

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008      Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME:  8:31:00 AM-8:36:00 PM

HISTORICAL (11/2/2007 8:31:00 AM to 11/2/2007 8:31:00 AM)
DAILY BOOK ANALYSIS                                        Page 2 of 2

| | |
|---|---:|
| Credit Cards | |
| ATM Machine | $10,869.24 |
| Safe | $0.00 |
| Transfer | $4,965.00 |
| Over/Short Assets | $0.00 |
| ATM Safe | $0.00 |
| Ed Hadad/Withdraw | $4,000.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan t | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $0.00 |
| End of Cash | $32.00 |
| | $1,379.43 |
| **Total Accounted For** | $21,329.44 |
| **CASH BALANCE** | |
| Cash Over/Short | ($4.18) |
| **TOTAL GROSS PROFIT** | $1,393.45 |
| **PROJECTED EXPENSES** | $0.00 |
| **PROJECTED NET PROFIT** | $1,393.45 |
| **ACTUAL EXPENSES** | $319.32 |
| **ACTUAL NET PROFIT** | $1,074.13 |

MOUNTIAN VIEW 76
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/3/2008       Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 9:31:00 AM-9:30:00 PM

HISTORICAL (11/3/2007 9:31:00 AM to 11/3/2007 9:31:00 AM)

## DAILY BOOK ANALYSIS

Page 1 of 2

| Sales$% | Fuel% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 48.31% | 65.24% | 1285 | Unleaded | 54.24% | 3.34% | $142.66 | $4,272.12 |
| 11.41% | 15.41% | 293 | Mid | 18.41% | 4.80% | $48.42 | $1,009.02 |
| 14.33% | 19.35% | 357 | Premium | 27.35% | 5.88% | $71.92 | $1,267.05 |
| 74.05% | 100.00% | 1935 | Fuel Subtotal = | 100.00% | 4.02% | $263.00 | $6,548.19 |

Fuel Sales - (Fuel Tax       499.06)       $6,049.13

| Sales$% | Non Fuel$% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 3.01% | 11.60% | 65 | CIGARETTES | 10.92% | 16.16% | $43.01 | $266.15 |
| 0.56% | 2.17% | 23 | TOBACCO | 3.75% | 29.84% | $14.75 | $49.77 |
| 0.40% | 1.52% | 7 | CIG PROMO | 2.29% | 25.85% | $9.03 | $34.93 |
| 0.38% | 1.48% | 1 | CIG CARTON | 0.58% | 6.71% | $2.28 | $33.99 |
| 1.19% | 4.59% | 48 | PACK. CAR& BEVERAGE | 11.17% | 41.77% | $43.93 | $105.28 |
| 1.81% | 6.96% | 108 | JUICE/WATER/PACK NON | 14.60% | 36.50% | $58.28 | $159.66 |
| 0.40% | 1.53% | 30 | CANDY | 3.74% | 42.03% | $14.71 | $35.00 |
| 3.23% | 12.44% | 6 | PROPANE | 23.38% | 32.26% | $92.07 | $285.38 |
| 0.13% | 0.46% | 7 | DAIRY | 1.14% | 40.07% | $4.50 | $11.23 |
| 0.13% | 0.50% | 3 | PACK. SAND/DELI | 1.01% | 34.52% | $3.98 | $11.53 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.18% | 0.70% | 17 | SALTY SNACKS | 1.07% | 26.38% | $4.21 | $15.96 |
| 0.06% | 0.32% | 6 | PACK. SWEETS | 0.76% | 41.01% | $3.01 | $7.34 |
| 0.18% | 0.61% | 7 | ALTERNATIVE SNACKS | 1.44% | 40.48% | $5.68 | $14.03 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.40% | 1.53% | 22 | EDIBLE GROCERY | 3.92% | 43.89% | $15.44 | $35.18 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.05% | 0.18% | 2 | HABA | 0.46% | 43.78% | $1.83 | $4.18 |
| 0.08% | 0.30% | 8 | GENERAL MERCHANDISE | 0.79% | 46.32% | $3.10 | $6.84 |
| 0.21% | 0.83% | 11 | PUBLICATIONS | 2.60% | 53.82% | $10.22 | $18.99 |
| 0.14% | 0.53% | 8 | AUTO | 1.45% | 47.22% | $5.70 | $12.07 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 2.09% | 8.06% | 1 | LOTTERY | 14.09% | 30.00% | $55.50 | $185.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.56% | 6.01% | 59 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $138.00 |
| 0.11% | 0.44% | 2 | PHONE CARD | 0.63% | 25.00% | $2.50 | $10.00 |
| 5.37% | 20.69% | 1 | LABOR | 0.00% | 0.00% | $0.00 | $474.70 |
| 4.18% | 16.15% | 1 | PARTS | 0.00% | 0.00% | $0.00 | $370.47 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.10% | 0.39% | 1 | CRV | 0.00% | 0.00% | $0.00 | $8.85 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $0.00 |
| 25.95% | 100.00% | 440 | Dept Subtotal = | 100.00% | 17.16% | $393.78 | $2,294.51 |

**DOLLARS TO ACCOUNT FOR**

| | |
|---|---|
| Total Sales | |
| Sales Tax (Non-Fuel) | $8,842.70 |
| Collections | $98.04 |
| Start of Cash | $0.00 |
| | $1,379.43 |
| Total to Account For | $10,320.17 |

**DOLLARS ACCOUNTED FOR**

| | |
|---|---|
| A/R | |
| Checking 1 | $124.72 |
| Checking 2 | $0.00 |
| | $0.00 |

| MOUNTIAN VIEW 76 | Service Station Computer Systems, Inc. | DATE: 1/8/2008 | Shift 1 of 1 |
|---|---|---|---|
| 101 E. EL CAMINO REAL | Computerized Daily Book | NAME: MOUNTAIN VIEW 76 | |
| MOUNTAIN VIEW, CA 94040 | © COPYRIGHT 1984-2005 | TIME: 8:31:00 AM-8:30:00 PM | |

HISTORICAL (11/3/2007 8:31:00 AM to 11/3/2007 8:31:00 AM)

**DAILY BOOK ANALYSIS** Page 2 of 2

| | |
|---|---|
| Credit Cards | |
| ATM Machine | $0.00 |
| Safe | $0.00 |
| Transfer | $9,026.49 |
| Over/Short Assets | $0.00 |
| ATM Safe | $0.00 |
| Ed Haded/Withdrew | $0.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan t | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $102.00 |
| End of Cash | $1,071.95 |
| **Total Accounted For** | $10,325.16 |

**CASH BALANCE**

| | |
|---|---|
| Cash Over/Short | |
| **TOTAL GROSS PROFIT** | $4.99 |
| PROJECTED EXPENSES | $658.78 |
| PROJECTED NET PROFIT | $0.00 |
| ACTUAL EXPENSES | $658.78 |
| ACTUAL NET PROFIT | $9,034.03 |
| | ($8,377.25) |

**MOUNTIAN VIEW 76**
**101 E. EL CAMINO REAL**
**MOUNTAIN VIEW, CA 94040**

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008    Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:08 AM-8:30:00 PM

HISTORICAL (11/4/2007 8:31:00 AM to 11/4/2007 8:31:00 AM)
DAILY BOOK ANALYSIS                                Page 1 of 2

| Sales\$% | Fuel\$% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 54.33% | 65.07% | 1138 | Unleaded | 54.65% | 3.47% | $131.44 | $3,788.21 |
| 11.17% | 13.38% | 225 | Mid | 15.76% | 4.86% | $37.97 | $778.80 |
| 18.00% | 21.56% | 354 | Premium | 29.70% | 5.70% | $71.56 | $1,255.10 |
| 83.50% | 100.00% | 1717 | Fuel Subtotal = | 100.00% | 4.14% | $240.97 | $5,822.11 |

Fuel Sales - (Fuel Tax   443.71)   $5,378.40

| Sales\$% | Non Fuel\$% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 4.24% | 25.69% | 72 | CIGARETTES | 21.34% | 18.90% | $49.95 | $265.53 |
| 0.43% | 2.59% | 16 | TOBACCO | 4.00% | 31.51% | $9.37 | $29.74 |
| 0.50% | 3.04% | 5 | CIG PROMO | 2.65% | 17.09% | $5.97 | $34.93 |
| 1.95% | 11.82% | 4 | CIG CARTON | 1.83% | 3.24% | $4.40 | $135.96 |
| 1.77% | 10.71% | 52 | PACK. CARB BEVERAGE | 22.14% | 42.08% | $51.83 | $123.22 |
| 1.18% | 7.14% | 59 | JUICE/WATER/PACK NON | 11.32% | 32.25% | $26.49 | $82.13 |
| 0.28% | 1.55% | 15 | CANDY | 3.36% | 44.03% | $7.86 | $17.85 |
| 0.67% | 3.48% | 2 | PROPANE | 6.40% | 37.47% | $14.98 | $39.98 |
| 0.17% | 1.04% | 6 | DAIRY | 1.72% | 33.67% | $4.02 | $11.84 |
| 0.00% | 0.00% | 0 | PACK. SAND/DELI | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.16% | 0.96% | 12 | SALTY SNACKS | 1.73% | 36.43% | $4.04 | $11.09 |
| 0.00% | 0.00% | 0 | PACK. SWEETS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.05% | 0.30% | 2 | ALTERNATIVE SNACKS | 0.65% | 43.39% | $1.51 | $3.48 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.15% | 0.91% | 8 | EDIBLE GROCERY | 1.73% | 38.50% | $4.05 | $10.52 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.19% | 1.13% | 5 | HABA | 2.37% | 42.86% | $5.55 | $12.95 |
| 0.06% | 0.34% | 3 | GENERAL MERCHANDISE | 0.76% | 46.25% | $1.79 | $3.87 |
| 0.23% | 1.42% | 9 | PUBLICATIONS | 3.08% | 44.10% | $7.21 | $16.35 |
| 0.15% | 0.89% | 4 | AUTO | 1.95% | 44.54% | $4.57 | $10.26 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.22% | 7.39% | 1 | LOTTERY | 10.89% | 30.00% | $25.50 | $85.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.53% | 9.30% | 45 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $107.00 |
| 0.29% | 1.74% | 4 | PHONE CARD | 2.14% | 25.00% | $5.00 | $20.00 |
| 0.86% | 5.23% | 1 | LABOR | 0.00% | 0.00% | $0.00 | $60.20 |
| 0.46% | 2.76% | 1 | PARTS | 0.00% | 0.00% | $0.00 | $31.95 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.09% | 0.55% | 1 | CRV | 0.00% | 0.00% | $0.00 | $6.35 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $0.00 |
| 16.50% | 100.00% | 327 | Dept Subtotal = | 100.00% | 20.35% | $234.09 | $1,150.30 |

**DOLLARS TO ACCOUNT FOR**

| | |
|---|---|
| Total Sales | |
| Sales Tax (Non-Fuel) | $6,972.41 |
| Collections | $60.63 |
| Start of Cash | $0.00 |
| | $1,071.95 |
| Total to Account For | $8,104.99 |

**DOLLARS ACCOUNTED FOR**

| | |
|---|---|
| A/R | |
| Checking 1 | $31.97 |
| Checking 2 | $0.00 |
| | $0.00 |

**MOUNTIAN VIEW 76**
**101 E. EL CAMINO REAL**
**MOUNTAIN VIEW, CA 94040**

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008      Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (11/4/2007 8:31:00 AM to 11/4/2007 8:31:00 AM)
**DAILY BOOK ANALYSIS**                                      Page 2 of 2

| | |
|---|---|
| Credit Cards | |
| ATM Machine | $0.00 |
| Safe | $0.00 |
| Transfer | $8,970.00 |
| Over/Short Assets | $0.00 |
| ATM Safe | $0.00 |
| Ed Haded/Withdraw | $0.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan 1 | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $32.00 |
| End of Cash | $1,053.29 |
| Total Accounted For | $8,087.16 |

**CASH BALANCE**

| | |
|---|---|
| Cash Over/Short | ($17.83) |
| TOTAL GROSS PROFIT | $475.06 |
| PROJECTED EXPENSES | $0.00 |
| PROJECTED NET PROFIT | $475.06 |
| ACTUAL EXPENSES | $12.29 |
| ACTUAL NET PROFIT | $462.77 |

**MOUNTIAN VIEW 76**
**101 E. EL CAMINO REAL**
**MOUNTAIN VIEW, CA 94040**

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008     Shift 1 of 1
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:36:00 PM

HISTORICAL (11/5/2007 8:31:00 AM to 11/5/2007 8:31:00 AM)     Page 1 of 2
DAILY BOOK ANALYSIS

| Sales$% | Fuel$% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 69.69% | 71.42% | 1582 | Unleaded | 65.85% | 5.29% | $280.92 | $5,308.00 |
| 12.18% | 14.57% | 308 | Mid | 18.59% | 6.56% | $71.00 | $1,083.10 |
| 11.70% | 14.00% | 288 | Premium | 17.76% | 7.30% | $75.99 | $1,040.57 |
| 83.58% | 100.00% | 2157 | Fuel Subtotal = | 100.00% | 5.76% | $427.91 | $7,431.67 |

Fuel Sales - (Fuel Tax     569.39)     $6,865.28

| Sales$% | Non Fuel$% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 4.10% | 24.93% | 90 | CIGARETTES | 21.94% | 16.99% | $61.92 | $364.40 |
| 0.85% | 5.18% | 33 | TOBACCO | 7.52% | 28.06% | $21.23 | $75.67 |
| 0.11% | 0.68% | 2 | CIG PROMO | 0.91% | 25.85% | $2.58 | $9.98 |
| 1.15% | 6.98% | 3 | CIG CARTON | 1.17% | 3.24% | $3.30 | $101.97 |
| 1.39% | 8.46% | 53 | PACK CARB BEVERAGE | 17.75% | 40.53% | $50.11 | $123.65 |
| 1.45% | 8.81% | 89 | JUICE/WATER/PACK NON | 12.59% | 27.60% | $35.53 | $128.71 |
| 0.39% | 2.35% | 29 | CANDY | 5.25% | 43.22% | $14.83 | $34.31 |
| 0.51% | 3.11% | 1 | PROPANE | 4.83% | 29.99% | $13.64 | $45.48 |
| 0.29% | 1.74% | 12 | DAIRY | 3.22% | 35.76% | $9.08 | $25.38 |
| 0.09% | 0.57% | 3 | PACK SAND/DELI | 1.05% | 35.91% | $2.97 | $8.27 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.26% | 1.58% | 28 | SALTY SNACKS | 2.43% | 28.67% | $6.85 | $23.08 |
| 0.07% | 0.40% | 8 | PACK SWEETS | 0.96% | 46.58% | $2.72 | $5.84 |
| 0.06% | 0.35% | 3 | ALTERNATIVE SNACKS | 0.77% | 43.00% | $2.18 | $5.07 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.49% | 2.96% | 36 | EDIBLE GROCERY | 6.14% | 39.78% | $17.32 | $43.54 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.06% | 0.38% | 4 | HABA | 0.87% | 44.24% | $2.46 | $5.56 |
| 0.01% | 0.07% | 1 | GENERAL MERCHANDISE | 0.15% | 43.43% | $0.43 | $0.99 |
| 0.04% | 0.25% | 8 | PUBLICATIONS | 0.40% | 30.43% | $1.12 | $3.68 |
| 0.00% | 0.00% | 0 | AUTO | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.18% | 7.18% | 1 | LOTTERY | 11.16% | 30.00% | $31.50 | $105.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.19% | 7.25% | 50 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $108.00 |
| 0.11% | 0.68% | 2 | PHONE CARD | 0.89% | 25.00% | $2.50 | $10.00 |
| 1.67% | 10.14% | 1 | LABOR | 0.00% | 0.00% | $0.00 | $148.25 |
| 0.87% | 5.28% | 1 | PARTS | 0.00% | 0.00% | $0.00 | $77.20 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.07% | 0.45% | 0 | CRV | 0.00% | 0.00% | $0.00 | $6.55 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.03% | 0.20% | 1 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $2.97 |
| 16.44% | 100.00% | 456 | Dept Subtotal = | 100.00% | 19.31% | $282.27 | $1,461.66 |

**DOLLARS TO ACCOUNT FOR**

| | |
|---|---|
| Total Sales | |
| Sales Tax (Non-Fuel) | $8,893.33 |
| Collections | $66.71 |
| Start of Cash | $0.00 |
| | $1,053.29 |
| Total to Account For | $10,013.33 |

**DOLLARS ACCOUNTED FOR**

| | |
|---|---|
| A/R | |
| Checking 1 | $114.33 |
| Checking 2 | $0.00 |
| | $0.00 |

MOUNTAIN VIEW 76          Service Station Computer Systems, Inc.     DATE: 1/8/2008        Shift 1 of 1
101 E. EL CAMINO REAL              Computerized Daily Book           NAME: MOUNTAIN VIEW 76
MOUNTAIN VIEW, CA 94040           © COPYRIGHT 1984-2005              TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (11/5/2007 8:31:00 AM to 11/5/2007 8:31:00 AM)                    Page 2 of 2
                          DAILY BOOK ANALYSIS

Credit Cards ................................................................ $0.00
ATM Machine ................................................................ $0.00
Safe ....................................................................... $8,743.00
Transfer ................................................................... $0.00
Over/Short Assets .......................................................... $0.00
ATM Safe ................................................................... $0.00
Ed Hadad/Withdraw .......................................................... $0.00
Visa/CC .................................................................... $0.00
Amex/CC .................................................................... $0.00
Campbell76/Prior Loan t .................................................... $0.00
Capitola76/Prior Loan to ................................................... $0.00
Lotto/Scr Cash ............................................................. $0.00
Loan to Ed ................................................................. $0.00
Cash Paid Out .............................................................. $104.00
End of Cash ................................................................ $1,049.80
                                                  Total Accounted For     $10,011.13

**CASH BALANCE**
Cash Over/Short .............................................................. ($2.20)

**TOTAL GROSS PROFIT** ....................................................... $710.18
**PROJECTED EXPENSES** ....................................................... $0.00
**PROJECTED NET PROFIT** ..................................................... $710.18
**ACTUAL EXPENSES** .......................................................... ($5.68)
**ACTUAL NET PROFIT** ........................................................ $715.86

**MOUNTIAN VIEW 76**
101 E. EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

Service Station Computer Systems, Inc.
Computerized Daily Book
© COPYRIGHT 1984-2005

DATE: 1/8/2008
NAME: MOUNTAIN VIEW 76
TIME: 8:31:00 AM-8:30:80 PM

Shift 1 of 1

HISTORICAL (11/6/2007 8:31:00 AM to 11/6/2007 8:31:00 AM)
DAILY BOOK ANALYSIS

Page 1 of 2

| Sales$% | Fuel$% | Volume | Grade Name | Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 53.14% | 66.21% | 1531 | Unleaded | 81.48% | 7.30% | $389.06 | $5,327.90 |
| 9.85% | 12.27% | 274 | Mid | 13.30% | 8.52% | $84.15 | $987.55 |
| 17.27% | 21.51% | 468 | Premium | 25.22% | 9.22% | $159.58 | $1,731.15 |
| 80.26% | 100.00% | 2274 | Fuel Subtotal = | 100.00% | 7.86% | $632.79 | $8,046.70 |

Fuel Sales - (Fuel Tax    813.26)    $7,433.44

| Sales$% | Non Fuel$% | Item Count | Dept Name | Non Fuel Gross Profit% | Margin | Gross Profit | Sales $ |
|---|---|---|---|---|---|---|---|
| 3.45% | 17.50% | 85 | CIGARETTES | 18.35% | 17.86% | $81.84 | $348.20 |
| 0.45% | 2.27% | 25 | TOBACCO | 4.38% | 32.84% | $14.76 | $44.95 |
| 1.05% | 5.30% | 13 | CIG PROMO | 4.60% | 14.48% | $15.17 | $104.79 |
| 1.36% | 6.87% | 4 | CIG CARTON | -0.18% | -0.43% | ($0.59) | $135.96 |
| 1.36% | 6.91% | 71 | PACK. CARB BEVERAGE | 18.53% | 48.94% | $82.78 | $136.65 |
| 1.23% | 6.23% | 67 | JUICE/WATER/PACK NON | 8.64% | 24.16% | $29.76 | $123.24 |
| 0.33% | 1.67% | 28 | CANDY | 4.18% | 42.54% | $14.09 | $33.12 |
| 0.93% | 4.69% | 2 | PROPANE | 8.71% | 31.51% | $29.34 | $92.81 |
| 0.18% | 0.93% | 9 | DAIRY | 1.80% | 32.97% | $6.07 | $18.41 |
| 0.22% | 1.10% | 8 | PACK. SAND/DELI | 2.38% | 36.92% | $8.02 | $21.72 |
| 0.00% | 0.00% | 0 | CRV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | FROZEN FOODS | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.00% | 0.00% | 0 | DMV | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.31% | 1.55% | 29 | SALTY SNACKS | 3.43% | 37.70% | $11.55 | $30.64 |
| 0.01% | 0.07% | 1 | PACK. SWEETS | 0.15% | 37.98% | $0.49 | $1.29 |
| 0.05% | 0.26% | 2 | ALTERNATIVE SNACKS | 0.61% | 38.77% | $2.08 | $5.18 |
| 0.00% | 0.00% | 0 | PERISHABLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.39% | 1.96% | 30 | EDIBLE GROCERY | 4.72% | 41.06% | $15.89 | $38.70 |
| 0.00% | 0.00% | 0 | NON-EDIBLE GROCERY | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.05% | 0.23% | 3 | HABA | 0.61% | 45.08% | $2.06 | $4.57 |
| 0.03% | 0.13% | 2 | GENERAL MERCHANDISE | 0.35% | 46.12% | $1.19 | $2.58 |
| 0.04% | 0.19% | 6 | PUBLICATIONS | 0.32% | 29.08% | $1.07 | $3.68 |
| 0.10% | 0.49% | 5 | AUTO | 1.40% | 48.38% | $4.73 | $9.78 |
| 0.00% | 0.00% | 0 | STORE SERVICES | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.89% | 9.55% | 1 | LOTTERY | 16.82% | 30.00% | $56.70 | $189.00 |
| 0.00% | 0.00% | 0 | FOUNTAIN | 0.00% | 0.00% | $0.00 | $0.00 |
| 2.17% | 11.02% | 77 | SCRATCHERS | 0.00% | 0.00% | $0.00 | $218.00 |
| 0.00% | 0.00% | 0 | PHONE CARD | 0.00% | 0.00% | $0.00 | $0.00 |
| 1.93% | 9.76% | 1 | LABOR | 0.00% | 0.00% | $0.00 | $193.00 |
| 2.09% | 10.61% | 1 | PARTS | 0.00% | 0.00% | $0.00 | $210.00 |
| 0.00% | 0.00% | 0 | CERTIFICATES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.07% | 0.38% | 1 | CRV | 0.00% | 0.00% | $0.00 | $7.50 |
| 0.00% | 0.00% | 0 | STORE USE/SUPPLIES | 0.00% | 0.00% | $0.00 | $0.00 |
| 0.07% | 0.35% | 1 | EDI DEFAULT | 0.00% | 0.00% | $0.00 | $6.98 |
| 19.74% | 100.00% | 494 | Dept Subtotal = | 100.00% | 17.03% | $337.00 | $1,976.73 |

**DOLLARS TO ACCOUNT FOR**

| | |
|---|---|
| Total Sales | $10,025.43 |
| Sales Tax (Non-Fuel) | $90.04 |
| Collections | $0.00 |
| Start of Cash | $1,049.80 |
| Total to Account For | $11,165.27 |

**DOLLARS ACCOUNTED FOR**

| | |
|---|---|
| A/R | $138.52 |
| Checking 1 | $0.00 |
| Checking 2 | $0.00 |

MOUNTIAN VIEW 76     Service Station Computer Systems, Inc.     DATE: 1/8/2008     Shift 1 of 1
101 E. EL CAMINO REAL     Computerized Daily Book     NAME: MOUNTAIN VIEW 76
MOUNTAIN VIEW, CA 94040     © COPYRIGHT 1984-2005     TIME: 8:31:00 AM-8:30:00 PM

HISTORICAL (11/8/2007 8:31:00 AM to 11/8/2007 8:31:08 AM)        Page 2 of 2
DAILY BOOK ANALYSIS

| | |
|---|---|
| Credit Cards | |
| ATM Machine | $0.00 |
| Safe | $0.00 |
| Transfer | $9,848.18 |
| Over/Short Assets | $0.00 |
| ATM Safe | $0.00 |
| Ed Hadad/Withdraw | $0.00 |
| Visa/CC | $0.00 |
| Amex/CC | $0.00 |
| Campbell76/Prior Loan t | $0.00 |
| Capitola76/Prior Loan to | $0.00 |
| Lotto/Scr Cash | $0.00 |
| Loan to Ed | $0.00 |
| Cash Paid Out | $196.00 |
| End of Cash | $1,100.28 |
| **Total Accounted For** | **$11,172.98** |

**CASH BALANCE**

| | |
|---|---|
| Cash Over/Short | $7.71 |
| **TOTAL GROSS PROFIT** | **$969.79** |
| PROJECTED EXPENSES | $0.00 |
| PROJECTED NET PROFIT | $969.79 |
| ACTUAL EXPENSES | $2,965.27 |
| ACTUAL NET PROFIT | ($1,995.48) |