Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone     : (323) 874-8613
Facsimile      : (323) 874-1234
e-mail:        bleaushark@aol.com
e-mail:        glebedev@bleaufox.com

Attorneys for Plaintiff,
HOUTAN PETROLEUM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | CASE NO.  07-cv-5627 SC |
| Plaintiff, | **DECLARATION OF GENNADY L. LEBEDEV IN SUPPORT OF PLAINTFF/CROSS-DEFENDANT, HOUTAN PETROLEUM, INC.'S, OBJECTION AND MOTION TO STRIKE DEFENDANT/CROSS-COMPLAINANT, CONOCOPHILLIPS COMPANY'S WITNESSES AT TRIAL** |
| vs. | |
| CONOCOPHILLIPS COMPANY, a Texas Corporation  and DOES 1 through 10, Inclusive | |
| Defendants. | Date:         February 6, 2008 Time:         10:00 a.m. Courtroom:   1 Before:       Hon. Samuel Conti Trial Date:    February 11, 2008 **Accompanying Document:** **Objection and Notice of Motion and Motion to Strike ConocoPhillips Company's Witnesses at Trial** |

I, Gennady L. Lebedev, declare as follows:

    1.   That I am an attorney duly licensed to practice law before all courts of the State of California and the Northern District of California and am an associate with the law firm of Bleau / Fox, A P.L.C., counsel of record for Plaintiff in this action, Houtan Petroleum, Inc.. That if called upon to testify, I could and would do so competently based upon my personal knowledge of the facts as stated herein.

    2.   Due to the condensed schedule arising out of the trial set by this Court for February

DECLARATION OF GENNADY L. LEBEDEV

1    11, 2008, counsel for ConocoPhillips, Adam Friedenberg, requested for the parties to stipulate that

2    initial disclosures and expert witness disclosures and reports be due on January 28, 2008, and that "a

3    complete appraisal report shall be sufficient to satisfy the requirements of Rule 26(a)(2)(B)(i)-(iii)."

4    Attached hereto as **Exhibit "A"** is a true and correct copy of Mr. Friedenberg's e-mail so indicating.

5         3.    I agreed on behalf of Houtan Petroleum, Inc. to ConocoPhillips' proposal. A true and

6    correct copy of the e-mail exchange responding to Mr. Friedenberg's proposal, confirming this

7    agreement between the parties is attached hereto as **Exhibit "B."**

8         4.    On January 28, 2008, ConocoPhillips served its initial disclosures and expert witness

9    designation. A true and correct copy of Mr. Friedenberg's e-mail message that had such documents

10   attached is attached hereto as **Exhibit "C."**

11        5.    Attached hereto as **Exhibit "D"** is a true and correct copy of ConocoPhillips' initial

12   Rule 26 disclosures that were attached to Mr. Friedenberg's e-mail of January 28, 2008, without

13   accompanying documents.

14        6.    Attached hereto as **Exhibit "E"** is a true and correct copy of ConocoPhillips' expert

15   witness designation that was attached to Mr. Friedenberg's e-mail of January 28, 2008, with all

16   attached exhibits.

17        7.    Upon review of ConocoPhillips' expert designation, I noticed that ConocoPhillips had

18   failed to produce the complete appraisal of the equipment and improvements at the subject station

19   property. Rather, it merely reattached a one page summary (as Exhibit B to the expert designation)

20   that was previously included as an exhibit to various pleadings already on file with this Court.

21        8.    That same evening, I e-mailed Mr. Friedenberg inquiring why the full report was not

22   included with the disclosures. Mr. Friedenberg responded that he was out of the office at the time,

23   but would look into it on the next day. A true and correct copy of this e-mail exchange with Mr.

24   Friedenberg is attached hereto as **Exhibit "F."**

25        9.    Not having received any response, I e-mailed Mr. Friedenberg again on January 30,

26   2008, again inquiring about the excluded appraisal report. Mr. Friedenberg responded that he would

27   produce a copy of "the complete appraisal report soon as possible," hopefully on the next day.

28   Additionally, Mr. Friedenberg indicated in the same e-mail that ConocoPhillips would be adding two

DECLARATION OF GENNADY L. LEBEDEV

1   additional witnesses to its disclosures, "1) Sandy Matthews, who is a ConocoPhillips employee, as

2   a fact witness, and 2) Robert W. Wintz of Valuation Research Corporation, who will testify as an

3   expert witness." Attached hereto as **Exhibit "G"** is a true and correct copy of this e-mail exchange

4   with Mr. Friedenberg.

5       10.  It should be noted that on January 28, 2008, I did timely serve on Mr. Friedenberg as

6   counsel for ConocoPhillips, Houtan Petroleum, Inc.'s intial disclosures and expert witness

7   designations, along with a complete appraisal report from Andrew C. Plaine, MAI, as previously

8   agreed between counsel. Additionally, ConocoPhillips has already taken the deposition of Houtan

9   Petroleum's expert, Andrew C. Plaine on January 31, 2008.

10      11.  With the trial date fast approaching, Houtan Petroleum has been severely prejudiced

11  by ConocoPhillips' failure to comply with the witness disclosure requirements and the stipulation

12  between counsel for the parties. Consequently, the Court should strike ConocoPhillips' expert

13  witness designations as to Peter Morrison and Robert W. Witnz, as well as fact witness Sandy

14  Matthews, and preclude ConocoPhillips from presenting testimony from any expert witnesses at trial.

15      12.  Other than the one page summary attached to its expert witness designation, as of the

16  time of this Declaration, ConocoPhillips has yet to produce a complete appraisal report or any expert

17  witness report from either Mr. Morrison or Mr. Wintz.

18      I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct.

20      Executed this 31st day of February, 2008 in Los Angeles, California.

21

22                                            _____
                                                  Gennady L. Lebedev
23

24

25

26

27

28

DECLARATION OF GENNADY L. LEBEDEV

# EXHIBIT "A"

## Gennady

| | |
|---|---|
| **From:** | Adam Friedenberg [afriedenberg@glynnfinley.com] |
| **Sent:** | Wednesday, January 23, 2008 10:24 AM |
| **To:** | glebedev@bleaufox.com |
| **Subject:** | RE: Houtan |

Gennady:

We have De Anza under subpoena for the morning of January 31, so let's set Plaine for the afternoon of January 31. Please let me know if you will produce Plaine by stipulation, and produce the documents identified in our subpoenas, so that we need not reserve a subpoena. We will re-notice Ed Haddad for January 30.

Regarding disclosures, I would propose that we make the following disclosures, by fax or email, on January 28:

1) Initial disclosures pursuant to Rule 26(a)(1), but with respect to documents both parties would produce, and not merely describe, the documents required by Rule 26(a)(1)(B); and

2) Expert disclosures and reports, subject to the understanding that as to appraiser-experts, a complete appraisal report shall be sufficient to satisfy the requirements of Rule 26(a)(2)(B)(i)-(iii).

Please confirm that this is agreeable.

Thank you.

Adam

**From:** Gennady [mailto:glebedev@bleaufox.com]
**Sent:** Tuesday, January 22, 2008 8:30 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan

Adam:

Andrew Plaine is available on the 31st. So, let's continue his depo. for the 31st, either morning or afternoon and let's set Ed Haddad's depo for the 30th. Let me know about the landlord's depo. on the 31st. Plaine is flexible for afternoon or morning, so we can work around the landlord.

**From:** Adam Friedenberg [mailto:afriedenberg@glynnfinley.com]
**Sent:** Tuesday, January 22, 2008 2:21 PM
**To:** glebedev@bleaufox.com
**Subject:** RE: Houtan

I don't know if Vidovich is confirmed, but we plan to serve De Anza with a 30(b)(6) subpoena which may obviate personal service on Vidovich anyhow. I believe we noticed De Anza for January 31. I can't do the 29th, but I am willing to try to work with you re scheduling. Perhaps we could do Mr. Haddad on January 30 and Vidovich/De Anza on January 31. Andrew Plaine would still go forward this Friday as scheduled. Let me know.

**From:** Gennady [mailto:glebedev@bleaufox.com]
**Sent:** Tuesday, January 22, 2008 12:57 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan

Adam:

Please let me know the status of the Vidovich depo. Is it confirmed for January 30? If so, we would like to move Ed Haddad's deposition to January 29, instead of 28.

Also, what is your response to our proposal of doing simultaneous Rule 26 initial disclosures and expert designations on 1/28?

Thanks,


Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613
Fax: (323) 874-1234
GLebedev@BleauFox.com

This e-mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or return e-mail and delete the e-mail from your server. Thank you.

---

**From:** Adam Friedenberg [mailto:afriedenberg@glynnfinley.com]
**Sent:** Monday, January 21, 2008 4:06 PM
**To:** glebedev@bleaufox.com
**Subject:** Houtan

Gennady, we served the attached notices today by fax and mail. Given the timing, I wanted to be sure to get you copies as quickly and directly as possible. Relatedly, we have served Andrew Plaine with a subpoena, and his deposition will proceed at our offices on Friday January 25, as noticed. We have not yet served John Vidovich, so his deposition will not proceed on January 24. We have served the records custodians for De Anza/V.O. Limited for the times indicated in the notices and subpoenas you have received last week. In addition, we plan to notice and subpoena Mr. Vidovich and the 30(b)(6) witness(es) for De Anza and V.O. Limited for January 30 at our offices.

Adam

Adam Friedenberg
Glynn & Finley, LLP
100 Pringle Avenue, Ste. 500
Walnut Creek, CA 94596
(925) 210-2809
(925) 945-1975 (fax)
www.glynnfinley.com
afriedenberg@glynnfinley.com

************************
CONFIDENTIAL
************************
This electronic message contains confidential and privileged information from the law office of Glynn & Finley, LLP. The information is intended for the sole use of the individual or individuals named above. If you have received this note and you are not named above, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please contact us

immediately by telephone at (925) 210-2800.

# EXHIBIT "B"

## Gennady

**From:** Adam Friedenberg [afriedenberg@glynnfinley.com]

**Sent:** Wednesday, January 23, 2008 2:50 PM

**To:** glebedev@bleaufox.com

**Subject:** RE: Houtan

That's fine.

1:30 for Plaine should work.

**From:** Gennady [mailto:glebedev@bleaufox.com]
**Sent:** Wednesday, January 23, 2008 2:49 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan

We're agreeable to everything, except the point about producing documents by fax or e-mail. Can we agree to produce only those documents that have not been attached to any of the pleadings/motions that have already been filed with the Court? Also, let me know the time you would like Plaine at your office.

Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613
Fax: (323) 874-1234
GLebedev@BleauFox.com

This e-mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or return e-mail and delete the e-mail from your server. Thank you.

**From:** Adam Friedenberg [mailto:afriedenberg@glynnfinley.com]
**Sent:** Wednesday, January 23, 2008 10:24 AM
**To:** glebedev@bleaufox.com
**Subject:** RE: Houtan

Gennady:

We have De Anza under subpoena for the morning of January 31, so let's set Plaine for the afternoon of January 31. Please let me know if you will produce Plaine by stipulation, and produce the documents identified in our subpoenas, so that we need not reserve a subpoena. We will re-notice Ed Haddad for January 30.

Regarding disclosures, I would propose that we make the following disclosures, by fax or email, on January 28:

1) Initial disclosures pursuant to Rule 26(a)(1), but with respect to documents both parties would produce, and not merely describe, the documents required by Rule 26(a)(1)(B); and

2) Expert disclosures and reports, subject to the understanding that as to appraiser-experts, a complete appraisal

report shall be sufficient to satisfy the requirements of Rule 26(a)(2)(B)(i)-(iii).

Please confirm that this is agreeable.

Thank you.

Adam

---

**From:** Gennady [mailto:glebedev@bleaufox.com]
**Sent:** Tuesday, January 22, 2008 8:30 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan

Adam:

Andrew Plaine is available on the 31st. So, let's continue his depo. for the 31st, either morning or afternoon and let's set Ed Haddad's depo for the 30th. Let me know about the landlord's depo. on the 31st. Plaine is flexible for afternoon or morning, so we can work around the landlord.

---

**From:** Adam Friedenberg [mailto:afriedenberg@glynnfinley.com]
**Sent:** Tuesday, January 22, 2008 2:21 PM
**To:** glebedev@bleaufox.com
**Subject:** RE: Houtan

I don't know if Vidovich is confirmed, but we plan to serve De Anza with a 30(b)(6) subpoena which may obviate personal service on Vidovich anyhow. I believe we noticed De Anza for January 31. I can't do the 29th, but I am willing to try to work with you re scheduling. Perhaps we could do Mr. Haddad on January 30 and Vidovich/De Anza on January 31. Andrew Plaine would still go forward this Friday as scheduled. Let me know.

---

**From:** Gennady [mailto:glebedev@bleaufox.com]
**Sent:** Tuesday, January 22, 2008 12:57 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan

Adam:

Please let me know the status of the Vidovich depo. Is it confirmed for January 30? If so, we would like to move Ed Haddad's deposition to January 29, instead of 28.

Also, what is your response to our proposal of doing simultaneous Rule 26 initial disclosures and expert designations on 1/28?

Thanks,

Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613
Fax: (323) 874-1234
GLebedev@BleauFox.com

This e-mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are

1/31/2008

hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or return e-mail and delete the e-mail from your server. Thank you.

---

**From:** Adam Friedenberg [mailto:afriedenberg@glynnfinley.com]
**Sent:** Monday, January 21, 2008 4:06 PM
**To:** glebedev@bleaufox.com
**Subject:** Houtan

Gennady, we served the attached notices today by fax and mail. Given the timing, I wanted to be sure to get you copies as quickly and directly as possible. Relatedly, we have served Andrew Plaine with a subpoena, and his deposition will proceed at our offices on Friday January 25, as noticed. We have not yet served John Vidovich, so his deposition will not proceed on January 24. We have served the records custodians for De Anza/V.O. Limited for the times indicated in the notices and subpoenas you have received last week. In addition, we plan to notice and subpoena Mr. Vidovich and the 30(b)(6) witness(es) for De Anza and V.O. Limited for January 30 at our offices.

Adam

Adam Friedenberg
Glynn & Finley, LLP
100 Pringle Avenue, Ste. 500
Walnut Creek, CA 94596
(925) 210-2809
(925) 945-1975 (fax)
www.glynnfinley.com
afriedenberg@glynnfinley.com

************************
CONFIDENTIAL
************************
This electronic message contains confidential and privileged information from the law office of Glynn & Finley, LLP. The information is intended for the sole use of the individual or individuals named above. If you have received this note and you are not named above, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please contact us immediately by telephone at (925) 210-2800.