# EXHIBIT "C"

## Gennady

**From:** Adam Friedenberg [afriedenberg@glynnfinley.com]
**Sent:** Monday, January 28, 2008 5:29 PM
**To:** glebedev@bleaufox.com
**Subject:** Conoco/Houtan

Gennady, here are our initial disclosures, document production and expert disclosure.

Adam

# EXHIBIT "D"

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | Case No. 3:07-cv-5627 |
| Plaintiff, | **DEFENDANT AND COUNTER-PLAINTIFF CONOCOPHILLIPS COMPANY'S INITIAL DISCLOSURES** |
| vs. | |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive | Trial Date: February 11, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Before: Hon. Samuel Conti |
| Defendants. | |

These initial disclosures are made based on information currently known to ConocoPhillips Company ("ConocoPhillips"). Discovery and investigation are ongoing, and ConocoPhillips reserves the right to use at trial such further and additional witnesses, documents and damages information as may become known in the course of ConocoPhillips' investigation and discovery. Subject to the foregoing, ConocoPhillips makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26 and the agreement of the parties.

I.  **WITNESSES**

Defendant and Counter-Plaintiff ConocoPhillips Company may use the following witnesses to support its claims and defenses:

1.   Dan Pellegrino. Mr. Pellegrino is an employee of ConocoPhillips and may be contacted through ConocoPhillips' counsel of record. He may have information regarding

1  ConocoPhillips' discussions with Plaintiff, the parties' franchise relationship, the franchise
2  agreement that is at issue in this matter, and issues related to ConocoPhillips' counterclaims.
3      2.   Greg Vasquez. Mr. Vasquez is an employee of ConocoPhillips and may be
4  contacted through ConocoPhillips' counsel of record. He may have information regarding the
5  parties' franchise relationship, the franchise agreement that is at issue in this matter and the
6  termination of said agreement.
7      3.   David Nash. Mr. Nash is an employee of ConocoPhillips and may be contacted
8  through ConocoPhillips' counsel of record. He may have information regarding the parties'
9  franchise relationship, the franchise agreement that is at issue in this matter and the termination
10 of said agreement.
11     4.   Jay Rollins. Mr. Rollins is an employee of ConocoPhillips and may be contacted
12 through ConocoPhillips' counsel of record. He may have information regarding ConocoPhillips'
13 discussions with Plaintiff, the franchise agreement that is at issue in this matter, and issues
14 related to ConocoPhillips' counterclaims.
15     5.   Phillip Bonina. Mr. Bonina is an employee of ConocoPhillips and may be
16 contacted through ConocoPhillips' counsel of record. He may have information regarding the
17 franchise agreement that is at issue in this matter, the expiration of ConocoPhillips' underlying
18 property lease of the service station property at issue, ConocoPhillips' efforts to obtain an
19 extension and/or renewal of said underlying property lease, ConocoPhillips' bona fide offer to
20 sell its equipment and improvements at the subject station to Plaintiff, and issues related to
21 ConocoPhillips' counterclaims.
22     6.   Richard Mathews. Mr. Mathews may be contacted through ConocoPhillips'
23 counsel of record. He may have information regarding the franchise agreement that is at issue in
24 this matter, the expiration of ConocoPhillips' underlying property lease of the service station
25 property at issue, ConocoPhillips' efforts to obtain an extension and/or renewal of said
26 underlying property lease, ConocoPhillips' bona fide offer to sell its equipment and
27 improvements at the subject station to Plaintiff, and issues related to ConocoPhillips'
28 counterclaims.

1  7.  John Vidovich, De Anza Properties, 920 West Fremont Avenue, Sunnyvale,
2  California. Mr. Vidovich may have information regarding ConocoPhillips' underlying property
3  lease of the service station property at issue, ConocoPhillips' efforts to obtain an extension
4  and/or renewal of said underlying property lease and Plaintiff's current lease agreement.
5  8.  Carla Wilkey, De Anza Properties, 920 West Fremont Avenue, Sunnyvale,
6  California. Ms. Wilkey may have information regarding ConocoPhillips' underlying property
7  lease of the service station property at issue, ConocoPhillips' efforts to obtain an extension
8  and/or renewal of said underlying property lease and Plaintiff's current lease agreement.

## II. DOCUMENTS

Pursuant to Rule 26(a)(1)(ii) and the agreement of the parties, ConocoPhillips produces herewith all documents it may use to support its claims and defenses, with the exception of documents which either party has already produced, exchanged or submitted as part of a pleading, motion or other paper filed in this action.

## III. DAMAGES

ConocoPhillips will seek compensatory damages reflecting Plaintiff's failure to pay rent for equipment and improvements owned by ConocoPhillips which Plaintiff has wrongfully retained. The appropriate market rent for this property is $4,000 per month. In addition, ConocoPhillips seeks punitive damages, disgorgement of amounts by which Plaintiff has been unjustly enriched and attorneys' fees.

Dated: January 28, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant and
Counter-Plaintiff ConocoPhillips
Company

# EXHIBIT "E"

1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
6
   Attorneys for Defendant and Counter-Plaintiff
7  ConocoPhillips Company

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 HOUTAN PETROLEUM, INC.           ) Case No. 3:07-cv-5627
                                    )
12              Plaintiff,          )
                                    ) **DEFENDANT AND COUNTER-**
13       vs.                        ) **PLAINTIFF CONOCOPHILLIPS EXPERT**
                                    ) **WITNESS DISCLOSURE**
14 CONOCOPHILLIPS COMPANY, a Texas  )
   corporation and DOES 1 through 10,) Trial Date: February 11, 2008
15 Inclusive                        ) Time:       10:00 a.m.
                                    ) Courtroom:  1
16              Defendants.         ) Before:     Hon. Samuel Conti
                                    )
17 ─────────────────────────────────)

18       Pursuant to Federal Rule of Civil Procedure 26 and the parties' agreement, Defendant and
19 Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby discloses Peter Morrison
20 as an expert witness it expects to use at trial to present evidence. Mr. Morrison's qualifications
21 are reflected in the Curriculum Vitae attached hereto as Exhibit A. Mr. Morrison's compensation
22 for this matter is $375 per hour. Pursuant to the parties' agreement, an appraisal report reflecting
23 opinions Mr. Morrison may offer at trial is attached hereto as Exhibit B. Mr. Morrison may also
24 offer opinions in response or rebuttal to experts and expert opinions on which Plaintiff relies.
25 ///
26 ///
27 ///
28 ///

- 1 -
CONOCOPHILLIPS' EXPERT DISCLOSURE

1   This disclosure is made based on information currently known to ConocoPhillips.
2   Discovery and investigation are ongoing, and ConocoPhillips reserves the right to offer at trial
3   such further and additional opinions and/or expert witnesses as may become necessary.
4
5   Dated: January 28, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant and
Counter-Plaintiff ConocoPhillips
Company

# EXHIBIT A

**PROFESSIONAL QUALIFICATIONS**

*pmorrison@valuationresearch.com*

*Peter L. Morrison*
*414/221-6236*

**PROFESSIONAL POSITION**

Senior vice president and professional services manager – real property with Valuation Research Corporation.

**CERTIFICATIONS AND PROFESSIONAL AFFILIATIONS**

Wisconsin Certified General Appraiser and Licensed Appraiser No. 700-010
Associate Member of the Appraisal Institute



**EDUCATION**

B.A., geography, with special emphasis on urban economics and planning, Macalester College, St. Paul, Minnesota, 1978

Coursework in the growth and development of Scandinavian cities and urban planning in Scandinavia, Universitetet I Oslo, Oslo, Norway, 1976

A candidate for membership (MAI) in the Appraisal Institute, Mr. Morrison has completed the following institute courses:

| | |
|---|---|
| 1A-1 | Real Estate Principles |
| 1A-2 | Basic Valuation Procedures |
| 8-2 | Residential Valuation |
| 310 | Basic Income Valuation |
| 410 | Standards of Professional Practice, Part A |
| 420 | Standards of Professional Practice, Part B |
| 510 | Advanced Income Valuation |
| 520 | Highest and Best Use and Market Analysis |
| 530 | Advanced Sales Comparison and Cost Approaches |
| 540 | Report Writing and Valuation Analysis |
| 550 | Advanced Applications |
| -- | Non-Residential Demonstration Appraisal Report Writing Seminar |
| -- | Appraising from Blueprints and Specifications |
| -- | Subdivision Analysis |
| -- | Analyzing Operating Expenses |
| -- | Valuation of Detrimental Conditions in Real Estate |
| -- | Introduction to International Valuation Standards |
| -- | Appraising Convenience Stores |
| -- | Feasability, Market Value, Investment Timing: Option Value |
| -- | Attacking and Defending an Appraisal in Litigation |
| -- | National USPAP Update |

**PROFESSIONAL EXPERIENCE**

1994 - Present   Member of the professional staff of Valuation Research Corporation.

5030

*(continued)*

**PROFESSIONAL QUALIFICATIONS**

*pmorrison@valuationresearch.com*

*Peter L. Morrison*
*414/221-6236*

**PROFESSIONAL EXPERIENCE** *(Continued)*

| | |
|---|---|
| 1988 - 1994 | Director of reports and documentation for Universal Medical Buildings, Milwaukee, Wisconsin. Responsible for financial modeling and analysis of healthcare facilities and medical office projects. Produced all project-related legal documentation, including Certificate of Need applications, construction agreements, ownership and rental documents, and private placement memoranda for financing of limited partnerships. |
| 1986 - 1988 | Commercial and industrial appraiser, Michael J. Barnard & Associates, Green Bay, Wisconsin. Researched and analyzed physical, functional, and economic factors to establish value of vacant sites and subdivisions, multi-family projects, retail facilities, offices, restaurants, and industrial plants. |
| 1983 - 1985 | Assistant vice president and appraisal services manager, Great Northern Development Corporation, Green Bay. Appraised residential and commercial properties for loan underwriting and fee clients. Also responsible for staff management and development and for corporate profitability. |
| 1981 - 1983 | Project manager, James R. Laird Real Estate Appraisal Consultants, Inc., Appleton, Wisconsin. Appraised real and personal properties for municipal clients throughout Wisconsin and Upper Michigan. |
| 1979 - 1981 | Real estate broker, Wisconsin. Handled all aspects of residential and commercial business. |
| 1978 - 1979 | Community planner, Midtown East Citizens Association, Green Bay. Responsible for production of comprehensive plan for area development. |

**VRC**

**MAJOR CLIENTS SERVED**

Allied Film & Video, Inc.
American Materials Corporation
American Specialty & Craft Beer Company
Anchor Advanced Products
Applied Power
Arkansas Best Corporation
Associated Bank
Bankers Trust
Bank One
Bemis Manufacturing
Brunswick Corporation
Burlington Memorial Hospital
Caisse Nationale de Credit Agricole

Cargill
The Chase Manhattan Bank, N.A.
Chemical Bank
Chemical Securities, Inc.
The CIT Group, Inc.
Citibank, Inc.
CKE Restaurants, Inc.
Company Comanche County Memorial Hospital
ConocoPhillips
CPC International
Dean Foods, Inc.
Dickinson County Memorial Hospital System
Doe Run Company

**PROFESSIONAL**

**QUALIFICATIONS**

*pmorrison@valuationresearch.com*

*Peter L. Morrison*
*414/221-6236*

**MAJOR CLIENTS SERVED** *(Continued)*



Dynamic Industries, Inc.
Edison Brothers Stores, Inc.
Federal Deposit Insurance Corporation
Ferrellgas, Inc.
First Bank
Freeman Spogli & Co., Incorporated
General Electric Capital Structured Finance
Getty Petroleum
GranCare
Hanson Industries
Harvard Industries, Inc.
Haworth, Inc.
H.B. Fuller
Huntsman Corporation
Indian Summer, Inc.
Ingersoll Rand Company
Johnson Controls, Inc.
Journal Communications
Kraft Foods
The Pantry/Lil' Champ Food Stores, Inc.
Lehman Brothers
Marshfield Clinic, S.C.
M&I Marshall & Ilsley Bank
Miller Brewing Company
Milwaukee Medical Center, S.
Nationsbanc Capital Markets, Inc.
Neenah Foundry

Phillips Petroleum Company
Playboy Enterprises, Inc.
P.M. Beef Group, Inc.
Schwitzer Group
ShopKo Stores, Inc.
Sinai Samaritan Medical Center
Societe Generale
Stoughton Trailers, Inc.
Stroh Brewing Company
Siemens Corporation
Sun Capital Partners
Sunoco
Sybra
Thiokol Corporation
The Times Mirror Company
Tosco Corporation
Transamerica Business Credit Corporation
Tribune Company
UBS Capital Corporation
United Rentals, Inc.
Universal Foods Corporation
Universal Forest Products
Valero Energy Corporation
Versa Technologies, Inc.
Winthrop Financial Associates
WMVS-TV Channel 10/WMTV-TV Channel 36

# EXHIBIT B

# EXHIBIT B

## Building Improvements

| | | |
|---|---|---|
| Base Cost (Sec 64/Pg 1, Class S, Average) | | $95.03 |
| Multipliers: | | |
|    Area/Perimeter | 0.956 | |
|    Height | 1.000 | |
|    Current Cost | 1.030 | |
|    Local | 1.210 | |
|    Total | | 1.191 |
| Adjusted Base Cost | | $113.18 |
| Building Area (SF) | | 1,624 |
| Subtotal Replacement Cost New (RCN) | | $183,804 |
| Less Physical Deterioration @ 60% | | (110,283) |
| Subtotal RCN Less Physical Deterioration | | 73,521 |
| Add Soft Costs (Permitting and Entitlements) | | 202,500 |
| Total RCN Less Physical Deterioration - Building | | $276,021 |

## Site Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Grading | 24,700 SF | $0.29 | 7,163 | -- | -- | -- | 7,163 |
| Asphalt Paving | 12,000 SF | $2.44 | 29,280 | 6 | 10 | 60% | 11,712 |
| Concrete Paving | 8,000 SF | $6.69 | 53,520 | 9 | 16 | 56% | 23,549 |
| Concrete Curbing | 370 LF | $9.00 | 3,330 | 11 | 20 | 55% | 1,499 |
| Landscaping | -- | -- | -- | -- | -- | -- | 5,000 |
| Miscellaneous (Fencing, etc.) | 120 LF | $25.00 | 3,000 | 0 | 25 | 0% | 3,000 |
| Trash Enclosure | 80 SF | $5.65 | 452 | 15 | 25 | 60% | 181 |
| Lighting | 3 Fix | $1,815 | 5,445 | 9 | 16 | 56% | 2,396 |

Total Replacement Cost New Less Physical Deterioration - Site Improvements     54,499

## Gasoline Related Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Canopy | 1,012 SF | $29.44 | 29,793 | 9 | 16 | 56% | 13,109 |
| Canopy | 1,012 SF | $29.44 | 29,793 | 9 | 16 | 56% | 13,109 |
| Signage | 1 Fix | $7,879 | 7,879 | | | 50% | 3,940 |
| Machinery and Equipment: | | | | | | | |
|   UST 12,032 Gal | 1 | $41,689 | 41,689 | | | 46% | 22,512 |
|   UST 12,032 Gal | 1 | $39,120 | 39,120 | | | 46% | 21,125 |
|   UST 550 Gal | 1 | $11,151 | 11,151 | | | 46% | 6,022 |
|   Dispensers | 6 | $18,255 | 109,530 | | | 42% | 63,527 |
|   Control Console | 1 | $14,002 | 14,002 | | | 42% | 8,121 |
|   Piping | -- | $4,278 | 25,668 | | | 32% | 17,454 |
|   Spill Containment | -- | $24,530 | 24,530 | | | 44% | 13,737 |
|   Additional Installation | -- | $51,341 | 51,341 | | | 57% | 22,077 |
|   Lift | 3 | $6,441 | 19,323 | | | 71% | 5,604 |
|   Air Compressor | 1 | $4,273 | 4,273 | | | 61% | 1,666 |

Total Replacement Cost New Less Physical Deterioration - Gasoline Related Improvements     212,002

| | |
|---|---|
| Subtotal Replacement Cost New of Improvements Less Physical Deterioration | $542,522 |
| Less Functional Obsolescence | 0 |
| Less External Obsolescence | 0 |
| Total Replacement Cost New of Improvements Less Physical Deterioration | $542,522 |
| Add Land Value | 1,729,000 |
| Total Estimated Value by the Cost Approach | $2,271,522 |
| Rounded | **$2,270,000** |

# EXHIBIT "F"

## Gennady

**From:** Adam Friedenberg [afriedenberg@glynnfinley.com]
**Sent:** Monday, January 28, 2008 9:11 PM
**To:** glebedev@bleaufox.com
**Subject:** RE: Conoco/Houtan

Gennady, I've left the office, but will take a look at this tomorrow. I had understood that the summary report would suffice for disclosure purposes, but we will of course produce copies of everything we plan to use at trial.

-----Original Message-----
From: Gennady [mailto:glebedev@bleaufox.com]
Sent: Mon 1/28/2008 7:06 PM
To: Adam Friedenberg
Subject: RE: Conoco/Houtan

Adam:

Exhibit B to your expert disclosure is just a one page summary of the appraised numbers. I believe we are entitled to a copy of the entire appraisal report. Is this all you intend to offer into evidence as far as the appraisal?

Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613
Fax: (323) 874-1234
GLebedev@BleauFox.com

This e-mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or return e-mail and delete the e-mail from your server. Thank you.


From: Adam Friedenberg [mailto:afriedenberg@glynnfinley.com]
Sent: Monday, January 28, 2008 5:29 PM
To: glebedev@bleaufox.com
Subject: Conoco/Houtan


Gennady, here are our initial disclosures, document production and expert disclosure.

Adam

1

# EXHIBIT "G"

# Gennady

| | |
|---|---|
| **From:** | Adam Friedenberg [afriedenberg@glynnfinley.com] |
| **Sent:** | Wednesday, January 30, 2008 4:54 PM |
| **To:** | glebedev@bleaufox.com |
| **Subject:** | RE: Houtan Petroleum v. ConocoPhillips |

Gennady, I will obtain and produce a copy of the complete appraisal report soon as possible. I am hopeful that will be tomorrow.

Regarding ConocoPhillips witnesses, I will provide shortly either addresses or confirmation that we will accept service of trial subpoenas. As you know, I have been in deposition all day and thus have not had an opportunity to address these issues sooner.

Regarding Rule 26 and expert disclosures, we are adding two witnesses:
1) Sandy Matthews, who is a ConocoPhillips employee, as a fact witness, and 2) Robert W. Wintz of Valuation Research Corporation, who will testify as an expert witness.

Also, to clarify, Peter Morrison has not testified in any other cases during the previous four years and has not authored any publications in the last ten years.


Adam

-----Original Message-----
From: Gennady [mailto:glebedev@bleaufox.com]
Sent: Wednesday, January 30, 2008 2:10 PM
To: Adam Friedenberg
Subject: Houtan Petroleum v. ConocoPhillips

Adam:

We still have not received a copy of your expert's appraisal report.
Since
you have failed to provide the appraisal pursuant to our agreement, Mr.
Plaine cannot be expected to give his full opinions regarding the appraisal at his
deposition tomorrow. Nevertheless, please be advised that we do intend to have Andrew
Plaine comment on ConocoPhillips' appraisal at trial.

Additionally, in your initial Rule 26 disclosures, ConocoPhillips listed names of several
employees with relevant information regarding the case.
Instead of providing their addresses and telephone numbers as required by Rule 26,
ConocoPhillips indicated that these individuals may be contacted through your firm as its
counsel. Please advise if you will be accepting service of subpoenas of these individuals
for trial. If not, I request that you provide their addresses and telephone numbers
immediately.

Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613
Fax: (323) 874-1234
GLebedev@BleauFox.com

This e-mail transmission is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this e-mail in error, please
notify the sender immediately by telephone or return e-mail and delete the e-mail from
your server. Thank you.