GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 3:07-cv-5627<br><br>**DEFENDANT CONOCOPHILLIPS COMPANY'S TRIAL WITNESS LIST**<br><br>Pretrial Conference: February 6, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Before: Hon. Samuel Conti<br><br>Trial Date: February 11, 2008 |

Pursuant to the Court's January 11, 2008 Order, Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") submit this list of witnesses it may call at trial.

1. <u>Greg Vasquez</u> – Mr. Vasquez will testify regarding ConocoPhillips' contracting process, the parties' franchise relationship, the franchise agreement at issue in this matter, the termination of said agreement and ConocoPhillips' notification of termination to Plaintiff. ConocoPhillips anticipates that the time of Mr. Vasquez's testimony will be approximately 2 hours.

2. <u>David Nash</u> – Mr. Nash will testify regarding the franchise agreement at issue in this matter, the termination of said agreement and ConocoPhillips' notification of termination to Plaintiff. ConocoPhillips anticipates that the time of Mr. Nash's testimony will be approximately 1-2 hours.

3. <u>Dan Pellegrino</u> – Mr. Pellegrino will testify regarding ConocoPhillips' discussions with Plaintiff, the parties' franchise relationship, the franchise agreement that is at issue in this matter, ConocoPhillips' notification of termination of the franchise agreement, Plaintiff's knowledge regarding the expiration of ConocoPhillips' underlying property lease and issues related to ConocoPhillips' counterclaims. ConocoPhillips anticipates that the time of Mr. Pellegrino's testimony will be approximately 2 hours.

4. <u>Suzanne Michaud</u> – Ms. Michaud will testify regarding ConocoPhillips' equipment and improvements including at the subject service station. ConocoPhillips anticipates that the time of Ms. Michaud's testimony will be approximately 2 hours.

5. <u>Peter Morrison</u> – Mr. Morrison will testify as an expert witness pursuant to Federal Rule of Civil Procedure 26(a) regarding ConocoPhillips' bona fide offer and the value of the equipment and improvements at the subject service station. ConocoPhillips anticipates that the time of Mr. Morrison's testimony will be approximately 2-4 hours.

6. <u>Robert Wintz</u> – Mr. Wintz will testify as an expert witness pursuant to Federal Rule of Civil Procedure 26(a) regarding ConocoPhillips' bona fide offer and the value of the equipment and improvements at the subject service station. ConocoPhillips anticipates that the time of Mr. Wintz's testimony will be approximately 2 hours.

7. <u>Richard Mathews</u> – Mr. Mathews will testify regarding the expiration of ConocoPhillips' underlying property lease of the service station property at issue, ConocoPhillips' efforts to obtain an extension and/or renewal of said underlying property lease, ConocoPhillips' bona fide offer to sell its equipment and improvements at the subject station to Plaintiff, and issues related to ConocoPhillips' counterclaims. ConocoPhillips anticipates that the time of Mr. Mathews' testimony will be approximately 2 hours.

8. <u>Carla Wilkey</u> – Ms. Wilkey will testify regarding ConocoPhillips' underlying property lease of the service station property at issue, ConocoPhillips' efforts to obtain an extension and/or renewal of said property lease, Plaintiff's negotiations to obtain a lease directly with the property owner, Plaintiff's current lease agreement with the property owner and Plaintiff's notice and knowledge of the expiration of ConocoPhillips' property lease.

ConocoPhillips anticipates that the time of Ms. Wilkey's testimony will be approximately 2 hours.

Dated: February 1, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By: _____
Attorneys for Defendant and Counter-Plaintiff ConocoPhillips Company

CONOCOPHILLIPS' TRIAL WITNESS LIST