Thomas P. Bleau, Esq., SBN 152945
Martin R. Fox, Esq., SBN 155783
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone   : (323) 874-8613
Facsimile   : (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com

Attorneys for Plaintiff and Counter-Defendant
HOUTAN PETROLEUM, INC.


GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
CONOCOPHILLIPS COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | CASE NO. CV 07-05627 SC |
| Plaintiff, | |
| v. | **JOINT STATEMENT OF THE CASE TO BE READ TO THE JURY** |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | Trial Date: February 11, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1 |
| Defendants. | Before: Hon. Samuel Conti |

Plaintiff and Counter-Defendant Houtan Petroleum, Inc. ("Houtan Petroleum") and Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby jointly propose the

following agreed upon brief statement of the case to be read to the jury prior to trial:[1]

Houtan Petroleum operates a motor fuel station at 101 E. El Camino Real, Mountain View, California. Prior to October 31, 2007, Houtan Petroleum operated the station as a Union 76 branded franchisee pursuant to a sublease with ConocoPhillips. ConocoPhillips is the owner of the Union 76 brand and trademark. ConocoPhillips also owns the equipment (such as the fuel pumps, tanks and other equipment) and improvements (such as the buildings and canopies) at the station. ConocoPhillips does not own the land on which the station is located, but leased it from a third-party named V.O. Limited Partners.

ConocoPhillips terminated its franchise with Houtan Petroleum effective October 31, 2007 due to that fact that its lease with V.O. Limited Partners expired. Since November 1, 2007, Houtan Petroleum has been operating the station pursuant to a new lease directly with the landowner, V.O. Limited Partners

Motor fuel station franchises are governed by a federal law called the Petroleum Marketing Practices Act or the "PMPA" which contains specific provisions for the steps a franchisor must take when a petroleum franchise agreement is terminated. Plaintiff contends that ConocoPhillips violated provisions of this law when it terminated the parties' franchise agreement and that Houtan Petroleum suffered damages as a result thereof. ConocoPhillips contends that the franchise agreement itself included a notification of franchise termination that complied with the requirements of the PMPA.

ConocoPhillips contends that the parties' sublease and franchise agreement could not continue because ConocoPhillips no longer has the legal right to sublease the property to Houtan Petroleum. ConocoPhillips also contends that because Houtan Petroleum is continuing to operate the station, and has never stopped operating the station, it has not suffered, and could not have suffered, any damages.

---

[1] For the reasons set forth in ConocoPhillips' motion to strike Plaintiff's jury demand (Docket No. 48), ConocoPhillips contends that Plaintiff's claims for relief must be tried to the Court, not a jury. Accordingly, it may be necessary for the parties to revise this proposed joint statement after the pretrial conference when the parties know which issues are to be tried, and whether any such issues are triable to a jury. Additionally, for the reasons stated in Houtan Petroleum's Motion to Dismiss ConocoPhillips' Counterclaims based on preemption by the PMPA (Docket No. 49 & 50), the portion of this Joint Statement of the Case referring to ConocoPhillips' Counterclaims may need to be either deleted or revised, depending on the Court's ruling of such Motion.

ConocoPhillips has also brought claims against Houtan Petroleum. In these claims, ConocoPhillips claims that Houtan Petroleum has wrongfully refused to return ConocoPhillips' property (the equipment and improvements at the station). ConocoPhillips contends that under the parties' franchise agreement, Houtan Petroleum was required to return this property to ConocoPhillips upon expiration or termination of the franchise agreement. Houtan Petroleum does not deny that it has retained this property, but contends that it was entitled under the law to do so.

Dated: February 1, 2008

BLEAU / FOX,
A Professional Law Corporation

By: /S/ Thomas P. Bleau
Thomas P. Bleau, Esq.
Martin R. Fox, Esq.
Gennady L. Lebedev, Esq.
Attorneys for Plaintiff, Houtan Petroleum, Inc.

Dated: February 1, 2008

GLYNN & FINLEY, LLP

By: /S/ Adam Friedenberg
Clement L. Glynn, Esq.
Adam Friedenberg, Esq.
Attorneys for Defendant, ConocoPhillips Company