UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: **3:07-cv-05627 SC**                    DATE: **February 11, 2008**

# HOUTAN PETROLEUM, INC. vs. CONOCOPHILLIPS COMPANY

## EXHIBIT LIST

( ) PLAINTIFF                    ( X ) DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| D-501. | | | September 1, 2004 Dealer Station Lease and Motor Fuel Supply Agreement (COP00042-00115) |
| D-502. | | | May 31, 2007 Notice of Nonrenewal to Houtan Petroleum |
| D-503. | | | September 1, 2007 Dealer Station Lease (000008-000080) |
| D-504. | | | October 22, 2007 Offer to Sell Improvements from ConocoPhillips to Houtan Petroleum (000157-000162) |
| D-505. | | | August 14, 2006 Market Value Report prepared by Valuation Research Corporation for ConocoPhillips (COP00180-00210) |
| D-506. | | | August 14, 2006 ConocoPhillips Petroleum Field Form (COP00227-00229)) |
| D-507. | | | Marshall Valuation Services excerpts (COP00211-00226) |
| D-508. | | | April 19, 2007 Letter from Ed Bozorgdadad to John Vidovich (COP00039) |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| D-509. | | | May 24, 2007 Letter from John Vidovich to Ali Bozorghadad (COP00040) |
| D-510. | | | October 18, 2007 Fax from Ed Hadad to Dan Pellegrino (COP00133-00134) |
| D-511. | | | Real Estate Sale Summaries |
| D-512. | | | January 3, 2007 Declaration of Andrew Plaine in Support of Plaintiff's Opposition to ConocoPhillips Company's Application for Writ of Possession and Preliminary Injunction |
| D-513. | | | Andrew Plaine's Handwritten Notes (Plaine Deposition Exh.) |
| D-514. | | | September 2007 Lease between V.O. Limited Partnership and Houtan Petroleum (000085-000123) |
| D-515. | | | October 18, 2007 Letter from Ed Hadad to Ross Davidson and Phil Bonina (000155) |
| D-516. | | | June 29, 2005 Memo from Carla Wilkey to Tom Oley (Wilkey Deposition Exh. I) |
| D-517. | | | April 13, 2004 Letter from Gregory Briggs to V.O. Partners (COP00038) |
| D-518. | | | April 19, 2004 Letter from Carla Wilkey to Gregory Briggs (COP00037) |
| D-519. | | | September 17, 2004 Letter from Dick Matthews to Carla Wilkey (COP00036) |
| D-520. | | | September 21, 2004 Letter from Carla Wilkey to Dick Matthews (COP00034-35) |
| D-521. | | | March 11, 2005 Letter from Dick Matthews to Carla Wilkey (COP00033) |
| D-522. | | | April 15, 2005 Letter from Carla Wilkey to |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| | | | Dick Matthews (COP00025-32) |
| D-523. | | | June 9, 2005 Fax from Stan Ivenson to Bill Borgh (COP00173-174) |
| D-524. | | | September 1, 2005 Invoice from Oley & Associates to Dick Matthews (COP00172) |
| D-525. | | | May 8, 2006 Letter from Dick Matthews to Carla Wilkey (COP00024) |
| D-526. | | | June 15, 2006 Letter from Dick Matthews to Carla Wilkey (COP00023) |
| D-527. | | | July 10, 2006 Email from Dick Matthews to Carla Wilkey (COP00020-22) |
| D-528. | | | July 17, 2006 Email from Dick Matthews to Carla Wilkey (COP00167) |
| D-529. | | | August 11, 2006 Email from Carla Wilkey to Dick Matthews (COP00165-166) |
| D-530. | | | November 6, 2006 Letter from Dick Matthews to John Vidovich (COP00016-19) |
| D-531. | | | December 8, 2006 Letter from Dick Matthews to John Vidovich (COP00015) |
| D-532. | | | December 19, 2006 Email from Carla Wilkey to Dick Matthews (COP00160-161) |
| D-533. | | | January 12, 2007 Email from Dick Matthews to Carla Wilkey (COP00159) |
| D-534. | | | January 19, 2007 Email from Dick Matthews to Carla Wilkey (COP00155-158) |
| D-535. | | | February 23, 2007 Email from Dick Matthews to Carla Wilkey (COP00151-154) |
| D-536. | | | March 1, 2007 Letter from Dick Matthews to |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| | | | John Vidovich (COP00014) |
| D-537. | | | March 21, 2007 Email from Dick Matthews to Carla Vidovich (COP00013) |
| D-538. | | | April 11, 2007 Handwritten note (COP00149) |
| D-539. | | | April 12, 2007 Letter from Dick Matthews to John Vidovich (COP00006) |
| D-540. | | | April 18, 2007 Email from Dick Matthews to Carla Wilkey (COP00146-147) |
| D-541. | | | April 19, 2007 Fax from Dick Matthews to John Vidovich (COP00007-12) |
| D-542. | | | May 24, 2007 Letter from John Vidovich to Dick Matthews (COP00143) |
| D-543. | | | June 1, 2007 Letter from Dick Matthews to John Vidovich (COP00142) |
| D-544. | | | July 30, 2007 Fax from Dick Matthews to John Vidovich (COP00140-00141) |
| D-545. | | | September 17, 2007 Fax from Dick Matthews to John Vidovich (COP00135-137) |
| D-546. | | | November 1, 2007 Letter from John Vidovich to Dick Matthews (COP00001) |
| D-547. | | | December 4, 2007 Letter from Carla Wilkey to Ed Hadad (COP00041) |
| D-548. | | | Professional Qualifications of Peter L. Morrison |
| D-549. | | | Property Appraisal Report prepared by Peter L. Morrison |
| D-550. | | | November 2, 2007 Email from Ed Haddad to Jay Rollins |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| D-551. | | | August 13, 1965 Service Station Lease between Mt. View Shopping Center and Union Oil Company of California |
| D-552. | | | October 20, 1987 Modification of lease between Rojan Investments, Inc. and Union Oil Company of California |
| D-553. | | | November 4, 2007 Declaration of Ed Haddad in Support of Application for Temporary Restraining Order and Preliminary Injunction of Houtan Petroleum, Inc. |