1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5   Email: cglynn@glynnfinley.com
           afriedenberg@glynnfinley.com
6
    Attorneys for Defendant and Counter-Plaintiff
7   ConocoPhillips Company

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  HOUTAN PETROLEUM, INC.              )   Case No. 3:07-cv-5627
                                        )
11              Plaintiff,              )   **DEFENDANT AND COUNTER-**
                                        )   **PLAINTIFF CONOCOPHILLIPS**
12      vs.                             )   **COMPANY'S PROPOSED FORM OF**
                                        )   **SPECIAL VERDICT**[1]
13  CONOCOPHILLIPS COMPANY, a Texas     )
    corporation and DOES 1 through 10,  )   **Pretrial Conference: February 6, 2008**
14  Inclusive                           )   **Time:              10:00 a.m.**
                                        )   **Courtroom:          1**
15              Defendants.             )   **Before:            Hon. Samuel Conti**
                                        )
16  ——————————————————————              )   **Trial Date:        February 11, 2008**

17      Do you find from a preponderance of the evidence:

18                   AS TO PLAINTIFF'S CLAIMS

19      1.      That on or before July 31, 2007, defendant and counter-plaintiff ConocoPhillips

20  Company ("ConocoPhillips") notified plaintiff and counter-defendant Houtan Petroleum, Inc.

21  ("Houtan Petroleum") that the parties' franchise agreement would terminate on October 31,

22  2007?

23              Answer Yes or No _____

24

25  ─────────────────────
    [1] For the reasons set forth in ConocoPhillips' motion to strike Plaintiff's jury demand, and its
26  reply in support thereof, ConocoPhillips contends that Plaintiff's claims are not triable to a jury.
    In the interest of complying with the Court's pretrial order, ConocoPhillips submits this
27  proposed special verdict form. It may be necessary, however, for ConocoPhillips to withdraw or
    revise this proposed form of verdict upon the Court's ruling on the motion to strike Plaintiff's
28  jury demand, as well as ConocoPhillips' motions in limine.

                                    - 1 -

1    2.    That Houtan Petroleum requested that ConocoPhillips make a "bona fide offer" to

2    sell its equipment and improvements at the service station within 30 days of the date on which

3    ConocoPhillips provided Houtan Petroleum notice that the franchise agreement would terminate

4    (i.e., within 30 days after ConocoPhillips provided the franchise agreement to Houtan

5    Petroleum)?

6         Answer Yes or No _____

7         If you answered "No" to Question No. 2, skip Question Nos. 3-5 and proceed to

8         Question No. 6.

9         If you answered "Yes" to Question No. 2, proceed to Question No. 3.

10    3.    That ConocoPhillips has proven by a preponderance of the evidence that its offer

11    to sell its equipment and improvements to Houtan Petroleum was objectively reasonable (i.e.,

12    "bona fide")?

13         Answer Yes or No _____

14         If you answered "Yes" to Question No. 3, skip Question Nos. 4-5, and proceed to

15         Question No. 6.

16         If you answered "No" to either Question No. 1 or 3, proceed to Question No. 4.

17    4.    That Houtan Petroleum was damaged as a result of ConocoPhillips' failure to

18    make a "bona fide" offer?

19         Answer Yes or No _____

20         If you answered "No" to Question No. 4, skip Question No. 5 and proceed to

21         Question No. 6.

22    5.    That Houtan Petroleum should be awarded the following damages as a result of

23    defendant, ConocoPhillips' failure to make a "bona fide" offer:

24         Answer with the amount of damages:    $ _____

25         Proceed to Question No. 6.

26    / / /

27    / / /

28    / / /

- 2 -

1    <u>AS TO CONOCOPHILLIPS' COUNTER CLAIMS</u>

2    6.    That Houtan Petroleum has breached its contract with ConocoPhillips by refusing

3    to return or permit ConocoPhillips to recover its equipment and improvements after termination

4    of the parties' franchise agreement?

5            Answer Yes or No _____

6    7.    That Houtan Petroleum has committed a conversion by refusing

7    to return or permit ConocoPhillips to recover its equipment and improvements after termination

8    of the parties' franchise agreement?

9            Answer Yes or No _____

10    8.    That Houtan Petroleum has been unjustly enriched by retaining control and

11    possession of ConocoPhillips' equipment and improvements after termination of the parties'

12    franchise agreement?

13            Answer Yes or No _____

14            If you answered "Yes" to Question No. 6, 7 or 8, proceed to Question No. 9.

15            If you answered "No" to Question Nos. 6, 7 and 8, skip Question Nos. 9-10 and

16            have your foreperson sign and date this form below.

17    9.    That ConocoPhillips was damaged as a result of Houtan Petroleum's failure to

18    return or permit ConocoPhillips to recover its equipment and improvements after the parties'

19    franchise agreement terminated?

20            Answer Yes or No _____

21            If you answered "Yes" to Question No. 9, proceed to Question No. 10.

22            If you answered "No" to Question No. 9, skip Question No. 10 and have your

23            foreperson sign and date this form below.

24    10.    That ConocoPhillips should be awarded the following damages as a result of

25    Houtan Petroleum's failure to return or permit ConocoPhillips to recover its equipment and

26    improvements after the parties' franchise agreement terminated?

27            Answer with the amount of damages:    $ _____

28

- 3 -

1    Please have your foreperson date and sign this Verdict Form.

2

3  Date: February __, 2008

4                                         _____
                                          Foreperson

5

6           Submitted by:

7                                         GLYNN & FINLEY, LLP
                                          CLEMENT L. GLYNN
8                                         ADAM FRIEDENBERG
                                          One Walnut Creek Center
9                                         100 Pringle Avenue, Suite 500
                                          Walnut Creek, CA  94596

10

11                                        By _____
                                          Attorneys for Defendant and Counter-
12                                        Plaintiff ConocoPhillips Company

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONOCOPHILLIPS' PROPOSED SPECIAL VERDICT FORM