Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone    : (323) 874-8613
Facsimile    : (323) 874-1234
e-mail:        bleaushark@aol.com
e-mail:        glebedev@bleaufox.com

Attorneys for Plaintiff and Cross-Defendant,
HOUTAN PETROLEUM, INC.

**UNITED STATES DISTRICT COURT IN AND FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HOUTAN PETROLEUM, INC. | ) | CASE NO. 07-CV-5627 SC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PLAINTIFF AND CROSS-DEFENDANT, HOUTAN PETROLEUM INC.'S, WITNESS LIST** |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | ) ) ) ) | Trial Date:    February 11, 2008 |
| | ) | Courtroom:    1 |
| Defendants. | ) | Before:    Hon. Samuel Conti |
| _____ | ) ) | |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff and Cross-Defendant, Houtan Petroleum, Inc., pursuant to the Court Order of January 11, 2008, respectfully submits its following list of witnesses, the order that the witnesses are expected to be called, and a brief statement as to the content of the witness' testimony, and an estimate of time of the witness' testimony on both direct and cross examination.

| ORDER | WITNESS NAME | DESCRIPTION OF TESTIMONY | TIME ESTIMATE ON DIRECT AND CROSS |
|---|---|---|---|
| 1 | Richard L. Mathews | ConocoPhillips real estate manager, expected to testify regarding the franchise agreement that is at issue in this matter, the expiration of ConocoPhillips' underlying property lease of the service station at issue, ConocoPhillips' efforts to obtain an extension and/or renewal of said underlying property lease, ConocoPhillips' offer to sell its equipment and improvements at the subject station to Plaintiff, the reasons for ConocoPhillips' delay in providing the September 18, 2008 notice of termination to Houtan Petroleum, Inc. and authentication of various business records and correspondence. | 1 hour direct; 30 min. cross; 20 min. redirect |
| | Dan Pellegrino | ConocoPhillips account representative for the subject service station, expected to testify regarding ConocoPhillps' discussions with Plaitniff, the parties' franchise relationship, the franchise agreement that is at issue in this matter, the reasons for ConocoPhillips' delay in providing the September 18, 2008 notice of termination to Houtan Petroleum, Inc., issues regarding the price of the improvements and equipment tendered to Houtan Petroleum, Inc., and authentication of various business records and correspondence. | 30 min. direct; 15 min. cross; 10 min. redirect |
| | Carla J. Wilkey | Representative of De Anza Properties, property manager for the landlord V.O. Limited Partnership, expected to testify regarding its communications with ConocoPhillips regarding the underlying lease and the condition of the equipment and improvements on the subject property, and authentication of various business records and correspondence. | 45 min direct; 30 min. cross; 10 min. redirect |
| | John Vidovich | Representative of the landlord V.O. Limited Partnership and property manager De Anza Properties, expected to testify regarding its communications with ConocoPhillips regarding the underlying lease and the condition of the equipment and improvements on the subject property, and authentication of various business records and correspondence. | 30 min. direct; 20 min. cross; 10 min. redirect |

| | | | |
|---|---|---|---|
| | Custodian of Records at V.O. Limited Partnership | Authentication of exhibits. | 15 min. direct; 10 min. cross; 5 min. redirect |
| | Custodian of Records at De Anza Properties | Authentication of exhibits | 15 min. direct; 10 min. cross; 5 min. redirect |
| | Person Most Knowledgeable (Rule 30(b)(6)) at V.O. Limited Partnership | Representative of the landlord, V.O. Limited Partnership, expected to testify on the topic of its communications with ConocoPhillips regarding the underlying lease. | 45 min direct; 30 min. cross; 10 min. redirect |
| | Person Most Knowledgeable (Rule 30(b)(6)) at De Anza Properties | Representative of the property manager, De Anza Properties, expected to testify on the topic of its communications with ConocoPhillips regarding the underlying lease. | 45 min direct; 30 min. cross; 10 min. redirect |
| | Ed Haddad | Representative of Houtan Petroleum, Inc., expected to testify regarding the franchise agreement with ConocoPhillips, the notice of termination from ConocoPhillips, the condition of the station property, circumstances surrounding the termination of its franchise, damages and authentication of various business records and correspondence. | 2 hour direct; 1 hour cross; 30 min. redirect |
| | Russell S. Braasch, E.A. (expert) | Expert witness, accountant for Houtan Petroleum, Inc., expected to testify in conformance with his expert report that has been produced to ConocoPhillips pursuant to Rule 26, regarding damages suffered by Houtan Petroleum. | 45 min. direct; 30 min. cross; 10 min. redirect |
| | Andrew C. Plaine, MAI (expert) | Expert witness, MAI appraiser, expected to testify in conformance with his appraisal report that has been produced to ConocoPhillips pursuant to Rule 26, regarding the value of ConocoPhillips' equipment and improvements and to reply to any expert opinions that may be offered at trial by ConocoPhillips' expert appraisers. | 1 hour direct; 45 min. cross; 15 min. redirect |

Respectfully submitted,

Dated: February 1, 2008

BLEAU / FOX, A P.L.C.
//s//
By: _____
Thomas P. Bleau, Esq.
Gennady L. Lebedev, Esq.
Attorneys for Plaintiff
Houtan Petroleum, Inc.