1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone    :  (323) 874-8613
4  Facsimile    :  (323) 874-1234
   e-mail:       bleaushark@aol.com
5  e-mail:       glebedev@bleaufox.com

6  Attorneys for Plaintiff and Cross-Defendant,
   HOUTAN PETROLEUM, INC.
7

8              **UNITED STATES DISTRICT COURT IN AND FOR**

9              **THE NORTHERN DISTRICT OF CALIFORNIA**

10 | HOUTAN PETROLEUM, INC. | ) | CASE NO. 07-CV-5627 SC |
|---|---|---|
|  | ) |  |
| 11           Plaintiff, | ) |  |
| vs. | ) | **PLAINTIFF AND CROSS-DEFENDANT,** |
| 12 | ) | **HOUTAN PETROLEUM INC.'S, EXHIBIT** |
|  | ) | **LIST** |
| 13 CONOCOPHILLIPS COMPANY, a Texas | ) |  |
| Corporation and DOES 1 through 10, | ) |  |
| 14 Inclusive | ) | Trial Date:    February 11, 2008 |
|  | ) | Courtroom:    1 |
| 15           Defendants. | ) | Before:        Hon. Samuel Conti |
|  | ) |  |
| 16 _____ | ) |  |

17 TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

18     Plaintiff and Cross-Defendant, Houtan Petroleum, Inc., by and through its counsel of

19 record, respectfully submits its list of exhibits for trial. Houtan Petroleum, Inc. reserves the right

20 to add or delete any documents from this list that Plaintiff elects to introduce or not introduce at

21 trial, or to add any documents inadvertently omitted from this list.

22 Dated: February 1, 2008                          BLEAU / FOX, A P.L.C.

23                                                         //s//
                                              By: _____
24                                                  Thomas P. Bleau, Esq.
                                                    Gennady L. Lebedev, Esq.
25                                                  Attorneys for Plaintiff
                                                    Houtan Petroleum, Inc.
26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE #:  3:07-cv-05627-SC                                              DATE: February 1, 2008

<u>Houtan Petroleum, Inc. vs. ConocoPhillips Company</u>

    (X) PLAINTIFF                                            ( ) DEFENDANT

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| 1 | | | ConocoPhillips: Union 76 Branded Reseller Agreement (franchise agreement) |
| 2 | | | Notice of Termination from ConocoPhillips, dated September 18, 2007 |
| 3 | | | Lease between Houtan Petroleum, Inc. and VO Limited Partnership |
| 4 | | | Letter from Houtan Petroleum to ConocoPhillips, dated October 18, 2007 (COP 00134) |
| 5 | | | Offer to Sell Improvements from ConocoPhillips to Houtan Petroleum, dated October 22, 2007 |
| 6 | | | Storage Tank Certificate of Insurance to Demonstrate Financial Responsibility State of California |
| 7 | | | Tank Safe - Storage Tank Liability Insurance Policy Declarations |
| 8 | | | Tank Safe - Storage Tank Liability Insurance Policy |
| 9 | | | Additional Insured(s) Endorsement |
| 10 | | | Photograph #1 of the subject station |
| 11 | | | Photograph #2 of the subject station |
| 12 | | | Photograph #3 of the subject station |
| 13 | | | Photograph #4 of the subject station |
| 14 | | | Photograph #5 of the subject station |
| 15 | | | Photograph #6 of the subject station |

| 16 | | | Photograph #7 of the subject station |
|---|---|---|---|
| 17 | | | Photograph #8 of the subject station |
| 18 | | | Photograph #9 of the subject station |
| 19 | | | Photograph #10 of the subject station |
| 20 | | | Photograph #11 of the subject station |
| 21 | | | Photograph #12 of the subject station |
| 22 | | | Photograph #13 of the subject station |
| 23 | | | Daily Book Analysis for the subject station from October 5, 2007 through November 6, 2007 |
| 24 | | | Letter from ConocoPhillips to De Anza Properties, dated September 17, 2007 |
| 25 | | | Letter from Bleau Fox to ConocoPhillips, dated October 29, 2007 |
| 26 | | | Faxed letter from ConocoPhillips to De Anza Properties, dated October 30, 2007 |
| 27 | | | Letter from Bleau Fox to Glynn & Finley, dated October 31, 2007 |
| 28 | | | Letter from Glynn & Finley to Bleau Fox, dated October 31, 2007 |
| 29 | | | Letter from De Anza Properties to ConocoPhillips, dated November 1, 2007 |
| 30 | | | Letter from Bleau Fox to Clement L. Glynn, Esq., dated November 2, 2007 |
| 31 | | | Letter from Glynn & Finley to Bleau Fox, dated November 2, 2007 |
| 32 | | | Service Station Site Lease between Mt. View Shopping Center and Union Oil Company of California |
| 33 | | | Modification of Lease between Rojan Investments and Union Oil Company of California, dba Unocal |
| 34 | | | Lease between Mountain View Center Associates and Walgreen Co., dated October 26, 1983 and its Modification Agreements (COP 00026-00032) |

| | | | |
|---|---|---|---|
| 35 | | | Declaration of Richard L. Mathews in support of defendant ConocoPhillips Company's response to Order to Show Cause Re Preliminary Injunction, dated November 9, 2007 |
| 36 | | | Declaration of Dan Pellegrino in support of defendant ConocoPhillips Company's response to Order to Show Cause Re Preliminary Injunction, dated November 9, 2007 |
| 37 | | | Photograph #1 attached to Pellegrino declaration |
| 38 | | | Photograph #2 attached to Pellegrino declaration |
| 39 | | | Photograph #3 attached to Pellegrino declaration |
| 40 | | | Letter from Conoco Phillips to V O Partners, dated April 13, 2004 (COP 00038) |
| 41 | | | Letter from Carla J. Wilkey/De Anza Properties/V.O. Ltd Partnership to ConocoPhillips, dated April 19, 2004 (COP 00037) |
| 42 | | | Letter from ConocoPhillips to Carla J. Wilkey/De Anza Properties, dated September 17, 2004 (COP 00036) |
| 43 | | | Letter from Carla J. Wilkey/De Anza Properties/V.O. Ltd Partnership to ConocoPhillips with enclosed map, dated September 21, 2004 (COP 00034) |
| 44 | | | Letter from ConocoPhillips to Carla J. Wilkey/De Anza Properties, dated March 11, 2005 (COP 00033) |
| 45 | | | Letter from Carla J. Wilkey/De Anza Properties/V.O. Ltd Partnership to ConocoPhillips, dated April 15, 2005 (COP 00025) |
| 46 | | | Fax Transmittal with Proposal from TAIT & Associates to ConocoPhillips, dated June 9, 2005 (COP 00173-00174) |
| 47 | | | Invoice from Oley & Associates to ConocoPhillips, dated September 1, 2005 (COP 00172) |

| | | | | |
|---|---|---|---|---|
| 48 | | | | Letter from ConocoPhillips to Carla J. Wilkey/Anza Properties, dated May 8, 2006 (COP 00024) |
| 49 | | | | Letter from ConocoPhillips to Carla J. Wilkey/Anza Properties, dated June 15, 2006 (COP 00023) |
| 50 | | | | Series of e-mails re: Richard L. Matthews, latest dated July 10, 2006, with attachment (COP 00020-00022) |
| 51 | | | | E-mail from Richard L. Mathews to carla_DAP@yahoo.com, dated July 17, 2006 (COP 00167) |
| 52 | | | | Series of e-mails re: Richard L. Matthews, latest dated August 11, 2006 (COP 00165) |
| 53 | | | | Letter from ConocoPhillips to John Vidovich/Anza Properties, dated November 6, 2006 (COP 00016-00017) |
| 54 | | | | ConocoPhillips' Proposed Site Plan per November 6, 2006 letter (COP 00018-00019) |
| 55 | | | | Letter from ConocoPhillips to John Vidovich/De Anza Properties, dated December 8, 2006 (COP 00015) |
| 56 | | | | Series of e-mails re: Richard L Mathews, latest dated January 12, 2007 (COP 00159-00161) |
| 57 | | | | Series of e-mails re: Richard L Mathews, latest dated January 19, 2007 (COP 00155-00158) |
| 58 | | | | Series of e-mails re: Richard L Mathews, latest dated February 23, 2007 (COP 00151-00154) |
| 59 | | | | Letter from ConocoPhillips to John Vidovich/De Anza Properties, dated March 1, 2007 (COP 00014) |
| 60 | | | | E-mail from Richard L Mathews to Carla-De Anza Properties, dated March 21, 2007 (COP 00013) |
| 61 | | | | Handwritten note, dated April 11, 2007 (COP 00149) |

| | | | |
|---|---|---|---|
| 62 | | | Letter from ConocoPhillips to De Anza Properties, dated April 12, 2007 (COP 00006) |
| 63 | | | Series of e-mails re: Richard L Mathews, latest dated April 18, 2007 (COP 00008-00009) |
| 64 | | | Facsimile Cover Sheet from ConocoPhillips to John Vidovich/VO Limited Partners, dated April 19, 2007 (COP 00007) |
| 65 | | | Letter from John Vidovich/De Anza Properties/V.O. Limited Partnership to ConocoPhillips, dated May 24, 2007 (COP 00143) |
| 66 | | | Letter from ConocoPhillips to John Vidovich/De Anza Properties, dated June 1, 2007 (COP 00142) |
| 67 | | | Facsimile Cover Sheet from ConocoPhillips to John Vidovich/De Anza Properties, dated July 30, 2007 (COP 00140) |
| 68 | | | Facsimile Cover Sheet from ConocoPhillips to John Vidovich/De Anza Properties, dated July 30, 2007 (COP 00141) |
| 69 | | | Letter from ConocoPhillips to John Vidovich/De Anza Properties, dated September 17, 2007, with fax cover pages (COP 00135-137) |
| 70 | | | Letter from De Anza Properties to ConocoPhillips, dated November 1, 2007 (COP 00001) |
| 71 | | | Order Granting Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction, dated November 6, 2007 (COP 00003-00005) |
| 72 | | | Appraisal by Andrew C. Plaine, MAI, dated January 21, 2008 |
| 73 | | | Appraisal by Andrew C. Plaine, MAI, dated March 4, 1996 (COP 00116-00130) |
| 74 | | | Report of Russell S. Braasch, E.A. |
| 75 | | | Andrew C. Plaine's appraisal file, attached to his deposition |