1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone    : (323) 874-8613
4  Facsimile    : (323) 874-1234
   e-mail:       bleaushark@aol.com
5  e-mail:       glebedev@bleaufox.com

6  Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.
7

8

9  **UNITED STATES DISTRICT COURT IN AND FOR**

10 **THE NORTHERN DISTRICT OF CALIFORNIA**

11 HOUTAN PETROLEUM, INC.           )   CASE NO. 07-CV-5627 SC
                                    )
12             Plaintiff,           )
   vs.                              )   PLAINTIFF, HOUTAN PETROLEUM, INC.'S,
13                                  )   PROPOSED JURY VERDICT FORM
                                    )
14 CONOCOPHILLIPS COMPANY, a Texas  )
   Corporation   and DOES 1 through 10, )
15 Inclusive                        )
                                    )
16             Defendants.          )
                                    )
17 _____ )

18      Plaintiff, Houtan Petroleum, Inc., hereby submits its proposed Jury Verdict Form in the above-

19 entitled case.

20                                      Respectfully submitted,

21 Dated: February 1, 2008              BLEAU / FOX, A
                                        Professional Law Corporation
22
                                        By:_____
23                                         Thomas P. Bleau, Esq.
                                           Gennady L. Lebedev, Esq.
24                                         Attorneys for Plaintiff,
                                           HOUTAN PETROLEUM, INC.
25

26

27

28

-1-
PROPOSED JURY VERDICT FORM

**Special Verdict From**

Do you find from a preponderance of the evidence:

1. That defendant, ConocoPhillips Company, has proven by a preponderance of the evidence that the termination was permitted under the Petroleum Marketing Practices Act and that defendant, ConocoPhillips Company's action was undertaken in compliance with the procedural notice requirements of the Act?

    Answer Yes or No _____

    Proceed to Question No. 2.

2. That defendant, ConocoPhillips Company, has proven by a preponderance of the evidence that its offer to sell its equipment and improvements to plaintiff, Houtan Petroleum, Inc., was a "bona fide" offer as defined in these instructions?

    Answer Yes or No _____

    If you answered "Yes" to Question No. 1 **and** Question No. 2, skip Question No. 3 and 4, and proceed to the sign and date this Verdict Form. If you answered "No" to either Question No. 1 **or** Question No. 2, proceed to Question No. 3.

3. That plaintiff, Houtan Petroleum, Inc., suffered damages as a result of defendant, ConocoPhillips Company's failure to make a "bona fide" offer?

    Answer Yes or No _____

    If you answered "No" to Question No. 3, skip Question No. 4 and proceed to the sign and date this Verdict Form. If you answered "Yes" to Question No. 3, proceed to Question No. 4.

4. That plaintiff, Houtan Petroleum, Inc., should be awarded the following damages as a result of defendant, ConocoPhillips Company's, failure to make a "bona fide" offer:

    Answer with the amount of damages:   $ _____

    Proceed to the sign and date this Verdict Form.

Please have your foreperson date and sign this Verdict Form.

Signature Line

_____

Date                                                                                         Foreperson