Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone   : (323) 874-8613
Facsimile    : (323) 874-1234
e-mail:      bleaushark@aol.com
e-mail:      glebedev@bleaufox.com

Attorneys for Plaintiff,
HOUTAN PETROLEUM, INC.

**UNITED STATES DISTRICT COURT IN AND FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| HOUTAN PETROLEUM, INC. | ) CASE NO. 07-CV-5627 SC |
|---|---|
| Plaintiff, | ) |
| vs. | ) PLAINTIFF, HOUTAN PETROLEUM, INC.'S, OPPOSITION TO CONOCOPHILLIPS COMPANY'S MOTION IN LIMINE NO. 4 |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | ) RE: EXCLUSION OF LAY OPINION AND CONCLUSION TESTIMONY BY PLAINTIFF'S EMPLOYEES |
| Defendants. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant, Houtan Petroleum, Inc. ("Houtan Petroleum"), hereby opposes Motion In Limine No. 4, filed by Defendant and Counter-Plaintiff, ConocoPhillips Company ("ConocoPhillips") as follows:

ConocoPhillips has filed its Motion in Limine No. 4 seeking an precluding plaintiff's current or past employees, including Ed Haddad, from testifying at trial to any opinions or conclusions.

Plaintiff opposes such Motion as follows.

ConocoPhillips' instant Motion is confusing, but seems to be limited to excluding opinion testimony from witnesses who have not been designated as experts under Rule 26 regarding the value of the subject property.

If this is what the Motion seeks to exclude, Plaintiff concedes that expert opinion testimony should be excluded on the issue of value of the property from any witness who was not designated

1  as an expert under Rule 26.

2                                               Respectfully submitted,

3  Dated: February 4, 2008                      BLEAU / FOX, A P.L.C.

4                                                      //s//
                                               By: _____
5                                                   Thomas P. Bleau, Esq.
                                                    Gennady L. Lebedev, Esq.
6                                                   Attorneys for Plaintiff
                                                    Houtan Petroleum, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28