Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone  :  (323) 874-8613
Facsimile  :  (323) 874-1234
e-mail:       bleaushark@aol.com
e-mail:       glebedev@bleaufox.com

Attorneys for Plaintiff,
HOUTAN PETROLEUM, INC.

**UNITED STATES DISTRICT COURT IN AND FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas Corporation  and  DOES  1  through  10, Inclusive<br><br>Defendants.<br>_____ | CASE NO.  07-CV-5627 SC<br><br>PLAINTIFF, HOUTAN PETROLEUM, INC.'S, OPPOSITION TO CONOCOPHILLIPS COMPANY'S MOTION IN LIMINE NO. 5<br><br>RE: EXCLUSION OF REFERENCES TO OR EVIDENCE OF SIZE, PROFITS OR WEALTH OF CONOCOPHILLIPS COMPANY |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant, Houtan Petroleum, Inc. ("Houtan Petroleum"), hereby opposes Motion In Limine No. 5, filed by Defendant and Counter-Plaintiff, ConocoPhillips Company ("ConocoPhillips") as follows:

ConocoPhillips has filed its Motion in Limine No. 5 seeking an order excluding presentation to the jury of any evidence of the size, profits and wealth of any ConocoPhillips defendant, affiliate, officer or principal.

Plaintiff concedes to exclude such evidence, except to the Court on the issue of punitive

///

///

///

///

1   damages, if and when that becomes appropriate.

2                                          Respectfully submitted,

3   Dated: February 4, 2008                BLEAU / FOX, A P.L.C.

4                                                  //s//
                                           By: _____
5                                              Thomas P. Bleau, Esq.
                                               Gennady L. Lebedev, Esq.
6                                              Attorneys for Plaintiff
                                               Houtan Petroleum, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
HOUTAN PETROLEUM'S OPPOSITION TO CONOCOPHILLIPS' MOTION IN LIMINE