UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5627          SAMUEL CONTI          DATE 2/6/08
Case Number        Judge

Title: HOUTAN PETROLEUM INC.    vs CONOCOPHILLIPS, COMPANY

Attorneys: THOMAS BLEAU          ADAM FRIEDENBERG

Deputy Clerk: T. De Martini    Court Reporter: Sahar McVickar

Proceedings

Pretrial Motions - Not Held

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

ORDERED AFTER HEARING: The trial date of 2/11/08 is vacated. The parties are to appear before Magistrate Judge James Larson for a Settlement Conference as soon as Judge Larson can put them on his calendar. A new trial date will be set after the settlement conference is held if needed.

cc: Wings, Venice