1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
6
   Attorneys for Defendant and Counter-Plaintiff
7  ConocoPhillips Company

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  HOUTAN PETROLEUM, INC.              )   **Case No. 3:07-cv-5627 SC**
                                        )
12            Plaintiff,                )   **CONOCOPHILLIPS COMPANY'S**
                                        )   **REQUEST FOR REASSIGNMENT TO**
13      vs.                             )   **NEW UNITED STATES MAGISTRATE**
                                        )   **JUDGE FOR SETTLEMENT**
14  CONOCOPHILLIPS COMPANY, a Texas     )   **CONFERENCE**
    corporation and DOES 1 through 10,  )
15  Inclusive                           )
                                        )
16            Defendants.               )
                                        )
17  ─────────────────────────────────

18        At the Pretrial Conference on February 6, 2008, the Court ordered the parties to complete

19  a settlement conference before a United States Magistrate Judge.  Judge Larson thereafter

20  scheduled the matter for settlement conference on March 12, 2008.  (Docket No. 86.)

21  ConocoPhillips is, of course, pleased to proceed before Judge Larson, but understands that Judge

22  Larson is unavailable to conduct a settlement conference prior to March 12, 2008.

23        ConocoPhillips believes it is important that the parties complete the settlement

24  conference as soon as possible for a number of reasons.  Most importantly, in light of the

25  vacation of the trial date, Houtan Petroleum remains in possession of ConocoPhillips' equipment

26  and improvements, without paying rent, and in direct defiance of the Court's order denying

27  injunctive relief (Docket No. 18).  With every day that passes, Houtan Petroleum continues to

28  help itself to injunctive relief the Court properly denied.  As a result, and as this Court has

                                      - 1 -

1    already recognized, the status quo creates considerable environmental risks as ConocoPhillips

2    has no contractual or other right to supervise the subject service station.  (*Id.* at 18:24-27 "[i]n

3    light of the environmental issues associated with a gas station, Conoco would be exposed to risks

4    if it were unable to supervise or ensure prudent station practices and compliance with applicable

5    regulations").

6         Accordingly, ConocoPhillips respectfully requests that the Court consider reassigning the

7    parties to the first available United States Magistrate Judge for a settlement conference at the

8    Court's earliest convenience.  In the event that no United States Magistrate Judge in the District

9    is available prior to March 12, then ConocoPhillips would of course be pleased to proceed as

10   scheduled before Judge Larson.

11        Counsel for ConocoPhillips has conferred with counsel for Plaintiff, Houtan Petroleum,

12   Inc., regarding this request.  Plaintiff's counsel has advised that Plaintiff does not oppose the

13   request for an earlier settlement conference.

14

15   Dated:  February 8 , 2008

16                                              GLYNN & FINLEY, LLP
                                                CLEMENT L. GLYNN
17                                              ADAM FRIEDENBERG
                                                One Walnut Creek Center
18                                              100 Pringle Avenue, Suite 500
                                                Walnut Creek, CA  94596
19

20                                              By _____

21                                              Attorneys for Defendant and
                                                Counter-Plaintiff ConocoPhillips
22                                              Company

23

24

25

26

27

28

CONOCOPHILLIPS' REQUEST FOR REASSIGNMENT TO NEW MAGISTRATE JUDGE