1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone    :  (323) 874-8613
4  Facsimile    :  (323) 874-1234
   e-mail:      bleaushark@aol.com
5  e-mail:      glebedev@bleaufox.com

6  Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  HOUTAN PETROLEUM, INC.        )  CASE NO. 3:07-CV-05627-SC
                                  )
13              Plaintiff,        )  **PLAINTIFF/COUNTER-DEFENDANT,**
    vs.                           )  **HOUTAN PETROLEUM, INC.'S REPLY**
14                                )  **TO CONOCOPHILIPS COMPANY'S**
    CONOCOPHILLIPS COMPANY, a Texas )  **REQUEST FOR REASSIGNMENT TO**
15  Corporation and DOES 1 through 10, )  **UNITED STATES MAGISTRATE JUDGE**
    Inclusive                     )  **FOR SETTLEMENT CONFERENCE**
16                                )
                Defendants.       )
17  _____ )

18      Plaintiff, Houtan Petroleum, Inc. ("Houtan Petroleum"), replies to ConocoPhillips Company's

19  Request for Reassignment To New Magistrate Judge For Settlement Conference, as follows.

20      Based on a recent Order from Judge Larson, the settlement conference is currently scheduled

21  for March 12, 2008 and Houtan Petroleum is prepared to proceed with the settlement conference on

22  that day.

23      Of course, Houtan Petroleum has no objection to rescheduling the settlement conference with

24  a different Magistrate on any other day (except for March 17-March 29, when Houtan Petroleum's

25  principal, Ed Haddad will be out of the country on a pre-paid trip) if it is to accommodate the

26  schedules of the parties or counsel.

27      However, this is not the time or the place, nor is it prudent for purposes of good faith

28  settlement discussions, to argue the merits of the case in a request for reassignment to a different

---
-1-
HOUTAN PETROLEUM'S REPLY TO CONOCOPHILLIPS' REQUEST FOR REASSIGNMENT TO NEW MAGISTRATE JUDGE

Magistrate Judge. By now, the Court has had an opportunity to review multiple motions and pleadings and is well familiar with the issues at hand, which the Court likely had in mind when it ordered the parties to participate in a settlement conference on February 6, 2008.

Needless to say, based on the arguments, evidence and law already addressed in multiple pleadings and currently pending motions, Houtan Petroleum adamantly disputes the factual and legal contentions contained in ConocoPhillips' latest request to this Court. Moreover, in its concerns about Houtan Petroleum's use of its equipment and improvements, ConocoPhillips fails to mention important facts, such as its obligations under the PMPA, the fact that it's appraisal is highly suspect and exceeds fair market value by 75%, or the fact that even prior to terminating the franchise agreement ConocoPhillips had already decided to raze the very improvements and equipment that it now complains about, just so it could rebuild the station with all new improvements, including a car wash. Consequently, ConocoPhillips' concerns about Houtan Petroleum's allegedly improper use of the very items that ConocoPhillips was planning on demolishing are moot.

Consequently, reassignment to another Magistrate judge simply to appease ConocoPhillips' concerns about a highly contentious case is just not necessary. Barring calendar conflicts of parties or counsel, the settlement conference should proceed as scheduled on March 12, 2008.

Respectfully submitted,

Dated: February 8, 2008                             BLEAU/FOX, A P.L.C.

By:   Thomas P. Bleau, Esq.
      Gennady L. Lebedev, Esq.
      Attorneys for Plaintiff and Counterclaimant, Houtan Petroleum, Inc.