```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  Email: cglynn@glynnfinley.com
           afriedenberg@glynnfinley.com
 6
    Attorneys for Defendant and Counter-Plaintiff
 7  ConocoPhillips Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOUTAN PETROLEUM, INC. | ) | Case No. 3:07-cv-5627 SC |
| | ) | |
| Plaintiff, | ) | **CONOCOPHILLIPS COMPANY'S REQUEST FOR REASSIGNMENT TO NEW UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| vs. | ) | |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive | ) | |
| | ) | DENIED |
| Defendants. | ) | |

At the Pretrial Conference on February 6, 2008, the Court ordered the parties to complete a settlement conference before a United States Magistrate Judge. Judge Larson thereafter scheduled the matter for settlement conference on March 12, 2008. (Docket No. 86.) ConocoPhillips is, of course, pleased to proceed before Judge Larson, but understands that Judge Larson is unavailable to conduct a settlement conference prior to March 12, 2008.

ConocoPhillips believes it is important that the parties complete the settlement conference as soon as possible for a number of reasons. Most importantly, in light of the vacation of the trial date, Houtan Petroleum remains in possession of ConocoPhillips' equipment and improvements, without paying rent, and in direct defiance of the Court's order denying injunctive relief (Docket No. 18). With every day that passes, Houtan Petroleum continues to help itself to injunctive relief the Court properly denied. As a result, and as this Court has

1  already recognized, the status quo creates considerable environmental risks as ConocoPhillips
2  has no contractual or other right to supervise the subject service station. (*Id.* at 18:24-27 "[i]n
3  light of the environmental issues associated with a gas station, Conoco would be exposed to risks
4  if it were unable to supervise or ensure prudent station practices and compliance with applicable
5  regulations").
6        Accordingly, ConocoPhillips respectfully requests that the Court consider reassigning the
7  parties to the first available United States Magistrate Judge for a settlement conference at the
8  Court's earliest convenience. In the event that no United States Magistrate Judge in the District
9  is available prior to March 12, then ConocoPhillips would of course be pleased to proceed as
10 scheduled before Judge Larson.
11       Counsel for ConocoPhillips has conferred with counsel for Plaintiff, Houtan Petroleum,
12 Inc., regarding this request. Plaintiff's counsel has advised that Plaintiff does not oppose the
13 request for an earlier settlement conference.

Dated: February 8, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _/s/ Adam Friedenberg_
Attorneys for Defendant and
Counter-Plaintiff ConocoPhillips
Company

**DENIED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONOCOPHILLIPS' REQUEST FOR REASSIGNMENT TO NEW MAGISTRATE JUDGE