GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com
       jeldredge@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. <br><br> Plaintiff, <br><br> vs. <br><br> CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive <br><br> Defendants. | **Case No. 3:07-cv-5627 SC** <br><br> **DEFENDANT AND COUNTER-PLAINTIFF CONOCOPHILLIPS COMPANY'S STATUS REPORT AND REQUEST FOR CONTINUED PRETRIAL CONFERENCE** |

On March 12, 2008, the parties completed a settlement conference before Magistrate Judge Larson. The case did not resolve. Accordingly, Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") requests that the Court schedule trial at the Court's earliest convenience.[1]

In addition, the parties have filed motions in limine and other pretrial motions in accordance with the Court's previous trial scheduling order. Certain of those motions (i.e., ConocoPhillips' Motions in Limine Nos. 1-3 (Docket Nos. 54-56)) could be case dispositive or have a significant impact on the issues remaining for trial. Accordingly, ConocoPhillips further

---

[1] ConocoPhillips respectfully requests that the Court not set trial for the week of March 31, as its lead trial counsel will be traveling outside the state during that week.

- 1 -

1 | requests that the Court schedule, in advance of the trial, a Pretrial Conference or Status
2 | Conference at which the parties may address motions in limine and other appropriate pretrial
3 | matters.
4 |
5 | Dated: March 19, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE

By _____
Attorneys for Defendant and Counter-
Plaintiff ConocoPhillips Company