# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: March 12, 2008**

**Case No.: C 07-5627 SC (JL)**

**Case Name:**   Houtan Petroleum Incorporated v. Conoco Phillips Co

**Counsel Present:**     **Plaintiff**: Thomas Bleau

                         **Defendant:** Adam Friedenberg

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

|          |          |
|----------|----------|
| _____   | Settle   |
| _____   | Partial settlement |
| __X__    | Did not settle |
|          | Further settlement conference ordered: _____ |

**Time:**   1.5  hrs

**Comments:**

*(signed)* Venice E. Thomas

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Teresa De Martini