1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM D. FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   Email: cglynn@glynnfinley.com
6         afriedenberg@glynnfinley.com
          jeldredge@glynnfinley.com
7
   Attorneys for Defendant
8  ConocoPhillips Company

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  HOUTAN PETROLEUM, INC.            )  Case No. 3:07-cv-5627
                                      )
13              Plaintiff,            )  **CONOCOPHILLIPS COMPANY'S**
                                      )  **NOTICE OF MOTION AND MOTION FOR**
14      vs.                           )  **SUMMARY JUDGMENT OF**
                                      )  **PLAINTIFF'S COMPLAINT**
15  CONOCOPHILLIPS COMPANY, a Texas   )
    corporation and DOES 1 through 10,)  Date:       May 9, 2008
16  Inclusive                         )  Time:       10:00 a.m.
                                      )  Courtroom:  1
17              Defendants.           )  Before:     Hon. Samuel Conti
                                      )
18  ─────────────────────────────────    **Accompanying Documents:**

19                                       1) Memorandum of Points and Authorities

20                                       2) Declaration of Jonathan A. Eldredge

21

22      TO PLAINTIFF HOUTAN PETROLEUM, INC., AND ITS ATTORNEYS OF

23  RECORD:

24      PLEASE TAKE NOTICE that on May 9, 2008, at 10:00 a.m., or as soon thereafter as the

25  matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San

26  Francisco, California, Defendant ConocoPhillips Company ("ConocoPhillips") will bring on for

27  hearing this motion for summary judgment pursuant to Federal Rule of Civil Procedure, Rule 56.

28  Said motion is made on the grounds that: (1) ConocoPhillips terminated the parties' franchise

---
- 1 -
CONOCOPHILLIPS COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

1  agreement timely and for a legitimate reason under the Petroleum Marketing Practices Act (the
2  "PMPA") and Plaintiff failed to demand a "bona fide offer" from ConocoPhillips to sell its
3  equipment and improvements at the subject service station to Plaintiff within the time required
4  by the PMPA, and therefore ConocoPhillips is entitled to judgment as a matter of law as to
5  Count I; and (2) ConocoPhillips is entitled to judgment as a matter of law as to Count II for
6  declaratory relief because it addresses past conduct, rather than the prospective rights of the
7  parties, and in any event is redundant of, and therefore fails as a matter of law for the same
8  reasons as, Plaintiff's PMPA claim.

9      This motion is based upon this Notice of Motion and Motion, the Declaration of Jonathan
10 A. Eldredge and the Memorandum of Points and Authorities submitted herewith, all orders,
11 pleadings and papers on file in this action, and upon such other matters of which the Court may
12 take judicial notice or which may be presented to the Court at the time of hearing.

13     Dated: April 4, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant
ConocoPhillips Company

CONOCOPHILLIPS COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT