1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone    :  (323) 874-8613
4  Facsimile    :  (323) 874-1234
   e-mail:       bleaushark@aol.com
5  e-mail:       glebedev@bleaufox.com

6  Attorneys for Plaintiff,
   HOUTAN PETROLEUM, INC.
7

8  **UNITED STATES DISTRICT COURT IN AND FOR**

9  **THE NORTHERN DISTRICT OF CALIFORNIA**

10 HOUTAN PETROLEUM, INC.             ) CASE NO. 3:07-CV-05627-SC
                                      )
11           Plaintiff,                ) **PLAINTIFF, HOUTAN PETROLEUM,**
   vs.                                 ) **INC.'S REQUEST FOR JUDICIAL NOTICE**
12                                     ) **IN SUPPORT OF ITS OPPOSITION TO**
   CONOCOPHILLIPS COMPANY, a Texas    ) **CONOCOPHILLIPS COMPANY'S**
13 Corporation and DOES 1 through 10,  ) **MOTION FOR SUMMARY JUDGMENT**
   Inclusive                          )
14                                     ) Date:         May 9, 2008
             Defendants.               ) Time:         10:00 a.m.
15                                     ) Courtroom:    1
                                      ) Before:       Hon. Samuel Conti
16 _____     )

17         Pursuant to Federal Rule of Evidence 201, Plaintiff, Houtan Petroleum Inc., hereby requests

18 that the Court take notice of the following documents that have been previously filed with the Court

19 and true and correct copies of which are attached hereto:

20     1.   Declaration of Ed Haddad In Support of Application for Temporary Restraining Order
21          and Preliminary Injunction of Houtan Petroleum, Inc. filed on November 5, 2007,
22          Docket No. 5, including Exhibits B, D and E only (without Exhibits A, C, F, G, H and
23          I), attached hereto as Exhibit "1";
24     2.   Declaration of Thomas P. Bleau In Support of Plaintiff's Opposition to
25          ConocoPhillips Company's Motion to Strike Plaintiff's Jury Demand, filed on
26          January 30, 2008, Docket No. 61, attached hereto as Exhibit "2";
27     3.   Declaration of Andrew C. Plaine, MAI In Support of Plaintiff's Opposition to
28          ConocoPHillips Company's Application for Writ of Possession and Preliminary

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1         Injunction filed on January 4, 2008, Docket No. 39, attached hereto as Exhibit "3";

2     4.    Minute Order filed on January 11, 2008, Docket No. 43, attached hereto as Exhibit

3        "4."

                                             Respectfully submitted,

Dated: April 18, 2008                      BLEAU / FOX, A
                                           Professional Law Corporation

                                                    /s/ Thomas P. Bleau
                                        By:_____
                                                 Thomas P. Bleau, Esq.
                                                 Gennady L. Lebedev, Esq.
                                                 Attorneys for Plaintiff,
                                                 HOUTAN PETROLEUM, INC.