# EXHIBIT "3"

Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone    : (323) 874-8613
Facsimile    : (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com

Attorneys for Plaintiff,
HOUTAN PETROLEUM, INC.

## UNITED STATES DISTRICT COURT IN AND FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO. 3:07-CV-05627-SC<br><br>**DECLARATION OF ANDREW C. PLAINE, MAI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONOCOPHILLIPS COMPANY'S APPLICATION FOR WRIT OF POSSESSION AND PRELIMINARY INJUNCTION**<br><br>Date:        January 11, 2008<br>Time:       10:00 a.m.<br>Courtroom:  1<br>Before:      Hon. Samuel Conti |

I, Andrew C. Plaine, hereby declare as follows:

1. If called upon to testify to the facts stated herein I could and would do so fully and competently based upon my personal knowledge of same.

2. I am an MAI appraiser, with substantial experience in appraising gasoline station properties, which I am qualified to do. I am a Certified General Real Estate Appraiser in the State of California, certificate number AG005298. A true and correct summary of my appraiser qualifications is attached hereto as **Exhibit "A."**

3. I have inspected the gasoline service station located at 101 E. El Camino Real, Mountain View, California 94040 (hereinafter referred to as the "Mountain View Station") and

appraised all of the improvements and equipment located thereon, including but not limited to the building, canopy, asphalt, concrete paving, landscaping, trash enclosure, underground storage tanks, dispensers, waste oil tank, canopy, monument sign, pipes, all movable equipment, air compressor, hoists, fixtures, fittings and installation of all items at such station consistent with the "Schedule 1 at Site No. 255661," a true and correct copy of which is attached hereto as **Exhibit "B."**

4.  I conducted such appraisal in accordance with Appraisal Institute standards, and in accordance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

5.  Based on my opinion as a qualified appraisal expert, the "As Is" market value of the Leasehold Improvements and Equipment at the Mountain View Station as of October 31, 2007 is $145,000.00, broken down as $75,000.00 for the improvements and $70,000.00 for the equipment. These appraised amounts were arrived at using acceptable standards and methodology in the industry and reflect the market value of what a willing purchaser would pay for all of the improvements and equipment at the subject premises. This appraised value assumes a leasehold interest in the facility of a tenure long enough to support the remaining economic life of the facility.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 3, 2007, in Walnut Creek, California.

Andrew C. Plaine

_____
Andrew C. Plaine, MAI, declarant
Certified General Appraiser (CA #AG005298)

# EXHIBIT "A"

# ANDREW C. PLAINE & ASSOCIATES

REAL ESTATE APPRAISERS & CONSULTANTS

Andrew C. Plaine, MAI, SRA
1966 Tice Valley Boulevard No. 423
Walnut Creek, CA 94595

Office: (925) 977-8361
Fax: (925) 831-0287
acplaine@pacbell.net

## QUALIFICATIONS OF ANDREW C. PLAINE, MAI, SRA

Andrew C. Plaine is an independent real estate appraiser providing appraisal and consulting services for all types of real estate in the San Francisco Bay Area and Northern California. He has been an independent appraiser since 1980 and was a partner in the appraisal firm of Edwards, Plaine and Company from 1993 until 2004, and is now the principal of Andrew C. Plaine and Associates, Walnut Creek, California.

He has performed appraisals of all types of real estate during his almost 30 year appraisal career in Northern California with particular emphasis on urban properties; however, he also appraises rural/agricultural property. The properties appraised include retail buildings and shopping centers, office complexes, industrial and warehouse properties, residential properties including apartments, condominiums and single family residential. He also routinely appraises vacant land. He has specialized experience in the field of auto-oriented commercial real estate (service stations, fast-food restaurants, convenience stores, etc.). His clients include numerous major corporations, financial institutions, attorneys, accountants, public agencies, and private individuals. Appraisals have been performed for a variety of purposes such as for loan, sale/purchase, eminent domain, litigation, expert witness, arbitration, and tax purposes.

In the late 1970's, Mr. Plaine was employed by the Prudential Assurance Company of London, England in their real estate department, as an appraiser/asset manager. He was involved in the purchase, sale, management, and valuation of the Prudential's extensive real estate portfolio. In the early 1970's, prior to entering college, Mr. Plaine was an assistant surveyor/appraiser with the firm of Burrows and Company, Chartered Surveyors in England. His duties involved the valuation of all types of real estate, sales and leasing, structural surveys, planning and building permit applications, and land surveying.

Mr. Plaine has been awarded two major designations from the professional organizations in the real estate industry. The Appraisal Institute awarded Mr. Plaine the MAI designation (Member Appraisal Institute) in 1991, and the SRA (Senior Residential Appraiser) designation in 1988. He has been a certified general appraiser under the California State licensing program (CA # AG005298) since 1993, and is a candidate member of the International Right-of-Way Association.

Mr. Plaine graduated in 1979 from Nottingham University, England, where he earned a Bachelor of Science Degree with Honors in Urban Estate Surveying (real estate). Subsequent education comprises numerous courses, seminars, and workshops given by leading appraisal organizations, such as the Appraisal Institute, and real estate boards.

Mr. Plaine has been active in various volunteer duties connected with the Appraisal Institute; he is a former director of the Appraisal Institution's East Bay Branch, served as a general experience review chair (SRPA) and chair of the candidate's guidance committee (MAI), as well as being a panelist and speaker at various appraisal seminars.

# EXHIBIT "B"

## SCHEDULE 1 ("Property") at
## Site No. 255661
## 101 E. El Camino Real, Mountain View, CA

| | |
|---|---|
| Service station building (1,624 sq. ft.) | 1 |
| MPD dispensers with CRIND | 6 |

UST's – gasoline
(With associated piping for all UST's)

| | |
|---|---|
| 12,032 gallon Double Steel | 1 |
| 12,032 gallon Double Steel | 1 |
| UST – waste oil (550 gallon) | 1 |
| Canopy | 2 |
| Monument sign | 1 |
| G-Site | 1 |

Any/all moveable equipment, air compressor
and hoists.

Asphalt and concrete paving, landscaping
and trash enclosure.

Site No.255661
101 E. El Camino Real, Mountain View, CA

# ATTACHMENT "A" TO BILL OF SALE

## UNDERGROUND STORAGE TANK INFORMATION
### PAGE ONE OF ONE
#### EXHIBIT D
#### UNDERGROUND STORAGE TANK INFORMATION
Site No. 255661

To Seller's Actual Knowledge, information about the UST's and monitoring system are as follows:

| Tank | 1 | 2 | 3 |
|---|---|---|---|
| Product | UNLEADED | PREMIUM UNLEADED | WASTE OIL |
| Approximate Capacity | 12032 | 12032 | 550 |
| Approximate Tank Install Date | 1/1/1988 | 1/1/1988 | 1/1/1988 |
| DW or SW Tank | DOUBLE | DOUBLE | DOUBLE |
| Tank Material | STEEL - FG CLAD | STEEL - FG CLAD | STEEL - FG CLAD |
| Tank Monitoring Method | CONTINUOUSLY MONITORED | CONTINUOUSLY MONITORED | CONTINUOUSLY MONITORED |
| Approximate Piping Install Date | 1/1/1994 | 1/1/1994 | N/A |
| DW or SW Piping | DOUBLE | DOUBLE | N/A |
| Piping Material | FIBERGLASS | FIBERGLASS | N/A |
| Line Monitoring Method | CONTINUOUSLY MONITORED | CONTINUOUSLY MONITORED | N/A |
| ATTACH ADDITIONAL PAGES IF NECESSARY | | | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **3575 Cahuenga Boulevard West, Suite 580, Los Angeles, California 90068.**

On **January 4, 2008,** I served the documents described as:

**DECLARATION OF ANDREW C. PLAINE, MAI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONOCOPHILLIPS COMPANY'S APPLICATION FOR WRIT OF POSSESSION AND PRELIMINARY INJUNCTION**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Clement Glynn, Esq.
> Adam Friedenberg, Esq.
> Glynn & Finley, LLP
> One Walnut Creek Center
> 100 Pringle Avenue, Suite 500
> Walnut Creek, CA 94596
> Facsimile: (925) 945-1975

/X/   BY ELECTRONIC TRANSMISSION as follows: I sent such documents by e-mail to Adam Friedenberg, Esq. at **afriedenberg@glynnfinley.com.**

/X/  BY EXPRESS MAIL Via Overnight Delivery

/X/ As follows: On such date as indicated above, I deposited such envelope with an express overnight delivery service, **California Overnight**, with delivery fees paid or provided for, addressed as indicated above.

Executed on this **4th day of January, 2008**, at Los Angeles, California.

/X/ (Federal)  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Gennady Lebedev

**EXHIBIT "4"**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5627                SAMUEL CONTI            DATE 1/11/08
Case Number                    Judge

Title: HOUTAN PETROLEUM INC.     vs CONOCOPHILLIPS, COMPANY

Attorneys: GENNADY LEBEDEV          ADAM FRIEDENBERG

Deputy Clerk: T. De Martini     Court Reporter: Sahar McVickar

Proceedings

Defendant's Motion for Writ of Possession and Preliminary Injunction -
Denied

Defendant's Motion to Dismiss - Denied


Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to 2/11/08 @ 10:00 A.M._____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

ORDERED AFTER HEARING:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

cc: