| | |
|---|---|
| 1 | Thomas P. Bleau, Esq., SBN 152945 |
| | Gennady L. Lebedev, Esq., SBN 179945 |
| 2 | BLEAU / FOX, A P.L.C. |
| | 3575 Cahuenga Boulevard West, Suite 580 |
| 3 | Los Angeles, California 90068 |
| | Telephone    :  (323) 874-8613 |
| 4 | Facsimile    :  (323) 874-1234 |
| | e-mail:       bleaushark@aol.com |
| 5 | e-mail:       glebedev@bleaufox.com |

Attorneys for Plaintiff,
HOUTAN PETROLEUM, INC.

## UNITED STATES DISTRICT COURT IN AND FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | CASE NO. 3:07-CV-05627-SC |
| Plaintiff, | **PROOF OF SERVICE BY ELECTRONIC SUBMISSION** |
| vs. | |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | Date:         May 9, 2008 |
| | Time:         10:00 a.m. |
| | Courtroom:  1 |
| Defendants. | Before:       Hon. Samuel Conti |

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under the practice, the following document was electronically filed with the court on April 18, 2008:

    1.    **Plaintiff, Houtan Petroleum, Inc.'s Opposition to Conocophillips Company's Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof; and**

    2.    **Plaintiff, Houtan Petroleum, Inc.'s Request for Judicial Notice in Support of its Opposition to Conocophillips Company's Motion for Summary Judgment.**

The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any register user in the case. The NEF will constitute service of the

1  document(s). Registration asa a CM/ECF user constitutes consent to electronic service through the

2  court's transmission facilities. Under said practice, the following CM/ECF users were served on:

3  Clement L. Glynn, Esq.
   Adam D. Friedenberg, Esq.
4  GLYNN & FINLEY LLP
   One Walnut Creek Center
5  100 Pringle Ave., Suite 500
   Walnut Creek, California 94596
6  (Attorney for Defendant Conocophillips Company)

7      I declare that I am employed by the office of a member of the bar of this court as whose

8  direction the service is made.

9      Executed on April 18, 2008 at Los Angeles, California.

10                                                        /s/ Thomas P. Bleau

11                                     By: _____
                                                     Thomas P. Bleau
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28