IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOUTAN PETROLEUM, INC.,
    Plaintiff(s),

v.

CONOCOPHILLIPS COMPANY,
    Defendant(s).
                                      /

No. C-07-5627-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Trial Setting Conference** on **July 25, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    July 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
     Courtroom Deputy Clerk