GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com
       jeldredge@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company


BLEAU/FOX, A P.L.C.
THOMAS P. BLEAU, Bar No. 152945
GENNADY L. LEBEDEV, Bar No. 179945
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234
Email: bleaushark@aol.com
       glebedev@bleaufox.com

Attorneys for Plaintiff and Counter-Defendant
Houtan Petroleum, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | **Case No. 3:07-cv-5627 SC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL SETTING CONFERENCE**<br><br>Current Date: July 25, 2008<br>Time:          10:00 a.m.<br>Judge:        Hon. Samuel Conti<br>Location:    Courtroom 1, 17th Floor<br>                   450 Golden Gate Avenue<br>                   San Francisco, California |

WHEREAS, on July 21, 2008, the Court in the above-entitled case set a Trial Setting Conference for July 25, 2008 at 10:00 a.m.

STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE

1  WHEREAS, Thomas P. Bleau, the lead trial counsel for Plaintiff is currently on vacation
2  outside of the state from which he will not return until July 29, 2008 and is therefore unavailable
3  to attend the Trial Setting Conference as currently scheduled.
4  THEREFORE, all of the parties hereto, by and through their counsel of record, hereby
5  stipulate to continue the Trial Setting Conference to August 8, 2008 at 10:00 a.m. or on any other
6  date that is convenient for the Court.
7  So stipulated.
8  Dated: July __, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE

By _____
Attorneys for Defendant and Counter-Plaintiff ConocoPhillips Company

15  Dated: July __, 2008

BLEAU/FOX, A P.L.C.
THOMAS P. BLEAU
GENNADY L. LEBEDEV

By _____
Attorneys for Plaintiff and Counter-Defendant Houtan Petroleum, Inc.