UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>    Defendants. | **Case No. 3:07-cv-5627 SC**<br><br>**[PROPOSED] ORDER CONTINUING TRIAL SETTING CONFERENCE**<br><br>**New Date:** _____<br>**Time:**      **10:00 a.m.**<br>**Judge:**     **Hon. Samuel Conti**<br>**Location:**  **Courtroom 1, 17th Floor**<br>                **450 Golden Gate Avenue**<br>                **San Francisco, California** |

    For good cause shown, the Trial Setting Conference previously scheduled for July 25, 2008 is hereby Ordered continued to _____, 2008 at 10:00 a.m. in the above-entitled Court, before the Honorable Samuel Conti, Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    IT IS SO ORDERED.

Dated: _____        By:_____.
                                                                         Honorable Samuel Conti
                                                                         UNITED STATES DISTRICT JUDGE