**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

Date:  **July 25, 2008**   **[10:14am - 10:19am]**

Case No.  **C-07-5627  SC**                              Judge:  **SAMUEL CONTI**

Title**:**  **HOUTAN PETROLEUM INC. -v- CONOCOPHILLIPS COMPANY**

Attorneys:   **Gennady Lebedev       Adam Friedenberg**

Deputy Clerk:  **Monica Narcisse for Teresa De Martini**
Court Reporter:   **Katherine Sullivan**

**<u>PROCEEDINGS</u>**

1)   <u>**Trial Setting Conference**                                                            </u>

2)   <u>                                                                                                         </u>

Discovery Cutoff:

Motions hearing:

Jury Instructions, proposed Verdict form, & brief Joint Statement of Case due: **8/13/2008**

Continued to<u>       **n/a**           </u> for Status Conference

Continued to <u>         **n/a**           </u> for Pretrial Conference

Continued to <u>     **8/18/2008 at 10:00 a.m.**  </u> for Jury Trial

ORDERED AFTER HEARING:

Notes:       **Motions in Limine, if filed, will be heard prior to jury selection.**

cc:   **CRD for SC**