GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 3:07-cv-5627 SC<br><br>**CONOCOPHILLIPS COMPANY'S MOTION IN LIMINE NO. 1**<br><br>**RE: EXCLUSION OF EVIDENCE OF LOST PROFITS, CONSEQUENTIAL DAMAGES OR OTHER ALLEGED ACTUAL DAMAGES OR PUNITIVE DAMAGES**<br><br>Trial Date: August 18, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Before: Hon. Samuel Conti |

Plaintiff admits that the Court's grant of partial summary judgment in favor of ConocoPhillips has disposed of Plaintiff's claim for damages in this case. (*See* Ex. A (correspondence from Plaintiff's counsel acknowledging "that the Court denied our ability to recover damages due to the notice issues").) Indeed, Plaintiff's proposed jury instructions and special verdict form confirm this admission, as neither indicate that Plaintiff maintains it is entitled to actual or punitive damages. Accordingly, any such claim or argument should be excluded at trial. In the event Plaintiff's position on this issue has changed, ConocoPhillips is

///

///

1  prepared to submit – either in Court or by motion in limine – authorities demonstrating that, as a
2  matter of law, neither actual nor punitive damages are recoverable.
3      Dated: August 8, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Defendant and Counter-
Plaintiff ConocoPhillips Company

# EXHIBIT A

## Adam Friedenberg

**From:** Gennady Lebedev [gennady@lawyer.com]
**Sent:** Saturday, August 02, 2008 12:46 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan v. Conoco

Yeah, it's been fun. Let me know when you want to do the inspection (Thurs. or Fri.) and whether you still want to depose Braasch. I haven't seen your subpoena so I don't know what docs you're looking for. If it's related to Houtan's income, I don't see how that's relevant now that the Court denied our ability to recover damages due to the notice issues.

Let me know,

Gennady