GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. <br><br> Plaintiff, <br><br> vs. <br><br> CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive <br><br> Defendants. | Case No. 3:07-cv-5627 SC <br><br> **CONOCOPHILLIPS COMPANY'S MOTION IN LIMINE NO. 3** <br><br> **RE: EXCLUSION OF LAY OPINION TESTIMONY BY PLAINTIFF'S EMPLOYEES** <br><br> Trial Date: August 18, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 1 <br> Before: Hon. Samuel Conti |

Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby moves in limine for an order precluding plaintiff's current or past employees, including Ed Haddad, from testifying at trial to any opinions or conclusions.

I.   **ARGUMENT**

In support of its motion for preliminary injunction, Plaintiff submitted a declaration from its president, Ed Haddad, in which Mr. Haddad opined that the value of the structures, improvements and equipment at issue "does not exceed $120,000." (Docket No. 5 ¶ 22.) He provided no foundation for this opinion, or even the calculations or evaluative methodology on which it is based. (*Id.*) Such speculation is insufficient and inadmissible to contradict, or

- 2 -

establish a valuation alternative to, the appraisal on which ConocoPhillips based its bona fide offer. *See Mohammed v. Chevron U.S.A. Inc.*, 738 F. Supp. 1383, 1385 (M.D. Fla. 1990). Mr. Haddad is not a qualified appraiser, and has not been disclosed as an expert witness in this matter, and the Court should not permit unqualified expert testimony regarding the core issue: i.e., the value of ConocoPhillips' property.

**II.   CONCLUSION**

Mr. Haddad's conclusions and opinions about the value of the station property are based on speculation and should therefore be precluded.

Dated: August 8, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant and Counter-Plaintiff ConocoPhillips Company