1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
6
   Attorneys for Defendant and Counter-Plaintiff
7  ConocoPhillips Company

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 HOUTAN PETROLEUM, INC.          )  Case No. 3:07-cv-5627 SC
                                   )
12         Plaintiff,               )  **CONOCOPHILLIPS' EXHIBIT LIST**
                                   )
13    vs.                          )  Trial Date:    August 18, 2008
                                   )  Time:          10:00 a.m.
14 CONOCOPHILLIPS COMPANY, a Texas )  Courtroom:     1
   corporation and DOES 1 through 10, ) Before:       Hon. Samuel Conti
15 Inclusive                       )
                                   )
16         Defendants.              )
                                   )
17 _____

18

19     Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby

20 submits the following Exhibit List.

21     Dated: August 8, 2008

22                                        GLYNN & FINLEY, LLP
                                          CLEMENT L. GLYNN
23                                        ADAM FRIEDENBERG

24                                        By _____
25                                           Attorneys for Defendant and Counter-
                                             Plaintiff ConocoPhillips Company
26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: <u>3:07-cv-05627 SC</u>  DATE: <u>August 18, 2008</u>

# HOUTAN PETROLEUM, INC. vs. CONOCOPHILLIPS COMPANY

## EXHIBIT LIST

( ) PLAINTIFF  ( X ) DEFENDANT

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| D-501. | | | September 1, 2007 Dealer Station Lease (000008-000080) |
| D-502. | | | October 22, 2007 Offer to Sell Improvements from ConocoPhillips to Houtan Petroleum (000157-000162) |
| D-503. | | | August 14, 2006 Market Value Report prepared by Valuation Research Corporation for ConocoPhillips (COP00180-00210) |
| D-504. | | | August 14, 2006 ConocoPhillips Petroleum Field Form (COP00227-00229)) |
| D-505. | | | Marshall Valuation Services excerpts (COP00211-00226) |
| D-506. | | | April 19, 2007 Letter from Ed Bozorgdadad to John Vidovich (COP00039) |
| D-507. | | | May 24, 2007 Letter from John Vidovich to Ali Bozorghadad (COP00040) |
| D-508. | | | Real Estate Sale Summaries |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| D-509. | | | January 3, 2007 Declaration of Andrew Plaine in Support of Plaintiff's Opposition to ConocoPhillips Company's Application for Writ of Possession and Preliminary Injunction |
| D-510. | | | Andrew Plaine's Handwritten Notes (Plaine Deposition Exh.) |
| D-511. | | | September 2007 Lease between V.O. Limited Partnership and Houtan Petroleum (000085-000123) |
| D-512. | | | April 15, 2005 Letter from Carla Wilkey to Dick Matthews (COP00025-32) |
| D-513. | | | Professional Qualifications of Peter L. Morrison |
| D-514. | | | Property Appraisal Report prepared by Peter L. Morrison |
| D-515. | | | Photos of Subject Service Station |
| D-516. | | | Photos of Other Neighborhood Stations |
| D-517. | | | Property Appraisal prepared by Herron Company/Jeff Key, dated August 5, 2008 |
| D-518. | | | Supporting documents from Property Appraiser |
| D-519. | | | ConocoPhillips Notice of Termination to Hadad |
| D-520. | | | May 21, 2008 Letter from Michael Li to Bobby Gulshan |
| D-521. | | | May 15, 2008 Memo from Jason Chou to Michael Li |
| D-522. | | | April 9, 2008 City of Mountain View Planning Application |
| D-523. | | | 101 East El Camino Real Photographs |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| D-524. | | | 101 East El Camino Real Color Rendering – 2900 SF C-Store Elevations |
| D-525. | | | Documents from Russell Braasch in Response to ConocoPhillips Deposition Subpoena dated July 31, 2008 |
| D-526. | | | Documents from Ed Hadad in Response to ConocoPhillips Trial Subpoena dated August 8, 2008 |
| D-527. | | | Documents from Houtan Petroleum in Response to ConocoPhillips Trial Subpoena dated August 8, 2008 |
| D-528. | | | Documents from Michael Li in Response to ConocoPhillips Trial Subpoena dated August 7, 2008 |
| D-529. | | | August 13, 1965 Service Station Lease |
| D-530. | | | April 15, 2005 Letter from Carla Wilkey to Dick Matthews |
| D-531. | | | May 24, 2007 Letter from John Vidovich to Ali Bozorghadad |