GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOUTAN PETROLEUM, INC. | Case No. 3:07-cv-5627 |
|---|---|
| Plaintiff, | **DEFENDANT CONOCOPHILLIPS COMPANY'S TRIAL WITNESS LIST** |
| vs. | Trial Date: August 18, 2008 |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive | Time: 10:00 a.m.<br>Courtroom: 1<br>Before: Hon. Samuel Conti |
| Defendants. | |

Pursuant to the Court's July 25, 2008 Order, Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") submit this list of witnesses it may call at trial.

1. <u>Jack Whalen</u> – Mr. Whalen will testify regarding the franchise agreement at issue in this matter, ConocoPhillips' equipment and improvements including at the subject service station, ConocoPhillips' bona fide offer to sell its equipment and improvements at the subject station to Plaintiff, and issues related to ConocoPhillips' counterclaims including ConocoPhillips' damages thereon. ConocoPhillips estimates Mr. Whalen's testimony will take approximately 1.5 hours, including one hour of direct examination and one half-hour of cross examination.

///

///

1   2.   <u>Peter Morrison</u> – Mr. Morrison will testify as a percipient witness
2   regarding ConocoPhillips' bona fide offer and the value of the equipment and improvements at
3   the subject service station. Mr. Morrison may also testify on these issues as an expert witness
4   pursuant to Federal Rule of Civil Procedure 26(a). ConocoPhillips anticipates that Mr.
5   Morrison's testimony will take approximately 1.5 hours, including one hour of direct
6   examination and one half-hour of cross examination.

7   3.   <u>Jeff M. Key</u> – Mr. Key will testify as an expert witness pursuant to Federal
8   Rule of Civil Procedure 26(a) regarding ConocoPhillips' bona fide offer and the value of the
9   equipment and improvements at the subject service station. ConocoPhillips anticipates that Mr.
10  Key's testimony will take approximately 2 hours, including one and a half hours of direct
11  examination and one half-hour of cross examination.

12  4.   <u>Michael Li</u> – Mr. Li is an Associate Planner with the City of Mountain
13  View, where the subject station is located. Mr. Li will testify regarding the property at issue in
14  this litigation, and Plaintiff's application for a conditional use permit for construction at the
15  station. ConocoPhillips anticipates that Mr. Li's testimony will take approximately one half-
16  hour.

17  5.   <u>Jason Chou</u> – Mr. Chou is an employee of the Public Works Department
18  of the City of Mountain View, where the subject station is located. Mr. Chou will testify
19  regarding the property at issue in this litigation, and Plaintiff's application for a conditional use
20  permit for construction at the station. ConocoPhillips anticipates that Mr. Li's testimony will
21  take approximately one half-hour.

22  6.   <u>Ed Bozorghadad, a/k/a Ed Hadad, a/k/a Ed Haddad</u> – ConocoPhillips may
23  call Mr. Bozorghadad as an adverse witness to testify regarding ConocoPhillips' equipment and
24  improvements at the subject station, ConocoPhillips' bona fide offer to sell such property to
25  Plaintiff, and issues related to ConocoPhillips' counterclaims, including ConocoPhillips'
26  ///
27  ///
28  ///

1  damages thereon.  ConocoPhillips anticipates that Mr. Bozorghadad's testimony will take
2  approximately one hour, exclusive of any time Plaintiff spends examining Mr. Bozorghadad.
3      Dated: August 8, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By: _____
Attorneys for Defendant and Counter-
Plaintiff ConocoPhillips Company