# EXHIBIT "D"

1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5   Email: cglynn@glynnfinley.com
           afriedenberg@glynnfinley.com
6
    Attorneys for Defendant and Counter-Plaintiff
7   ConocoPhillips Company

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  HOUTAN PETROLEUM, INC.              )   Case No. 3:07-cv-5627
                                        )
12            Plaintiff,                )   DEFENDANT AND COUNTER-
                                        )   PLAINTIFF CONOCOPHILLIPS
13      vs.                             )   COMPANY'S INITIAL DISCLOSURES
                                        )
14  CONOCOPHILLIPS COMPANY, a Texas     )
    corporation and DOES 1 through 10,  )   Trial Date:   February 11, 2008
15  Inclusive                           )   Time:         10:00 a.m.
                                        )   Courtroom:    1
16            Defendants.               )   Before:       Hon. Samuel Conti
                                        )
17  ─────────────────────────────────  )

18          These initial disclosures are made based on information currently known to

19  ConocoPhillips Company ("ConocoPhillips").  Discovery and investigation are ongoing, and

20  ConocoPhillips reserves the right to use at trial such further and additional witnesses, documents

21  and damages information as may become known in the course of ConocoPhillips' investigation

22  and discovery.  Subject to the foregoing, ConocoPhillips makes the following initial disclosures

23  pursuant to Federal Rule of Civil Procedure 26 and the agreement of the parties.

24  I.      WITNESSES

25          Defendant and Counter-Plaintiff ConocoPhillips Company may use the following

26  witnesses to support its claims and defenses:

27          1.      Dan Pellegrino.  Mr. Pellegrino is an employee of ConocoPhillips and may be

28  contacted through ConocoPhillips' counsel of record.  He may have information regarding

                                      - 1 -

1    ConocoPhillips' discussions with Plaintiff, the parties' franchise relationship, the franchise

2    agreement that is at issue in this matter, and issues related to ConocoPhillips' counterclaims.

3        2.    Greg Vasquez.  Mr. Vasquez is an employee of ConocoPhillips and may be

4    contacted through ConocoPhillips' counsel of record.  He may have information regarding the

5    parties' franchise relationship, the franchise agreement that is at issue in this matter and the

6    termination of said agreement.

7        3.    David Nash.  Mr. Nash is an employee of ConocoPhillips and may be contacted

8    through ConocoPhillips' counsel of record.  He may have information regarding the parties'

9    franchise relationship, the franchise agreement that is at issue in this matter and the termination

10   of said agreement.

11       4.    Jay Rollins.  Mr. Rollins is an employee of ConocoPhillips and may be contacted

12   through ConocoPhillips' counsel of record.  He may have information regarding ConocoPhillips'

13   discussions with Plaintiff, the franchise agreement that is at issue in this matter, and issues

14   related to ConocoPhillips' counterclaims.

15       5.    Phillip Bonina.  Mr. Bonina is an employee of ConocoPhillips and may be

16   contacted through ConocoPhillips' counsel of record.  He may have information regarding the

17   franchise agreement that is at issue in this matter, the expiration of ConocoPhillips' underlying

18   property lease of the service station property at issue, ConocoPhillips' efforts to obtain an

19   extension and/or renewal of said underlying property lease, ConocoPhillips' bona fide offer to

20   sell its equipment and improvements at the subject station to Plaintiff, and issues related to

21   ConocoPhillips' counterclaims.

22       6.    Richard Mathews.  Mr. Mathews may be contacted through ConocoPhillips'

23   counsel of record.  He may have information regarding the franchise agreement that is at issue in

24   this matter, the expiration of ConocoPhillips' underlying property lease of the service station

25   property at issue, ConocoPhillips' efforts to obtain an extension and/or renewal of said

26   underlying property lease, ConocoPhillips' bona fide offer to sell its equipment and

27   improvements at the subject station to Plaintiff, and issues related to ConocoPhillips'

28   counterclaims.

1       7.     John Vidovich, De Anza Properties, 920 West Fremont Avenue, Sunnyvale,

2  California.  Mr. Vidovich may have information regarding ConocoPhillips' underlying property

3  lease of the service station property at issue, ConocoPhillips' efforts to obtain an extension

4  and/or renewal of said underlying property lease and Plaintiff's current lease agreement.

5       8.     Carla Wilkey, De Anza Properties, 920 West Fremont Avenue, Sunnyvale,

6  California.  Ms. Wilkey may have information regarding ConocoPhillips' underlying property

7  lease of the service station property at issue, ConocoPhillips' efforts to obtain an extension

8  and/or renewal of said underlying property lease and Plaintiff's current lease agreement.

9  **II.**    **DOCUMENTS**

10       Pursuant to Rule 26(a)(1)(ii) and the agreement of the parties, ConocoPhillips produces

11  herewith all documents it may use to support its claims and defenses, with the exception of

12  documents which either party has already produced, exchanged or submitted as part of a

13  pleading, motion or other paper filed in this action.

14  **III.**    **DAMAGES**

15       ConocoPhillips will seek compensatory damages reflecting Plaintiff's failure to pay rent

16  for equipment and improvements owned by ConocoPhillips which Plaintiff has wrongfully

17  retained.  The appropriate market rent for this property is $4,000 per month.  In addition,

18  ConocoPhillips seeks punitive damages, disgorgement of amounts by which Plaintiff has been

19  unjustly enriched and attorneys' fees.

20

21      Dated: January 28, 2008

22                       GLYNN & FINLEY, LLP
                              CLEMENT L. GLYNN

23                       ADAM FRIEDENBERG
                              One Walnut Creek Center

24                       100 Pringle Avenue, Suite 500
                              Walnut Creek, CA  94596

25

26                     By _____

27                       Attorneys for Defendant and
                       Counter-Plaintiff ConocoPhillips

28                       Company

CONOCOPHILLIPS' INITIAL DISCLOSURES

# EXHIBIT "E"

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
        afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | Case No. 3:07-cv-5627 |
| Plaintiff, | **DEFENDANT AND COUNTER-PLAINTIFF CONOCOPHILLIPS EXPERT WITNESS DISCLOSURE** |
| vs. | |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive | Trial Date:  February 11, 2008<br>Time:        10:00 a.m.<br>Courtroom:  1<br>Before:      Hon. Samuel Conti |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26 and the parties' agreement, Defendant and

Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby discloses Peter Morrison

as an expert witness it expects to use at trial to present evidence.  Mr. Morrison's qualifications

are reflected in the Curriculum Vitae attached hereto as Exhibit A.  Mr. Morrison's compensation

for this matter is $375 per hour.  Pursuant to the parties' agreement, an appraisal report reflecting

opinions Mr. Morrison may offer at trial is attached hereto as Exhibit B.  Mr. Morrison may also

offer opinions in response or rebuttal to experts and expert opinions on which Plaintiff relies.

///

///

///

///

- 1 -

1    This disclosure is made based on information currently known to ConocoPhillips.

2    Discovery and investigation are ongoing, and ConocoPhillips reserves the right to offer at trial

3    such further and additional opinions and/or expert witnesses as may become necessary.

4

5    Dated:  January 28, 2008

6    GLYNN & FINLEY, LLP
     CLEMENT L. GLYNN
7    ADAM FRIEDENBERG
     One Walnut Creek Center
8    100 Pringle Avenue, Suite 500
     Walnut Creek, CA  94596
9

10   By _____

11   Attorneys for Defendant and
     Counter-Plaintiff ConocoPhillips
12   Company

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONOCOPHILLIPS' EXPERT DISCLOSURE

# EXHIBIT A

**PROFESSIONAL**

**QUALIFICATIONS**

*pmorrison@valuationresearch.com*

Peter L. Morrison
*414/221-6236*

## PROFESSIONAL POSITION

Senior vice president and professional services manager – real property with Valuation Research Corporation.

## CERTIFICATIONS AND PROFESSIONAL AFFILIATIONS

Wisconsin Certified General Appraiser and Licensed Appraiser No. 700-010
Associate Member of the Appraisal Institute



## EDUCATION

B.A., geography, with special emphasis on urban economics and planning, Macalester College, St. Paul, Minnesota, 1978

Coursework in the growth and development of Scandinavian cities and urban planning in Scandinavia, Universitetet I Oslo, Oslo, Norway, 1976

A candidate for membership (MAI) in the Appraisal Institute, Mr. Morrison has completed the following institute courses:

| | |
|---|---|
| 1A-1 | Real Estate Principles |
| 1A-2 | Basic Valuation Procedures |
| 8-2 | Residential Valuation |
| 310 | Basic Income Valuation |
| 410 | Standards of Professional Practice, Part A |
| 420 | Standards of Professional Practice, Part B |
| 510 | Advanced Income Valuation |
| 520 | Highest and Best Use and Market Analysis |
| 530 | Advanced Sales Comparison and Cost Approaches |
| 540 | Report Writing and Valuation Analysis |
| 550 | Advanced Applications |
| -- | Non-Residential Demonstration Appraisal Report Writing Seminar |
| -- | Appraising from Blueprints and Specifications |
| -- | Subdivision Analysis |
| -- | Analyzing Operating Expenses |
| -- | Valuation of Detrimental Conditions in Real Estate |
| -- | Introduction to International Valuation Standards |
| -- | Appraising Convenience Stores |
| -- | Feasability, Market Value, Investment Timing: Option Value |
| -- | Attacking and Defending an Appraisal in Litigation |
| -- | National USPAP Update |

## PROFESSIONAL EXPERIENCE

1994 - Present    Member of the professional staff of Valuation Research Corporation.

*(continued)*

**PROFESSIONAL**

**QUALIFICATIONS**

*pmorrison@valuationresearch.com*

*Peter L. Morrison*
*414/221-6236*

**PROFESSIONAL EXPERIENCE** *(Continued)*

1988 – 1994    Director of reports and documentation for Universal Medical Buildings, Milwaukee, Wisconsin. Responsible for financial modeling and analysis of healthcare facilities and medical office projects. Produced all project-related legal documentation, including Certificate of Need applications, construction agreements, ownership and rental documents, and private placement memoranda for financing of limited partnerships.

**VRC**

1986 – 1988    Commercial and industrial appraiser, Michael J. Barnard & Associates, Green Bay, Wisconsin. Researched and analyzed physical, functional, and economic factors to establish value of vacant sites and subdivisions, multi-family projects, retail facilities, offices, restaurants, and industrial plants.

1983 – 1985    Assistant vice president and appraisal services manager, Great Northern Development Corporation, Green Bay. Appraised residential and commercial properties for loan underwriting and fee clients. Also responsible for staff management and development and for corporate profitability.

1981 – 1983    Project manager, James R. Laird Real Estate Appraisal Consultants, Inc., Appleton, Wisconsin. Appraised real and personal properties for municipal clients throughout Wisconsin and Upper Michigan.

1979 – 1981    Real estate broker, Wisconsin. Handled all aspects of residential and commercial business.

1978 – 1979    Community planner, Midtown East Citizens Association, Green Bay. Responsible for production of comprehensive plan for area development.

**MAJOR CLIENTS SERVED**

Allied Film & Video, Inc.
American Materials Corporation
American Specialty & Craft
 Beer Company
Anchor Advanced Products
Applied Power
Arkansas Best Corporation
Associated Bank
Bankers Trust
Bank One
Bemis Manufacturing
Brunswick Corporation
Burlington Memorial Hospital
Caisse Nationale de Credit Agricole

Cargill
The Chase Manhattan Bank, N.A.
Chemical Bank
Chemical Securities, Inc.
The CIT Group, Inc.
Citibank, Inc.
CKE Restaurants, Inc.
Company Comanche County Memorial Hospital
ConocoPhillips
CPC International
Dean Foods, Inc.
Dickinson County Memorial
 Hospital System
Doe Run Company

PROFESSIONAL
QUALIFICATIONS

*pmorrison@valuationresearch.com*

Peter L. Morrison
414/221-6236

**MAJOR CLIENTS SERVED** *(Continued)*

Dynamic Industries, Inc.
Edison Brothers Stores, Inc.
Federal Deposit Insurance
  Corporation
Ferrellgas, Inc.
First Bank
Freeman Spogli & Co.,
  Incorporated
General Electric Capital
  Structured Finance
Getty Petroleum
GranCare
Hanson Industries
Harvard Industries, Inc.
Haworth, Inc.
H.B. Fuller
Huntsman Corporation
Indian Summer, Inc.
Ingersoll Rand Company
Johnson Controls, Inc.
Journal Communications
Kraft Foods
The Pantry/Lil' Champ
  Food Stores, Inc.
Lehman Brothers
Marshfield Clinic, S.C.
M&I Marshall & Ilsley Bank
Miller Brewing Company
Milwaukee Medical Center, S.
Nationsbanc Capital
  Markets, Inc.
Neenah Foundry

Phillips Petroleum Company
Playboy Enterprises, Inc.
P.M. Beef Group, Inc.
Schwitzer Group
ShopKo Stores, Inc.
Sinai Samaritan Medical Center
Societe Generale
Stoughton Trailers, Inc.
Stroh Brewing Company
Siemens Corporation
Sun Capital Partners
Sunoco
Sybra
Thiokol Corporation
The Times Mirror Company
Tosco Corporation
Transamerica Business Credit
  Corporation
Tribune Company
UBS Capital Corporation
United Rentals, Inc.
Universal Foods Corporation
Universal Forest Products
Valero Energy Corporation
Versa Technologies, Inc.
Winthrop Financial Associates
WMVS-TV Channel 10/WMTV-TV
  Channel 36



5030

*Page 3*

*(continued)*

# EXHIBIT B

## Building Improvements

| | | |
|---|---|---|
| Base Cost (Sec 64/Pg 1, Class S, Average) | $95.03 | |
| Multipliers: | | |
| Area/Perimeter | 0.956 | |
| Height | 1.000 | |
| Current Cost | 1.030 | |
| Local | 1.210 | |
| Total | | 1.191 |
| Adjusted Base Cost | $113.18 | |
| Building Area (SF) | 1,624 | |
| Subtotal Replacement Cost New (RCN) | $183,804 | |
| Less Physical Deterioration @    60% | (110,283) | |
| Subtotal RCN Less Physical Deterioration | 73,521 | |
| Add Soft Costs (Permitting and Entitlements) | 202,500 | |
| Total RCN Less Physical Deterioration – Building | | $276,021 |

## Site Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Grading | 24,700 SF | $0.29 | 7,163 | -- | -- | -- | 7,163 |
| Asphalt Paving | 12,000 SF | $2.44 | 29,280 | 6 | 10 | 60% | 11,712 |
| Concrete Paving | 8,000 SF | $6.69 | 53,520 | 9 | 16 | 56% | 23,549 |
| Concrete Curbing | 370 LF | $9.00 | 3,330 | 11 | 20 | 55% | 1,499 |
| Landscaping | -- | -- | -- | -- | -- | -- | 5,000 |
| Miscellaneous (Fencing, etc.) | 120 LF | $25.00 | 3,000 | 0 | 25 | 0% | 3,000 |
| Trash Enclosure | 80 SF | $5.65 | 452 | 15 | 25 | 60% | 181 |
| Lighting | 3 Fix | $1,815 | 5,445 | 9 | 16 | 56% | 2,396 |
| Total Replacement Cost New Less Physical Deterioration - Site Improvements | | | | | | | 54,499 |

## Gasoline Related Improvements

| Description | Units | Unit Cost | Total RCN | Effective Age | Economic Life | % Physical Deterioration | RCNLD |
|---|---|---|---|---|---|---|---|
| Canopy | 1,012 SF | $29.44 | 29,793 | 9 | 16 | 56% | 13,109 |
| Canopy | 1,012 SF | $29.44 | 29,793 | 9 | 16 | 56% | 13,109 |
| Signage | 1 Fix | $7,879 | 7,879 | | | 50% | 3,940 |
| Machinery and Equipment: | | | | | | | |
| UST  12,032 Gal | 1 | $41,689 | 41,689 | | | 46% | 22,512 |
| UST  12,032 Gal | 1 | $39,120 | 39,120 | | | 46% | 21,125 |
| UST     550 Gal | 1 | $11,151 | 11,151 | | | 46% | 6,022 |
| Dispensers | 6 | $18,255 | 109,530 | | | 42% | 63,527 |
| Control Console | 1 | $14,002 | 14,002 | | | 42% | 8,121 |
| Piping | -- | $4,278 | 25,668 | | | 32% | 17,454 |
| Spill Containment | -- | $24,530 | 24,530 | | | 44% | 13,737 |
| Additional Installation | -- | $51,341 | 51,341 | | | 57% | 22,077 |
| Lift | 3 | $6,441 | 19,323 | | | 71% | 5,604 |
| Air Compressor | 1 | $4,273 | 4,273 | | | 61% | 1,666 |
| Total Replacement Cost New Less Physical Deterioration - Gasoline Related Improvements | | | | | | | 212,002 |

| | |
|---|---|
| Subtotal Replacement Cost New of Improvements Less Physical Deterioration | $542,522 |
| Less Functional Obsolescence | 0 |
| Less External Obsolescence | 0 |
| Total Replacement Cost New of Improvements Less Physical Deterioration | $542,522 |
| Add Land Value | 1,729,000 |
| Total Estimated Value by the Cost Approach | $2,271,522 |
| Rounded | $2,270,000 |

# EXHIBIT "F"

**Gennady**

| | |
|---|---|
| **From:** | Adam Friedenberg [afriedenberg@glynnfinley.com] |
| **Sent:** | Wednesday, January 30, 2008 4:54 PM |
| **To:** | glebedev@bleaufox.com |
| **Subject:** | RE: Houtan Petroleum v. ConocoPhillips |

Gennady, I will obtain and produce a copy of the complete appraisal report soon as possible. I am hopeful that will be tomorrow.

Regarding ConocoPhillips witnesses, I will provide shortly either addresses or confirmation that we will accept service of trial subpoenas. As you know, I have been in deposition all day and thus have not had an opportunity to address these issues sooner.

Regarding Rule 26 and expert disclosures, we are adding two witnesses:
1) Sandy Matthews, who is a ConocoPhillips employee, as a fact witness, and 2) Robert W. Wintz of Valuation Research Corporation, who will testify as an expert witness.

Also, to clarify, Peter Morrison has not testified in any other cases during the previous four years and has not authored any publications in the last ten years.


Adam

-----Original Message-----
From: Gennady [mailto:glebedev@bleaufox.com]
Sent: Wednesday, January 30, 2008 2:10 PM
To: Adam Friedenberg
Subject: Houtan Petroleum v. ConocoPhillips

Adam:

We still have not received a copy of your expert's appraisal report. Since
you have failed to provide the appraisal pursuant to our agreement, Mr.
Plaine cannot be expected to give his full opinions regarding the appraisal at his
deposition tomorrow. Nevertheless, please be advised that we do intend to have Andrew
Plaine comment on ConocoPhillips' appraisal at trial.

Additionally, in your initial Rule 26 disclosures, ConocoPhillips listed names of several
employees with relevant information regarding the case.
Instead of providing their addresses and telephone numbers as required by Rule 26,
ConocoPhillips indicated that these individuals may be contacted through your firm as its
counsel. Please advise if you will be accepting service of subpoenas of these individuals
for trial. If not, I request that you provide their addresses and telephone numbers
immediately.

Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613
Fax: (323) 874-1234
GLebedev@BleauFox.com

This e-mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or return e-mail and delete the e-mail from your server. Thank you.

# EXHIBIT "G"

## Gennady

**From:** Adam Friedenberg [afriedenberg@glynnfinley.com]
**Sent:** Friday, March 28, 2008 5:54 PM
**To:** glebedev@bleaufox.com
**Subject:** RE: Houtan

Gennady:

The consultant would be on valuation issues, either a previously disclosed expert or an additional retained consultant. At this point, I do not know the specific individual who will attend, though I am agreeable to providing the names of all attendees at a reasonable time prior to the inspection.

I understand that you have moved to exclude experts, and obviously the Court may address that motion at an appropriate time. We disagree that there is any basis for exclusion, particularly given the absence of any prejudice and the ample time you had and now have to conduct any necessary discovery. In any event, the issue is irrelevant to the inspection request. Rule 34 permits an inspection regardless of whether the proposed attendees plan to testify at trial. Moreover, your statement that "discovery has long since been cut off" is simply incorrect. There is no operative discovery cutoff and in fact the Court has never ordered any discovery deadlines.

We have served an inspection demand, noticing the inspection for April 30 at 1:00 p.m. I am happy to reschedule for any other mutually convenient time. Please advise.

Adam

---

**From:** Gennady [mailto:glebedev@bleaufox.com]
**Sent:** Friday, March 28, 2008 4:41 PM
**To:** Adam Friedenberg
**Subject:** RE: Houtan

Adam:

First, I have not said that we would not cooperate. I merely asked you to identify the purpose for the inspection and to identify your expert so I can discuss it with the client, which I have yet to do (you are asking for this on Friday afternoon during Spring Break after all).

Additionally, our objection is based on your failure to comply with the rules. You have not obtained leave of Court to be excused from compliance with Rule 26 and our motion to strike your experts is still pending and is yet to be ruled on. Moreover, if you are intending to designate yet another expert that was not previously disclosed, it prejudices our trial preparation even further.

Finally, although probably will not have a problem with your client conducting an inspection as part of its normal business practices to ascertain the state of its equipment, we may have a problem if the purpose of the inspection is for trial preparation (as you have indicated), especially if you intend to designate a new expert. Finally, I do not believe that Rule 34 applies here, since discovery has long since been cut off.

I therefore request again that you identify the expert who you would like to conduct an inspection and his or her field of expertise, so I can discuss it with our client.

Gennady L. Lebedev
BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Suite 580
Los Angeles, CA 90068
Tel.:(323) 874-8613

# EXHIBIT "H"

GLYNN & FINLEY, LLP
ONE WALNUT CREEK CENTER
SUITE 500
100 PRINGLE AVENUE
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: (925) 210-2800

FACSIMILE: (925) 945-1975

WRITER'S DIRECT DIAL NUMBER
(925) 210-2809
e-mail:  afriedenberg@glynnfinley.com

July 31, 2008

ConocoPhillips/Houtan Petroleum

**VIA FACSIMILE AND FEDEX**

Gennady Lebedev, Esq.
Bleau Fox
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068-1336

Dear Gennady:

Enclosed is our supplemental expert disclosure of Jeff M. Key.  As noted in the enclosed disclosure, Mr. Key has been unable to complete his expert witness report because you have refused to work with us to coordinate the site inspection we noticed many months ago.  To review, on March 28, 2007, we noticed the inspection to take place on April 30, 2008.  The parties thereafter agreed to defer the inspection pending summary judgment.  On July 22, after we received Judge Conti's order on ConocoPhillips Company's summary judgment motion, I advised you that it would be necessary to reschedule the inspection.  I then raised the issue again multiple times thereafter, both in writing and in person at the trial setting conference last week (at which you agreed to work with us to coordinate the inspection).  You refused to provide timely dates for the inspection, instead waiting until yesterday evening to advise that you would not permit the inspection prior to August 7 or 8 (just 10 days prior to trial).

Your gamesmanship has obviously interfered with and prejudiced our ability to prepare the case for trial.  Nevertheless, we will provide Mr. Key's expert witness report as soon as possible.  Should you choose to depose him, we will of course work with you in good faith to schedule a deposition.

Very truly yours,

Adam Friedenberg

Enc.

1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM D. FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   Email: cglynn@glynnfinley.com
6         afriedenberg@glynnfinley.com
          jeldredge@glynnfinley.com
7
   Attorneys for Defendant and Counter-Plaintiff
8  ConocoPhillips Company

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12 HOUTAN PETROLEUM, INC.                )  **Case No. 3:07-cv-5627**
                                         )
13             Plaintiff,                )  **DEFENDANT AND COUNTER-**
                                         )  **PLAINTIFF CONOCOPHILLIPS**
14     vs.                               )  **COMPANY'S SUPPLEMENTAL EXPERT**
                                         )  **WITNESS DISCLOSURE**
15 CONOCOPHILLIPS COMPANY, a Texas       )
   corporation and DOES 1 through 10,    )  **Before:      Hon. Samuel Conti**
16 Inclusive                             )  **Trial Date:  August 18, 2008**
                                         )
17             Defendants.               )
                                         )
18 ─────────────────────────────────────)

19

20         Pursuant to Federal Rule of Civil Procedure 26, Defendant and Counter-Plaintiff

21 ConocoPhillips Company ("ConocoPhillips") hereby discloses Jeff M. Key, MAI, P.E., as an

22 expert witness it expects to use at trial to present evidence.  Mr. Key's qualifications, and

23 publications he has authored, are set forth in the Curriculum Vitae attached hereto as **Exhibit A**.

24 Mr. Key's compensation for this matter is $375 per hour.

25         Mr. Key has testified as an expert at trial or deposition in the following matters in the last

26 four years: *Todd C. Danley & Kathleen L. Danley v. W. Michael Scott*, Case No. 06CC02850,

27 Orange County Superior Court (deposition and trial).

28 / / /

                                      - 1 -
─────────────────────────────────────────────────────────────

1    Mr. Key will offer opinions regarding ConocoPhillips' bona fide offer to sell its

2   equipment and improvements to Plaintiff and the fair market value of those equipment and

3   improvements.  Mr. Key may also offer opinions in response or rebuttal to experts and expert

4   opinions on which Plaintiff relies.  ConocoPhillips has properly noticed, and attempted to

5   schedule with Plaintiff, an inspection of the subject property so that Mr. Key may prepare a

6   detailed appraisal and expert witness report, but Plaintiff has refused to cooperate to schedule

7   such an inspection at a mutually convenient time.  Accordingly, Mr. Key has not been able to

8   complete a report reflecting the opinions he may offer at trial pursuant to Federal Rule of Civil

9   Procedure 26.  Mr. Key will prepare such a report as expeditiously as possible given these

10   circumstances, and ConocoPhillips will thereafter promptly provide Plaintiff with a copy of that

11   report, and make Mr. Key available for deposition at a mutually convenient time and place.

12    This disclosure is made based on information currently known to ConocoPhillips.

13   Discovery and investigation are ongoing, and ConocoPhillips reserves the right to offer at trial

14   such further and additional opinions and/or expert witnesses as may become necessary.  This

15   disclosure is supplemental to the previous disclosures made by ConocoPhillips in this action, and

16   ConocoPhillips expects to use at trial expert and percipient witnesses identified in those previous

17   disclosures.

18

19

20    Dated:  July 31, 2008

21    GLYNN & FINLEY, LLP
     CLEMENT L. GLYNN
22    ADAM FRIEDENBERG
     JONATHAN A. ELDREDGE
23    One Walnut Creek Center
     100 Pringle Avenue, Suite 500
24    Walnut Creek, CA  94596

25
     By _____
26    Attorneys for Defendant and
     Counter-Plaintiff ConocoPhillips
27    Company

28

- 2 -

# EXHIBIT A



**HERRON**
C O M P A N I E S
2929 Edinger Avenue
Tustin, CA 92780

## QUALIFICATIONS OF THE APPRAISER
### JEFFREY M. KEY, MAI, P. E.

## EDUCATION

**Master of Engineering, Civil Engineering, 1980**--University of California, Berkeley, California. Major in Structural Engineering and Structural Mechanics; Minors in Business Management and Construction Engineering. Teaching Assistant for Department of Civil Engineering during 1978-1979 Academic Year.

**Bachelor of Science, Engineering, 1978**--California State University, Fullerton, California. Emphasis in Civil Engineering.

## FORMAL TRAINING

**Appraisal Institute:**

Basic Valuation Procedures
Standards of Professional Practice
Real Estate Appraisal Principles
Various Seminars and Classes

Capitalization Theory and Techniques
Case Studies in Real Estate Valuation
Report Writing & Valuation Analysis

## PROFESSIONAL DATA

Certified General Appraiser, State of California, AG015297 (3/31/09)
Member, Appraisal Institute
Registered Professional Civil Engineer, State of California
Registered Professional Civil Engineer, State of Alaska
Member American Society of Civil Engineers (ASCE)
Member ASCE Committee on Construction Equipment and Techniques

## PROFESSIONAL EXPERIENCE

**Vice President, Real Estate Appraiser,** S. S. Herron & Associates, Inc., Tustin, CA. Supervise appraisers, including training, review, and administration. Prepare full narrative reports on a variety of properties including office, retail, industrial and residential properties-- February 1985 to present

## PROFESSIONAL EXPERIENCE (continued)

**Design Engineer,** SF/Braun, Orange, CA.  Analysis, design, procurement and construction related to industrial projects; cost estimating and technical support of procurement operations for Arctic construction; preparation of technical reports and proposals--July 1980 to February 1985

**Part-Time Lecturer,** Department of Mechanical Engineering, California State University, Fullerton, CA.  Instructor for Engineering Unified Laboratory--1981 to 1984

## TYPES OF PROPERTIES APPRAISED

Office Land and Improved Office Buildings and Condominiums
Commercial Land and Commercial Shopping Centers
Industrial Land and Industrial Buildings
Motel Properties
Apartment Complexes
Residential and Commercial Land Subdivision
Golf Course and Driving Range Properties
Medical Office Buildings
Congregate Care, Board and Care Facilities
Car Wash and Gas Station Properties
Truck Stops and Going Concern Operations

## PUBLICATIONS

Key, Jeffrey M., "Computer Simulation of a Solar Energy System," *Sunworld*, Vol. #4, 1979.

Key, Jeffrey M. and Gerwick, Ben C. Jr., "Construction of Fixed, Deep-Water Bridges," proceedings of ASCE Specialty Conference on Construction Equipment and Techniques for the Eighties, at Purdue University, March 28-31, 1982.

Bryce, Peter W. and Key, Jeffrey M., "Modified Reel Method for Subsea Arctic Pipelines," proceedings of ASCE Specialty Conference on Pipelines in Adverse Environments, at San Diego, California, November 14-16, 1983.

Key, Jeffrey M., "Arctic Pipeline Hardware," proceedings of ASCE Specialty Conference on Civil Engineering in the Arctic, at San Francisco, California, April 1985.

Key, Jeffrey M., "Earthmoving and Heavy Equipment," *Journal of Construction Engineering and Management*, American Society of Civil Engineers, Volume 113, No. 4, December 1987.

Herron, Steven Schmidt, and Key, Jeffrey M., "How to Get Your Carwash Appraised," *Professional Carwashing & Detailing*, Vol. 18, No. 11, November 1994.

Herron, Steven Schmidt, and Key, Jeffrey M., "How Much Does Traffic Count?," *Professional Carwashing & Detailing*, Vol. 19, No. 7, July 1995.

Herron, Steven Schmidt, and Key, Jeffrey M., "Location: The $3 Million Gamble," Professional *Carwashing & Detailing*, Vol. 22, No. 6, June 1998.

STATE OF CALIFORNIA

Business, Transportation & Housing Agency

## OFFICE OF REAL ESTATE APPRAISERS

# REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER    AG015297

**JEFFREY M. KEY**

has successfully met the requirements for a license as a general real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified General Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

Anthony J. Majewski

Date Issued:    April 1, 2007

Date Expires:  March 31, 2009

I certify under penalty of perjury
that this is a true and correct copy
of my original license or certificate.

3/8/07
Date

Jeffrey M Key
Signature

Audit No.  89293



THIS DOCUMENT CONTAINS A TRUE WATERMARK · HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"