1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone    :  (323) 874-8613
4  Facsimile    :  (323) 874-1234
   e-mail:        bleaushark@aol.com
5  e-mail:        glebedev@bleaufox.com

6  Attorneys for Plaintiff and Cross-Defendant,
   HOUTAN PETROLEUM, INC.
7

8                **UNITED STATES DISTRICT COURT IN AND FOR**

9                **THE NORTHERN DISTRICT OF CALIFORNIA**

10 HOUTAN PETROLEUM, INC.            ) CASE NO.  07-CV-5627 SC
                                     )
11           Plaintiff,               )
   vs.                               ) **PLAINTIFF AND CROSS-DEFENDANT,**
12                                   ) **HOUTAN PETROLEUM INC.'S, WITNESS**
                                     ) **LIST**
13 CONOCOPHILLIPS COMPANY, a Texas   )
   Corporation and DOES 1 through 10,)
14 Inclusive                         ) Trial Date:   August 18, 2008
                                     ) Courtroom:    1
15           Defendants.              ) Before:       Hon. Samuel Conti
                                     )
16 _____   )

17 TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

18       Plaintiff and Cross-Defendant, Houtan Petroleum, Inc., pursuant to the Court Order of

19 August 6, 2008, respectfully submits its following list of witnesses, the order that the witnesses

20 are expected to be called, and a brief statement as to the content of the witness' testimony, and an

21 estimate of time of the witness' testimony on both direct and cross examination.

| ORDER | WITNESS NAME | DESCRIPTION OF TESTIMONY | TIME ESTIMATE ON DIRECT AND CROSS |
|---|---|---|---|
| 1 | Richard L. Mathews | ConocoPhillips real estate manager, expected to testify regarding the franchise agreement that is at issue in this matter, the expiration of ConocoPhillips' underlying property lease of the service station at issue, ConocoPhillips' offer to sell its equipment and improvements at the subject station to Plaintiff, authentication of various business records and correspondence. | 1 hour direct; 30 min. cross; 20 min. redirect |
| 2 | Ed Haddad | Representative of Houtan Petroleum, Inc., expected to testify regarding the franchise agreement with ConocoPhillips, the notice of termination from ConocoPhillips, the condition of the station property, circumstances surrounding the termination of its franchise, and authentication of various business records and correspondence. | 2 hour direct; 1 hour cross; 30 min. redirect |
| 3 | Andrew C. Plaine, MAI (expert) | Expert witness, MAI appraiser, expected to testify in conformance with his appraisal report that has been produced to ConocoPhillips pursuant to Rule 26, regarding the value of ConocoPhillips' equipment and improvements and to reply to any expert opinions that may be offered at trial by ConocoPhillips' expert appraisers. | 1 hour direct; 45 min. cross; 15 min. redirect |

Respectfully submitted,

Dated: August 8, 2008

BLEAU / FOX, A P.L.C.
　　　　　　//s//
By: _____
　　Thomas P. Bleau, Esq.
　　Gennady L. Lebedev, Esq.
　　Attorneys for Plaintiff
　　Houtan Petroleum, Inc.

-2-
Houtan Petroleum, Inc.'s Witness List