Thomas P. Bleau, Esq., SBN 152945
Martin R. Fox, Esq., SBN 155783
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone   : (323) 874-8613
Facsimile   : (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com

Attorneys for Plaintiff and Counter-Defendant
HOUTAN PETROLEUM, INC.

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
CONOCOPHILLIPS COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) | CASE NO.  CV 07-05627 SC |
| Plaintiff, ) | |
| ) | **JOINT JURY INSTRUCTIONS** |
| v. ) | |
| ) | **[WITH SOURCES INDICATED]** |
| CONOCOPHILLIPS COMPANY, a Texas ) | |
| Corporation and DOES 1 through 10, ) | |
| Inclusive ) | Trial Date:   August 18, 2008 |
| ) | Time:         10:00 a.m. |
| Defendants. ) | Courtroom:    1 |
| ) | Before:       Hon. Samuel Conti |

    Plaintiff and Counter-Defendant Houtan Petroleum, Inc. ("Houtan Petroleum") and Defendant and Counter-Plaintiff ConocoPhillips Company ("ConocoPhillips") hereby jointly propose the

-1-

JOINT JURY INSTRUCTIONS (WITH SOURCES INDICATED)

following General and Special Jury Instructions:[1]

This version of the instructions includes the sources for the instructions. Pursuant to the Court's Order, a second version is being filed that does not display the sources.

## INDEX OF INSTRUCTIONS

1. Duty of Jury
2. Duty of Jury (End of Case)
3. Burden of Proof-Preponderance of the Evidence
4. What Is Evidence
5. What Is Not Evidence
6. Evidence for Limited Purpose
7. Direct and Circumstantial Evidence
8. Ruling on Objections
9. Credibility of Witnesses
10. Conduct of the Jury
11. No Transcript Available to Jury
12. Taking Notes
13. Bench Conferences and Recesses
14. Outline of Trial
15. Stipulations of Fact
16. Impeachment Evidence-Witness
17. Expert Opinion
18. Duty To Deliberate
19. Communication With Court
20. Return of Verdict

---

[1] The parties could not agree on the language of some of the proposed instructions and have therefore submitted alternative versions of several instructions, which are included to the instructions included with this joint submission. The parties are continuing to work in good faith to resolve any disputes, and may supplement or revise these instructions prior to or during the trial, if appropriate.

21. Corporations and Partnerships-Fair Treatment
22. Liability of Corporations-Scope of Authority Not In Issue
23. Damages-Proof
24. Party Having Power To Produce Better Evidence
25. Failure to Deny or Explain Adverse Evidence
26. Experts-Questions Containing Assumed Facts
27. Arguments of Counsel Not Evidence of Damages
28. Jury Not to Take Cue from Judge
29. All Instructions Not Necessarily Applicable
30. Predeliberation Instructions
31. Nature of Claim
32. Determining a Bona Fide Offer
33. Fair Market Value (ALTERNATIVE INSTRUCTIONS PROPOSED BY THE PARTIES)
34. Conversion
35. Unjust Enrichment (OBJECTED TO BY PLAINTIFF)
36. Breach of Contract (ALTERNATIVE INSTRUCTIONS PROPOSED BY THE PARTIES)
37. Contract Damages (ALTERNATIVE INSTRUCTIONS PROPOSED BY THE PARTIES)
38. Interpretation-Construction of Contract as a Whole
39. Franchise Relationship
40. Franchisor
41. Franchisee
42. Marketing Premises
43. Leased Marketing Premises
44. Termination
45. Essential Elements of Plaintiff's Claim-Generally

46. Unclean Hands (TO BE PROPOSED BY CONOCOPHILLIPS)

47. Punitive Damages (TO BE PROPOSED BY CONOCOPHILLIPS)

48. Disgorgement (TO BE PROPOSED BY CONOCOPHILLIPS)

Dated: August 8, 2008               BLEAU / FOX,
                                    A Professional Law Corporation

                                    By:   /S/  Thomas P. Bleau              .
                                          Thomas P. Bleau, Esq.
                                          Martin R. Fox, Esq.
                                          Gennady L. Lebedev, Esq.
                                          Attorneys for Plaintiff, Houtan Petroleum, Inc.

Dated: August 8, 2008               GLYNN & FINLEY, LLP

                                    By:        /S/  Adam Friedenberg        .
                                          Clement L. Glynn, Esq.
                                          Adam Friedenberg, Esq.
                                          Attorneys for Defendant, ConocoPhillips Company

PROPOSED JURY INSTRUCTIONS