Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone   : (323) 874-8613
Facsimile    : (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com

Attorneys for Plaintiff and Counter-Defendant
HOUTAN PETROLEUM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) | CASE NO. CV 07-05627 SC |
| Plaintiff, ) | |
| v. ) | **HOUTAN PETROLEUM, INC.'S PROPOSED SPECIAL VERDICT FORM** |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive ) | |
| Defendants. ) | |

Plaintiff and Counter-Defendant Houtan Petroleum, Inc. ("Houtan Petroleum") proposes the following Special Verdict Form.

Dated: August 8, 2008            BLEAU / FOX,
                                 A Professional Law Corporation

                                 By:  /S/  Thomas P. Bleau           .
                                      Thomas P. Bleau, Esq.
                                      Gennady L. Lebedev, Esq.
                                      Attorneys for Plaintiff, Houtan Petroleum, Inc.


**SPECIAL VERDICT FORM**

Do you find from a preponderance of the evidence:

1. That defendant and counter-plaintiff ConocoPhillips Company ("ConocoPhillips") has proven by a preponderance of the evidence that its offer to sell its equipment and improvements to plaintiff and counter-defendant Houtan Petroleum, Inc. ("Houtan Petroleum") was "bona fide"?

   Answer Yes or No: _____

   If you answered "Yes" to Question No. 1, skip Questions No. 2 and proceed to Question No. 3.

   If you answered "No" to Question No. 1, proceed to Question No. 2.

2. What do you find to be the fair market value of the equipment and improvements offered by ConocoPhillips to Houtan Petroleum?

   Answer with a dollar amount: $_____

   Skip Questions Nos. 3 - 6 and have your foreperson sign and date this form below.

3. That Houtan Petroleum has breached its contract with ConocoPhillips by refusing to return or permit ConocoPhillips to recover its equipment and improvements after termination of the parties' franchise agreement?

   Answer Yes or No:_____

4. That Houtan Petroleum has committed a conversion by refusing to return or permit ConocoPhillips to recover its equipment and improvements after termination of the parties' franchise agreement?

   Answer Yes or No:_____

   If you answered "Yes" to either Question No. 3 or 4, proceed to Question No. 5.

   If you answered "No" to both Questions Nos. 3 and 4, skip Question Nos. 5 and 6 and have your foreperson sign and date this form below.

5. That ConocoPhillips was damaged as a result of Houtan Petroleum's failure to return or permit ConocoPhillips to recover its equipment and improvements after the parties' franchise agreement terminated?

    Answer Yes or No:_____

    If you answered "Yes" to Question No. 5, proceed to Question No. 6.

    If you answered "No" to Question No. 5, skip Question No. 6 and have your foreperson sign and date this form below.

6. What do you find to be the monthly fair market rental value of ConocoPhillips' equipment and improvements that ConocoPhillips should be awarded as its damages as a result of Houtan Petroleum's failure to return or permit ConocoPhillips to recover its equipment and improvements?

    Answer with a dollar amount:  $_____

Date: August \_\_\_\_, 2008

                                                        _____
                                                        Foreperson