IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOUTAN PETROLEUM INC.,
    Plaintiff(s),

v.

CONOCO PHILLIIPS COMPANY,
    Defendant(s).
                                            /

No. C-07-5627-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Pretrial Conference** on **August 15, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. Motions in Limine will be argued at that time.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:   T. De Martini  
       Courtroom Deputy Clerk