UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5627          SAMUEL CONTI          DATE August 15, 2008
Case Number        Judge

Title: HOUTAN PETROLEUM INC.      vs CONOCOPHILLIPS COMPANY

Attorneys: GENNADI LEBEDEB          ADAM FRIEDENBERG

Deputy Clerk: T. De Martini     Court Reporter: Kathy Sullivan

Proceedings: Pretrial and Motions in Limine - Held

Case Continued to 8/18/08 @ 9:30 A.M.          for Jury Trial

Counter-Claimant ConocoPhillips will present its opening statement first. Witness List discussed, Opening statements discussed

Plaintiff's Motions in Limine:

1. To Exclude Testimony of Jeff Key - Granted

2. To Exclude any computation of damages based on disgorgement of profits or punitive damages and to exclude calculations of damages in excess of $4,000 monthly rent at trial - Granted in Part/Deferred in part.

Defendant's Motions in Limine:

1. To Exclude evidence of lost profits, consequential damages or other alleged actual damages or punitive damages - unopposed

2. For an order establishing the order of proof for presentation of evidence and argument at trial - unopposed

3. To Preclude plaintiff's current or past employees, including Ed Haddad, from testifying at trial to any opinions or conclusions - Denied - Defendant may renew its objection at trial

4. To Exclude presentation to the jury of any arguments or evidence of:

   1) fuel or oil prices - unopposed

   2) references to "Big Oil" - unopposed

   3) evidence of ConocoPhillips' size, profits and wealth - unopposed