# BLEAU FOX
A PROFESSIONAL LAW CORPORATION

3575 CAHUENGA BLVD. WEST, SUITE 580
LOS ANGELES, CALIFORNIA 90068
(323) 874-8613
FACSIMILE (323) 874-1234

August 15, 2008

Honorable Samuel Conti, Judge
United States District Court-Northern District
450 Golden Gate Ave., 17th Floor, Courtroom 1
San Francisco, California 94012-3483

    Re:    Houtan Petroleum v. ConocoPhillips Company
           Case Number: 07-CV-05627-SC

To the Honorable Samuel Conti, Judge presiding,

Pursuant to my conversation with your clerk this morning, we request permission to bring an ELMO Visual Projector to your courtroom for trial on Monday August 18, 2008 at 8:30 a.m..

Should you have any questions, please feel free to contact my associate, Sam Helmi, at (323)874-8613.

Thank you,

Gennady Lebedev, Esq.