| | |
|---|---|
| 1 | Thomas P. Bleau, Esq., SBN 152945 |
| | Gennady L. Lebedev, Esq., SBN 179945 |
| 2 | BLEAU / FOX, A P.L.C. |
| | 3575 Cahuenga Boulevard West, Suite 580 |
| 3 | Los Angeles, California 90068 |
| | Telephone   :  (323) 874-8613 |
| 4 | Facsimile   :  (323) 874-1234 |
| | e-mail:        bleaushark@aol.com |
| 5 | e-mail:        glebedev@bleaufox.com |

Attorneys for Plaintiff,
HOUTAN PETROLEUM, INC.

# UNITED STATES DISTRICT COURT IN AND FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) | CASE NO. 3:07-CV-05627-SC |
| ) | |
| Plaintiff, ) | **OPPOSITION AND DECLARATION OF** |
| vs. ) | **THOMAS P. BLEAU IN OPPOSITION TO** |
| ) | **DEFENDANT, CONOCOPHILLIPS** |
| CONOCOPHILLIPS COMPANY, a Texas ) | **COMPANY'S MOTION IN LIMINE NO. 5** |
| Corporation and DOES 1 through 10, ) | **"TO EXCLUDE IRRELEVANT AND LATE-** |
| Inclusive ) | **DISCLOSED EVIDENCE OF** |
| ) | **ANTICIPATED REPAIR COSTS"** |
| Defendants. ) | |
| ) | Trial Date:  8/17/08 |
| ) | Time:        10:00 a.m. |
| ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant, Houtan Petroleum, Inc. ("Houtan Petroleum"), hereby opposes Motion In Limine No. 5 "to exclude irrelevant and late-disclosed evidence of anticipated repair costs," filed by Defendant and Counter-Plaintiff, ConocoPhillips Company ("ConocoPhillips") as follows:

I, Thomas P. Bleau, declare as follows:

1. That I am an attorney duly licensed to practice law before all courts of the State of California and the Northern District of California and am a partner with the law firm of Bleau / Fox, A P.L.C., counsel of record for Plaintiff in this action, Houtan Petroleum, Inc.. That if called upon to testify, I could and would do so competently based upon my personal knowledge of the facts as

1  stated herein.

2      2.    On February 15, 2008, counsel for Defendant, Adam Friedenberg, forwarded me a letter regarding ConocoPhillips' latest testing of the Underground Storage Tanks ("UST's") at Plaintiff's station. A true and correct copy of that letter has been submitted to the Court as Plaintiff's Trial Exhibit 76. ConocoPhillips' test results were included with that letter and have been submitted as Plaintiff's Trial Exhibits 77 and 78.

    3.    According to the testing by ConocoPhillips' own contractor, the UST's at the station failed secondary containment and sump pump testing as required by California SB989 regulations.

    4.    In order to determine verify the Defendant's contractor's result, Plaintiff retained the services of a licensed contractor, Matt Thomas of Slunaker Construction.

    5.    On May 20, 2008, I forwarded a report from Mr. Thomas to Mr. Friedenberg confirming that the secondary containment piping and sump failed testing due to shoddy work by ConocoPhillips' contractor's work on the UST system. A true and correct copy of that report has been submitted to the Court as Plaintiff's Trial Exhibit 80.

    6.    As soon as I received the estimates from Mr. Thomas as to the costs of repairs for the secondary containment piping and sump and the EVR, I forwarded the estimates to Mr. Friedenberg in the hopes that ConocoPhillips would entertain a reasonable settlement offer from Plaintiff. A true and correct copy of such estimates has been submitted to the Court as Plaintiff's Trial Exhibit 79.

    7.    The evidence of the costs of repairs is highly relevant because the costs of repairs to the dispensers and UST system actually exceeds the fair market value of the dispensers alleged by ConocoPhillips and is nothing more than rebuttal evidence to ConocoPhillips' inflated valuation of same.

    8.    As has been ConocoPhillips' "scorched earth" tactics from the day Plaintiff was forced to file this lawsuit to prevent the bull dozers from tearing down the station before Plaintiff could obtain permits to rebuild it, ConocoPhillips filed a motion in limine on the Friday night before trial to exclude rebuttal evidence.

    9.    Plaintiff should not be penalized for disclosing rebuttal documents in a good faith attempt to settle the case before trial.

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of August, 2008 in Los Angeles, California.

//s//
_____
Thomas P. Bleau

-3-
OPPOSITION AND DECLARATION IN OPPOSITION TO CONOCOPHILLIPS' MOTION IN LIMINE NO. 5