```
                    CIVIL TRIAL MINUTES
                NORTHERN DISTRICT OF CALIFORNIA

                      August 18, 2008
```

Before:  Judge Samuel Conti

        T. De Martini                           Courtroom Deputy Clerk

        Katherine Sullivan                      Court Reporter

CASE NO.  C-07-5627-SC

HOUTAN PETROLEUM INC.          v.   CONOCOPHILLIPS COMPANY

Jury
Trial Began 8/18/08             Further Trial 8/19/08 @ 9:15 A.M.

Trial Motions Heard:

1) Deft's Motion to Exclude Irrelevant and Late-Disclosed Evidence of
   Anticipated Repair Costs - Granted

2)

Other:

Jury Selection, Opening Statements

Defendant/Counter-Plaintiff's Witnesses: Ed Bozorghadad, John Whalen