Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone    : (323) 874-8613
Facsimile    : (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com

Attorneys for Plaintiff and Counter-Defendant
HOUTAN PETROLEUM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) | CASE NO.  CV 07-05627 SC |
| ) | |
| Plaintiff, ) | |
| ) | **HOUTAN PETROLEUM, INC.'S PROPOSED** |
| v. ) | **SPECIAL VERDICT FORM** |
| ) | |
| CONOCOPHILLIPS COMPANY, a Texas ) | |
| Corporation and DOES 1 through 10, ) | |
| Inclusive ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Plaintiff and Counter-Defendant Houtan Petroleum, Inc. ("Houtan Petroleum") proposes the following Special Verdict Form.

Dated: August 19, 2008          BLEAU / FOX,
                                      A Professional Law Corporation

                                      By:   /S/  Thomas P. Bleau       .
                                               Thomas P. Bleau, Esq.
                                               Gennady L. Lebedev, Esq.
                                               Attorneys for Plaintiff, Houtan Petroleum, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HOUTAN PETROLEUM, INC. | ) | CASE NO. CV 07-05627 SC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL VERDICT FORM** |
| v. | ) | |
| | ) | |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**SPECIAL VERDICT FORM**

Do you find by a preponderance of the evidence:

1. That defendant and counter-plaintiff, ConocoPhillips Company ("ConocoPhillips"), has proven that its offer to sell its interest in the improvements and equipment to plaintiff and counter-defendant, Houtan Petroleum, Inc. ("Houtan Petroleum"), was a "bona fide offer"?

    Answer Yes or No: _____

    If you answered "Yes" to Question No. 1, skip Question No. 2 and proceed to Question No. 3.

    If you answered "No" to Question No. 1, proceed to Question No. 2.

2. What do you find to be the true fair market value of the improvements and equipment offered

-1-
SPECIAL VERDICT

by ConocoPhillips to Houtan Petroleum?

    Answer with a dollar amount: $_____

    Skip Questions Nos. 3 - 5 and have your foreperson sign and date this form below.

3. That Houtan Petroleum has committed a conversion by refusing to permit ConocoPhillips to recover its improvements and equipment after termination of the franchise agreement?

    Answer Yes or No:_____

    If you answered "Yes" to Question No. 3, proceed to Question No. 4.

    If you answered "No" to Question No. 3, skip Questions Nos. 4 and 5 and have your foreperson sign and date this form below.

4. That ConocoPhillips was damaged as a result of Houtan Petroleum's failure to permit ConocoPhillips to recover its equipment and improvements after the franchise agreement was terminated?

    Answer Yes or No:_____

    If you answered "Yes" to Question No. 4, proceed to Question No. 5.

    If you answered "No" to Question No. 4, skip Question No. 5 and have your foreperson sign and date this form below.

5. What do you find to be ConocoPhillips' damages as a result of Houtan Petroleum's failure to permit ConocoPhillips to recover its improvements and equipment?

    Answer with a dollar amount: $_____


Date: August ____, 2008            _____
                                            Foreperson