```
                         CIVIL TRIAL MINUTES
                   NORTHERN DISTRICT OF CALIFORNIA

                           August 19, 2008


Before:  Judge Samuel Conti

         T. De Martini                      Courtroom Deputy Clerk

         Katherine Sullivan                  Court Reporter


CASE NO.  C-07-5627-SC

HOUTAN PETROLEUM INC.            v.  CONOCOPHILLIPS COMPANY

Jury
Trial Began 8/18/08              Further Trial 8/20/08 @ 9:15 A.M.

Trial Motions Heard:

1) Deft's Motion for Clarification of the Courts ruling on Deft's Motion
   to Exclude Irrelevant and Late-Disclosed Evidence of Anticipated Repair
   Costs - The Court Clarified


2)



Other:

Defendant/Counter-Plaintiff's Witnesses: John Whalen - continued,
Peter Morrison, Defendant Rests
```