```
                    CIVIL TRIAL MINUTES
               NORTHERN DISTRICT OF CALIFORNIA

                      August 20, 2008
```

Before: Judge Samuel Conti

       T. De Martini       Courtroom Deputy Clerk

       Katherine Sullivan       Court Reporter

CASE NO. C-07-5627-SC

HOUTAN PETROLEUM INC. v. CONOCOPHILLIPS COMPANY

Jury
Trial Began 8/18/08      Further Trial 8/21/08 @ 9:00 A.M.

Trial Motions Heard:

1) Plaintiff's Motion for Judgment as a Matter of Law - Taken Under Submission.

2)

Other:

Plaintiff/Counter-Defendant's Witnesses: Ed Bozorghadad, Richard Mathews, Andrew Plaine, Plaintiff Rests, Jury Instructions reviewed and objections placed on the record.