```
                    CIVIL TRIAL MINUTES
              NORTHERN DISTRICT OF CALIFORNIA

                      August 21, 2008
```

Before:  Judge Samuel Conti

        T. De Martini                              Courtroom Deputy Clerk

        Katherine Sullivan                         Court Reporter

CASE NO.  C-07-5627-SC

HOUTAN PETROLEUM INC.          v.  CONOCOPHILLIPS COMPANY

Jury
Trial Began 8/18/08            Further Trial   ------------

Other:

Jury Instructed, Closing Statements, Jury Deliberation.

Jury Verdict:

For Defendant/Counter-Plaintiff ConocoPhillips and against Plaintiff/Counter-Defendant Houtan in the amount of $380,000.00.

Jury thanked and excused. Parties to retain the exhibits for any appeal purpose.

Parties to brief Houtan's Motion for Judgment as a Matter of Law. Motion to be filed within 10 days; opposition due 10 days after the motion is filed; reply due 5 days after the opposition is filed. The matter will be submitted on the papers, no appearance, no oral argument.