FILED

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. 07-5627 SC <br><br> SPECIAL VERDICT FORM |

Special Verdict Form

Do you unanimously find from a preponderance of the evidence:

1. That defendant and counter-plaintiff ConocoPhillips Company ("ConocoPhillips") has proven by a preponderance of the evidence that its offer to sell its equipment and improvements to plaintiff and counter-defendant Houtan Petroleum Inc. ("Houtan Petroleum") was "bona fide?"

    Answer Yes or No: __Yes__

    If you answered "Yes" to Question 1, skip Question 2 and proceed to Question 3.

    If you answered "No" to Question 1, proceed to Question 2.

2. What would have been a bona fide offer for the equipment and improvements offered by ConocoPhillips to Houtan Petroleum?
   Answer with a dollar amount: $_____
   Skip Questions 3 through 6 and have your foreperson sign and date this form below.

3. That Houtan Petroleum has breached its contract with ConocoPhillips by refusing to return or permit ConocoPhillips to recover its equipment and improvements after termination of the parties' franchise agreement on October 31, 2007?
   Answer Yes or No: __Yes__
   Proceed to Question 4.

4. That Houtan Petroleum has committed a conversion by refusing to return or permit ConocoPhillips to recover its equipment and improvements after termination of the parties' franchise agreement on October 31, 2007?
   Answer Yes or No: __Yes__
   Proceed to Question 5.

5. That Houtan Petroleum has been unjustly enriched by retaining control and possession of ConocoPhillips' equipment and improvements after termination of the parties' franchise agreement on October 31, 2007?
   Answer Yes or No: __Yes__
   Proceed to Question 6.

6. If the answer to Question 4, 5, and/or 6 was "Yes," what do find to be ConocoPhillips' damages as a result of Houtan Petroleum's breach of contract, conversion, and/or unjust enrichment?

Answer with a dollar amount: $ 380,000.00

Have your foreperson sign and date this form below.

Date: August 21, 2008

*[signature]*
Foreperson