Final: _____
Interim for week ending: ____

## TITLE SHEET

| CASE NUMBER | C-07-5627-SC | |
|---|---|---|
| CASE TITLE | HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY | |
| COURT REPORTERS | Katherine Sullivan | |
| DEPUTY CLERK   T. De Martini | | JUDGE Samuel Conti |
| ATTORNEYS FOR PLAINTIFF/COUNTER DEFENDANT | | ATTORNEYS FOR DEFENDANT/COUNTER PLAINTIFF |
| | | |
| Thomas Bleau | | Adam Friedenberg |
| | | |
| | | |
| | | |

## JURY ATTENDANCE RECORD

Year: 2008    Month: August    Day

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | (144) | | | | | | | | | | | | | |
| 2. | (147) | | | | | | | | | | | | | |
| 3. | (149) | | | | | | | | | | | | | |
| 4. | (152) | | | | | | | | | | | | | |
| 5. | (154) | | | | | | | | | | | | | |
| 6. | (155) | | | | | | | | | | | | | |
| 7. | (156) | | | | | | | | | | | | | |
| 8. | (157) | | | | | | | | | | | | | |

LIST OF EXHIBITS AND WITNESSES

Page 2

CASE NO. C-07-5627-SC    HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 8/18/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 9:30 AM | Defendant/Counter Plaintiffs Motion to Exclude Irrelevant and Late-Disclosed Evidence of Anticipated repair costs - Granted | |
| | | | | | | 9:55 AM | Recess | |
| | | | | | | 10:10 AM | Reconvene | |
| | | | | | | | Jury Selection Began | |
| | | | | | | 11:21 AM | Jury Selected & Sworn | |
| | | | | | | | Jury Instructed | |
| | | | | | | 11:30 AM | Recess | |
| | | | | | | 11:45 AM | Reconvene | |
| | | | | | | | Defendant/Counter Plaintiffs Opening Statement | Δ |
| | | | | | | 12:25 p.m. | Recess | |
| | | | | | | 1:25 p.m. | Reconvene | |
| | | | | | | | Juror #2 Request to change seats - Granted | |
| | | | | | | | Juror #2 is now seated in the #5 chair | |
| | | | | | | | Plaintiff/Counter Defendants Opening Statement | π |
| | | | | | | 1:55 p.m. | Witness Ed Bozorghadad - Sworn | Δ |
| | | | | | | | Direct | |
| | | | 501 | X | X | | 9/1/07 Dealer Station Lease | |
| | | | 519 | X | X | | ConocoPhillips Notice of Termination of Hadad | |
| | | | 511 | X | X | | 9/07 lease between V.O. Limited Partnership and Houtan Petroleum | |
| | | | ~~530~~ | ~~X~~ | ~~X~~ | | ~~10/18/07 letter from Caula~~ | |
| | | | ~~502~~ | ~~X~~ | | | | |
| | | | 530 | X | X | | 10/18/07 Fax enclosing letter from Hadad to Pellegrini | |
| | | | 502 | X | X | | 10/22/07 Offer to Sell Improvements from ConocoPhillips to Houtan | |
| | | | 506 | X | X | | 4/19/07 Letter from Ed Bozorgdadad to John Vidovich | |
| | | | 522 | X | X | | 4/9/08 City of Mountain View Planning Application | |

CASE NO. C-07-5627-SC    HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 8/18/08 - 8/19/08 | BY |
| No. | ID | EV | No. | ID | EV | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 3:15 p.m. | Recess | |
| | | | | | | 3:30 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Boroghodad | |
| | | | 522 | X | X | | 4/9/08 City of Mountain View Planning Application | |
| | | | 524 | X | X | | 101 East El Camino Real Color Rendering | |
| | | | 520 | X | X | | 5/21/08 Letter from Li to Gulshan | |
| | | | 531 | X | | | 8/14/08 Houtan Petroleum Renovations | |
| | | | | | | 3:47 p.m. | Cross by Plaintiff | T |
| 5 | X | | | | | | Offer to Sell improvements | |
| 6 | X | X | | | | | Storage Tank Certificate of Insurance | |
| 7 | X | X | | | | | Tank Safe - Storage Tank Liability Ins Policy Decl. | |
| 8 | X | X | | | | | Tank Safe - Storage Tank Liability Ins Policy | |
| 9 | X | X | | | | | Additional Insured Endorsement | |
| | | | | | | 4:00 p.m. | Witness John Whalen - Sworn Direct | A |
| | | | 529 | X | X | | 8/13/05 Service Station Lease | |
| | | | | 5 | | 4:25 pm | Recess | |
| | | | | | | | August 19, 2008  Tuesday | |
| | | | | | | 9:15 a.m. | Reconvene - Jury Not present | |
| | | | | | | | Defendants Motion for Clarification of its motion in limine argued yesterday. The Court Clarified. | |
| | | | | | | 9:25 a.m. | Jury Present | |
| | | | | | | | Defendants witness John Whalen - Continued | |
| | | | | | | 10:11 a.m. | Plaintiff Cross | |
| 29 | X | | | | | | Letter from DeAnza Properties to ConocoPhillips 11/1/07 | |
| 78 | X | | | | | | Secondary Containment Testing Report 1/25/08 | |
| 80 | X | | | | | | Letter from Bleam Fox to Glynn Findly 5/20/08 | |

CASE NO. C-07-5627-SC    HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 8/19/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| 2 | X | | | | | | Notice of Termination 9/18/07 | |
| | | | | | | 10:50 am | Recess | |
| | | | | | | 11:10 am | Reconvene | |
| | | | | | | | Continued Cross of John Whalen | |
| 1 | X | | | | | | ConocoPhillips: Union 76 Branded Reseller Agreement | |
| 22 | X | | | | | | Photograph #13 of the Subject station | |
| 16 | X | | | | | | Photograph #7 of the Subject station | |
| 20 | X | | | | | | Photograph #11 of the Subject Station | |
| 12 | X | | | | | | Photograph #3 of the Subject Station | |
| 14 | X | | | | | | Photograph #5 of the Subject Station | |
| 25 | X | | | | | | Letter from Bleau to ConocoPhillips 10/29/07 | |
| 27 | X | | | | | | Letter from Bleau to Glynn & Finley 10/31/07 | |
| 28 | X | | | | | | Letter from Glynn Finley to Bleau 10/31/07 | |
| 81 | X | | | | | | VRC Spread Sheet Summary Exhibits of Leasehold Mountain View | |
| 82 | X | | | | | | Summary Exhibits of Leasehold - Los Angeles | |
| | | | | | | 12:26 pm | Recess | |
| | | | | | | 1:25 pm | Reconvene | |
| | | | | | | | Jury Not present - timing issues discussed | |
| | | | | | | 1:32 pm | Jury Present | |
| | | | | | | | Continued Cross of John Whalen | |
| 3 | X | | | | | | Lease between Houtan Petroleum and VO Limited Partnership | |
| | | | | | | 1:38 pm | Redirect | |
| | | | | | | 1:48 pm | Recross | |
| | | | | | | 1:50 pm | Witness Peter Morrison - Sworn | D |
| | | | | | | | Direct | |
| | | | 513 | X | Y | | Professional Qualifications of Peter Morrison | |
| | | | 503 | X | Y | | 8/14/06 Market Value Report | |
| | | | 514 | X | Y | | Property Appraisal Report | |

CASE NO. C-07-5627-SC    HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES  8/19/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | | Direct of Peter Morrison - Continued | |
| | | | 504 | X | X | | 8/14/06 Conocophillips Field Form | |
| | | | 505 | X | X | | Marshall Valuation Services excerpts | |
| | | | ABD 516 | X | X | | Photos of other Neighborhood Stations | |
| | | | CEF 516 | X | | | Photos of other Neighborhood Stations | |
| | | | GHI 516 | X | | | Photos of other Neighborhood Stations | |
| | | | J 516 | X | | | Photos of other Neighborhood Stations | |
| | | | | | | 3:00 p.m. | Recess | |
| | | | | | | 3:15 p.m. | Reconvene | |
| | | | | | | | Cross of Morrison | |
| | | | | | | 4:00 p.m. | Redirect | |
| | | | | | | 4:03 pm | Defendant Rests | |
| | | | 531 | X | X | | 8/14/08 Houtan Petroleum Renovations | |
| | | | A-J 516 | | X | | Photos of other Neighborhood Stations | |
| 29 | X | | | | | | Letter from De Anza Properties to ConocoPhillips 11/1/07 | |
| 25 | X | | | | | | Letter from Bleau to ConocoPhillips 10/29/07 | |
| 28 | X | | | | | | Letter from Glynn & Finley to Bleau 10/31/07 | |
| 12 | | | | | | | Not in at present | |
| 14 | | | | | | | Not in at present | |
| 16 | | | | | | | Not in at present | |
| 20 | | | | | | | Not in at present | |
| 22 | | | | | | | Not in at present | |
| 78 | X | | | | | | Secondary Containment testing report 1/28/08 | |
| 79 | X | | | | | | Work estimates from Shumaker Construction 8/4/08 | |
| 80 | X | | | | | | Letter from Bleau to Glynn 5/20/08 | |
| 27 | X | | | | | | Letter from Bleau to Glynn 10/31/07 | |
| | | | | | | | Jury instructions discussed | |
| | | | | | | 4:25 p.m. | Recess | |

LIST OF EXHIBITS AND WITNESSES

Page 6

CASE NO. C-07-5627-SC   HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY

8/20/08

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | | Wednesday, August 20, 2008 | |
| | | | | | | 9:15 A.m. | Reconvene | |
| | | | | | | | Plaintiffs Witness Ed Bozorghadad - Sworn | ⁊⁊ |
| | | | | | | | Direct | |
| 10 | X | X | | | | | Photograph of subject station | |
| 11 | X | X | | | | | Photo of Subject Station | |
| 12 | X | X | | | | | Photo of Subject Station | |
| 14 | X | X | | | | | Photo of Subject Station | |
| 15 | X | X | | | | | Photo of Subject Station | |
| 16 | X | X | | | | | Photo of Subject Station | |
| 17 | X | X | | | | | Photo of Subject Station | |
| 20 | X | X | | | | | Photo of Subject Station | |
| 21 | X | X | | | | | Photo of Subject Station | |
| 22 | X | X | | | | | Photo of Subject Station | |
| 19 | | X | | | | | Photo of Subject Station | |
| | | | | | | 9:43 A.m. | Cross | |
| | | | | | | 9:50 A.m. | Redirect | |
| | | | | | | 9:52 a.m. | Witness Richard Mathews - Sworn | ⁊⁊ |
| | | | | | | | Direct | |
| 2 | X | | | | | | Notice of termination 9/18/07 | |
| 35 | X | | | | | | Declaration of Richard Mathews 11/9/07 | |
| 3 | X | | | | | | Lease between Houtan + VO Limited Partners | |
| 42 | X | | | | | | Letter from ConocoPhillips to Wilkey 9/17/04 | |
| 43 | X | | | | | | Letter from Wilkey to ConocoPhillips 9/21/04 | |
| 44 | X | | | | | | Letter from ConocoPhillips to Wilkey 3/11/05 | |
| 45 | X | | | | | | Letter from Wilkey to ConocoPhillips 4/15/05 | |
| 48 | X | | | | | | Letter from ConocoPhillips to Wilkey 5/8/06 | |
| 49 | X | | | | | | Letter from ConocoPhillips to Wilkey 6/15/06 | |

LIST OF EXHIBITS AND WITNESSES

Page 7

| CASE NO. C-07-5627-SC | | | HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | | | |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES  8/20/08 | BY |
| | | | | | | | Continued Direct of Richard Mathews | |
| 53 | X | | | | | | Letter from ConocoPhillips to Vidovich 11/6/06 | |
| | | | | | | 11:00 A.m. | Recess | |
| | | | | | | 11:15 A.m. | Reconvene | |
| 5 | X | | | | | | Offer to Sell Improvements 10/27/07 | |
| 35 | | | | | | | Witness Andrew Plaine - Sworn | |
| 52 | | | | | | | Direct | |
| | | | | | | | Mr. Plaine offered as an expert in Real Estate appraisal | |
| 72 | X | X | | | | | Appraisal by Plaine 1/21/08 | |
| | | | | | | 12:07 p.m | Cross | |
| | | | | | | 12:27 pm | Redirect | |
| | | | | | | 12:31 pm | Recross | |
| | | | | | | 12:35 p.m | Jury Excused for the day. Jury instructions discussed, objections placed on the record. | |
| 35 | X | X | | | | | Declaration of Richard Matthews 11/9/07 | |
| 42 | X | X | | | | | Letter from ConocoPhillips to Wilkey 9/17/04 | |
| 43 | X | X | | | | | Letter from Wilkey to ConocoPhillips 9/21/04 | |
| 44 | X | X | | | | | Letter from ConocoPhillips to Wilkey 3/1/05 | |
| 45 | X | X | | | | | Letter from Wilkey to ConocoPhillips 4/15/05 | |
| 48 | X | X | | | | | Letter from ConocoPhillips to Wilkey 5/8/06 | |
| 49 | X | X | | | | | Letter from ConocoPhillips to Wilkey 6/15/06 | |
| 53 | X | X | | | | | Letter from ConocoPhillips to Vidovich 11/6/06 | |
| | | | | | | | Plaintiff Rests | |
| | | | | | | 12:50 pm | Recess | |
| | | | | | | 3:00 pm | Reconvene - Jury Not Present Jury Instructions Reviewed by | |

LIST OF EXHIBITS AND WITNESSES

LIST OF EXHIBITS AND WITNESSES

Page 8

CASE NO. C-07-5627-SC    HOUTAN PETROLEUM, INC. -v- CONOCOPHILLIPS COMPANY

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 8/20/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | | the Court and the parties | |
| | | | | | | | Plaintiffs Motion for a Judgment as | |
| | | | | | | | a matter of Law as to Defendants | |
| | | | | | | | Counter claim - taken under | |
| | | | | | | | submission | |
| | | | 515 | ✓ | | | | |
| | | | | | | 3:46 | Recess | |
| | | | | | | | Thursday, August 21, 2008 | |
| | | | | | | 9:00 A.M. | Jury Present | |
| | | | | | | | Jury Instructed | |
| | | | | | | 9:30 A.M. | Defendant/Counter Plaintiffs Opening Closing Statement | D |
| | | | | | | 10:00 A.M. | Recess | |
| | | | | | | 10:15 A.M. | Reconvene | |
| | | | | | | | Plaintiff/Counter Defendants Closing Statement | π |
| | | | | | | 10:45 A.M. | Defendant/Counter Plaintiffs Final Closing Statement | |
| | | | | | | 11:00 A.M. | Final Jury Instruction | |
| | | | | | | | Jury Deliberation Bega- | |
| | | | | | | 1:30 p.m. | Jury Verdict for Defendant/Counter Plaintiff | |
| | | | | | | | Houtan to pay ConocoPhillips $380,000.00 | |
| | | | | | | | Jury Thanked and excused | |
| | | | | | | | Parties to retain their exhibits for | |
| | | | | | | | any appeal purpose. | |
| | | | | | | | Parties to brief Plaintiffs Motion for | |
| | | | | | | | Judgment as a matter of Law. Plaintiff | |
| | | | | | | | to file Motion within 10 days, opposition due 10 | |
| | | | | | | | days after that, reply due 5 days after | |
| | | | | | | | the opposition is due. Matter will be submitted | |
| | | | | | | | on the papers no appearance, no oral argument | |
| | | | | | | 1:50 p.m. | Recess | |

LIST OF EXHIBITS AND WITNESSES