UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: <u>3:07-cv-05627 SC</u>   DATE: <u>August 18, 2008</u>

# HOUTAN PETROLEUM, INC. vs. CONOCOPHILLIPS COMPANY

## EXHIBIT LIST

( ) PLAINTIFF                         ( X ) DEFENDANT

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| D-501. | 8/18/08 | 8/18/08 | September 1, 2007 Dealer Station Lease (000008-000080) |
| D-502. | 8/18/08 | 8/18/08 | October 22, 2007 Offer to Sell Improvements from ConocoPhillips to Houtan Petroleum (000157-000162) |
| D-503. | 8/19/08 | 8/19/08 | August 14, 2006 Market Value Report prepared by Valuation Research Corporation for ConocoPhillips (COP00180-00210) |
| D-504. | 8/19/08 | 8/19/08 | August 14, 2006 ConocoPhillips Petroleum Field Form (COP00227-00229)) |
| D-505. | 8/19/08 | 8/19/08 | Marshall Valuation Services excerpts (COP00211-00226) |
| D-506. | 8/18/08 | 8/18/08 | April 19, 2007 Letter from Ed Bozorgdadad to John Vidovich (COP00039) |
| D-507. | | | May 24, 2007 Letter from John Vidovich to Ali Bozorghadad (COP00040) |
| D-508. | | | Real Estate Sale Summaries |

8/14/08

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| D-509. | | | January 3, 2007 Declaration of Andrew Plaine in Support of Plaintiff's Opposition to ConocoPhillips Company's Application for Writ of Possession and Preliminary Injunction |
| D-510. | | | Andrew Plaine's Handwritten Notes (Plaine Deposition Exh.) |
| D-511. | 8/18/08 | 8/18/08 | September 2007 Lease between V.O. Limited Partnership and Houtan Petroleum (000085-000123) |
| D-512. | | | April 15, 2005 Letter from Carla Wilkey to Dick Matthews (COP00025-32) |
| D-513. | 8/19/08 | 8/19/08 | Professional Qualifications of Peter L. Morrison |
| D-514. | 8/19/08 | 8/19/08 | Property Appraisal Report prepared by Peter L. Morrison |
| D-515. | | 8/20/08 | Photos of Subject Service Station (a-b) |
| D-516. | 8/19/08 | 8/19/08 | Photos of Other Neighborhood Stations (a-j) |
| D-517. | | | Property Appraisal prepared by Herron Company/Jeff Key, dated August 5, 2008 |
| D-518. | | | Supporting documents from Property Appraiser |
| D-519. | 8/18/08 | 8/18/08 | ConocoPhillips Notice of Termination to Hadad |
| D-520. | 8/18/08 | 8/18/08 | May 21, 2008 Letter from Michael Li to Bobby Gulshan (including attached May 15, 2008 memo from Jason Chou to Michael Li) |
| D-521. | | | *(Included in Exhibit D-520)* |
| D-522. | 8/18/08 | 8/18/08 | April 9, 2008 City of Mountain View Planning Application |
| D-523. | | | 101 East El Camino Real Photographs |

8/14/08

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| D-524. | 8/18/08 | 8/18/08 | 101 East El Camino Real Color Rendering – 2900 SF C-Store Elevations |
| D-525. | | | Documents from Russell Braasch in Response to ConocoPhillips Deposition Subpoena dated July 31, 2008/Expert Witness Report |
| D-526. | | | Documents from Ed Hadad in Response to ConocoPhillips Trial Subpoena dated August 8, 2008 |
| D-527. | | | Documents from Houtan Petroleum in Response to ConocoPhillips Trial Subpoena dated August 8, 2008 |
| D-528. | | | Documents from Michael Li in Response to ConocoPhillips Trial Subpoena dated August 7, 2008 |
| D-529. | 8/18/08 | 8/18/08 | August 13, 1965 Service Station Lease |
| D-530. | 8/18/08 | 8/18/08 | October 18, 2007 Fax enclosing letter from Ed Hadad to Dan Pellegrino (COP00133-134) |
| D-531. | 8/18/08 | 8/19/08 | August 14, 2008 Houtan Petroleum Renovations |