Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
BLEAU / FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone    : (323) 874-8613
Facsimile    : (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com

Attorneys for Plaintiff and Counter-Defendant
HOUTAN PETROLEUM, INC.

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Defendant and Counter-Plaintiff
CONOCOPHILLIPS COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUTAN PETROLEUM, INC. | CASE NO. CV 07-05627 SC |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE ANY OBJECTIONS TO DEFENDANT'S BILL OF COSTS PURSUANT TO LOCAL RULE 54-2; [PROPOSED] ORDER** |
| CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive | |
| Defendants. | |

WHEREAS, on October 6, 2008, Defendant, ConocoPhillips Company filed its Bill of Costs as to Plaintiff Houtan Petroleum, Inc..

WHEREAS, pursuant to Local Rule 54-2, Plaintiff's objections to the Bill of Costs are

-1-
STIPULATION TO EXTEND TIME TO OBJECT TO BILL OF COSTS

due on October 16, 2008.

WHEREAS, the parties are in the process of settlement discussions and are hopeful they will finalize a settlement agreement within the next two weeks.

WHEREFORE, the parties, by and through their counsel of record, stipulate that the time for Plaintiff to file any objections to Defendant's Bill of Costs pursuant to Local Rule 54-2 may be extended to October 31, 2008.

SO STIPULATED.

Dated: October 14, 2008            BLEAU / FOX, A P.L.C.

                                              //s//
                                   _____
                                   By:    Thomas P. Bleau, Esq.
                                          Attorneys for Plaintiff, Houtan Petroleum, Inc.

Dated: October 14, 2008            GLYNN & FINLEY, LLP

                                              //s//
                                   _____
                                   By:    Adam Friedenberg, Esq.
                                          Attorneys for Defendant ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONOCOPHILLIPS COMPANY, a Texas ) <br> Corporation and DOES 1 through 10, ) <br> Inclusive ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 07-05627 SC <br><br> **[PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE ANY OBJECTIONS TO DEFENDANT'S BILL OF COSTS PURSUANT TO LOCAL RULE 54-2** |

Pursuant to the Joint Stipulation between the parties and for good cause, the time for Plaintiff, Houtan Petroleum, Inc., to file any objections to Defendant, ConocoPhillips Company's Bill of Costs pursuant to Local Rule 54-2, is hereby extended to October 31, 2008.

IT IS SO ORDERED.

Dated: October 15, 2008

By: _____
Honorable Samuel Conti, United States District Court

*IT IS SO ORDERED.*
*Judge Samuel Conti*

-1-

ORDER