1  Thomas P. Bleau, Esq., SBN 152945
   Gennady L. Lebedev, Esq., SBN 179945
2  BLEAU / FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
3  Los Angeles, California 90068
   Telephone    : (323) 874-8613
4  Facsimile    : (323) 874-1234
   E-mail: bleaushark@aol.com
5  E-mail: glebedev@bleaufox.com

6

7  Attorneys for Plaintiff and Counter-Defendant
   HOUTAN PETROLEUM, INC.

8

9  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
10 ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
11 100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
12 Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
13 Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
14
   Attorneys for Defendant and Counter-Plaintiff
15 CONOCOPHILLIPS COMPANY

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 HOUTAN PETROLEUM, INC.            )  CASE NO.  CV 07-05627 SC
                                     )
20              Plaintiff,           )  **JOINT STIPULATION TO CONTINUE**
                                     )  **THE HEARING AND BRIEFING**
21 v.                                )  **SCHEDULE ON DEFENDANT,**
                                     )  **CONOCOPHILLIPS COMPANY'S**
22 CONOCOPHILLIPS COMPANY, a Texas   )  **MOTION FOR COSTS AND ATTORNEYS'**
   Corporation and DOES 1 through 10,)  **FEES AND TO EXTEND THE TIME FOR**
23 Inclusive                         )  **PLAINTIFF TO FILE ANY OBJECTIONS**
                                     )  **TO DEFENDANT'S BILL OF COSTS**
24              Defendants.          )  **PURSUANT TO LOCAL RULE 54-2**
                                     )
25                                   )  **Current Hearing Date:**     Nov. 21, 2008
                                     )  **Proposed New Hearing Date:** Dec. 12, 2008
26                                   )
                                     )  **Time:**       10:00 a.m.
27                                   )  **Courtroom:** 1
                                     )  **Before:**    Hon. Samuel Conti
28 _____ )

-1-
STIPULATION TO CONTINUE HEARING ON MOTION AND TIME TO OBJECT TO BILL OF COSTS

WHEREAS, on October 6, 2008, Defendant, ConocoPhillips Company filed its Motion for Attorneys' Fees and Costs, with a hearing date of November 21, 2008.

WHEREAS, under the current hearing date, Plaintiff, Houtan Petroleum, Inc.'s opposition to the Motion for Attorneys' Fees and Costs is due by October 31, 2008.

WHEREAS, on October 6, 2008, Defendant, ConocoPhillips Company filed its Bill of Costs as to Plaintiff Houtan Petroleum, Inc.

WHEREAS, on October 15, 2008, the Court signed the Order extending the time for Plaintiff, Houtan Petroleum, Inc. to file any objections to the Bill of Costs pursuant to Local Rule 54-2 to October 31, 2008.

WHEREAS, the parties are still in the process of settlement discussions.

WHEREFORE, the parties, by and through their counsel of record, stipulate that the hearing on ConocoPhillips Company's Motion for Attorneys' Fees and Costs may be continued to December 12, 2008 and that Plaintiff's Opposition to this Motion may be filed in accordance with Local Rules by no later than November 21, 2008.

WHEREFORE, the parties, by and through their counsel of record, further stipulate that the the time for Plaintiff to file any objections to Defendant's Bill of Costs pursuant to Local Rule 54-2 may be extended to November 21, 2008.

SO STIPULATED.

Dated: October ___, 2008        BLEAU / FOX, A P.L.C.

                                By: _____
                                    Thomas P. Bleau, Esq.
                                    Attorneys for Plaintiff, Houtan Petroleum, Inc.

Dated: October 28, 2008         GLYNN & FINLEY, LLP

-2-
STIPULATION TO CONTINUE HEARING ON MOTION AND TIME TO OBJECT TO BILL OF COSTS

```
                                    By: /s/ Adam Friedenberg
                                        Adam Friedenberg, Esq.
                                        Attorneys for Defendant ConocoPhillips
                                        Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONOCOPHILLIPS COMPANY, a Texas ) <br> Corporation and DOES 1 through 10, ) <br> Inclusive ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. CV 07-05627 SC <br><br> [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON CONOCOPHILLIPS COMPANY'S MOTION FOR COSTS AND ATTORNEYS' FEES AND EXTENDING THE TIME FOR PLAINTIFF TO FILE ANY OBJECTIONS TO DEFENDANT'S BILL OF COSTS PURSUANT TO LOCAL RULE 54-2 |

Pursuant to the Joint Stipulation between the parties and for good cause, the hearing on ConocoPhillips Company's Motion for Attorneys' Fees and Costs is hereby continued to December 12, 2008.

Plaintiff's opposition to ConocoPhillips Company's Motion for Attorneys Fees and Costs shall be filed in accordance with Local Rules by no later than November 21, 2008.

The time for Plaintiff, Houtan Petroleum, Inc., to file any objections to Defendant's Bill of Costs pursuant to Local Rule 54-2, is hereby extended to November 21, 2008.

IT IS SO ORDERED.

Dated: October 29, 2008

By: _____
Hon. Samuel Conti, United States District Court Judge

-1-
ORDER