UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUTAN PETROLEUM, INC. ) | CASE NO.  CV 07-05627 SC |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT, CONOCOPHILLIPS COMPANY'S MOTION FOR COSTS AND ATTORNEYS' FEES AND COSTS PURSUANT TO LOCAL RULE 54-2** |
| v. ) | |
| ) | |
| CONOCOPHILLIPS COMPANY, a Texas ) Corporation and DOES 1 through 10, ) Inclusive ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Joint Stipulation between the parties and for good cause, the hearing on ConocoPhillips Company's Motion for Attorneys' Fees and Costs is hereby continued to January 30, 2009

Plaintiff's Opposition to this Motion and ConocoPhillips Company's Reply may be filed in accordance with Local Rules.

IT IS SO ORDERED.   CASE STAYED PENDING APPEAL.

Dated: November 25, 2008

By: _____
Hon. Samuel Conti, United States District Court Judge

*Judge Samuel Conti*
IT IS SO ORDERED

-1-
ORDER