UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOUTAN PETROLEUM, INC. | ) | Case No. 3:07-cv-5627 SC |
| Plaintiff, | ) ) | **ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| vs. | ) ) | |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the stipulation between the parties, this action is hereby Ordered Dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a). The parties shall bear their own costs, attorneys' fees and experts' fees.

IT IS SO ORDERED.

Dated: July 28, 2009

By: _____
Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 1 -
ORDER